UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>   v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>           Defendants. | Case No. 1:13-cv-07945<br><br>**CLASS ACTION**<br><br>Hon. Robert A. Guzman |

**PLAINTIFF KERRY LAMBERT'S EMERGENCY MOTION TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY IN ORDER TO CONDUCT LIMITED EXPEDITED DISCOVERY**

Plaintiff Kerry Lambert ("Plaintiff"), by and through his undersigned counsel, respectfully moves this Court, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), for an entry of an Order partially lifting the PSLRA discovery stay and allowing Plaintiff to conduct particularized expedited discovery in accordance with the Federal Rules of Civil Procedure 26, 30, 33, and 34. The motion is based on the accompanying Memorandum of Law in support thereof, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

As is explained in his Memorandum of Law, Plaintiff files this Motion on an emergent basis because this case arises out of a Proposed Transaction (defined in the Memorandum of

Law) that is set to expire on December 2, 2013, less than one month from today. Because of this timing, Plaintiff and the Class will suffer undue prejudice absent judicial intervention.

Though Defendants have not filed appearances in the action to date, Plaintiff has served on corporate counsel and Defendants all documents in support of this Motion, together with Plaintiff's Complaint.

For the foregoing reasons Plaintiff respectfully requests the Court to: (1) partially lift the PSLRA discovery stay; (2) allow Plaintiff to conduct the requested particularized expedited discovery; and (3) grant other and further relief as the Court may deem just and proper.

DATED: November 5, 2013								Respectfully submitted

**LITE DEPALMA GREENBERG, LLC**

By: */s/ Katrina Carroll*
    Katrina Carroll
One South Dearborn, Suite 2100
Chicago, IL 60603
Tel: (312) 212-4383
Fax: (312) 212-5919
Email: kcarroll@litedepalma.com
Federal Bar No. 6291405

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
369 Lexington Ave., Tenth Floor
New York, NY 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com

*Attorneys for Plaintiff*

2