UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., )<br>)<br>Defendants. ) | Case No. 1:13-cv-07945<br><br>**CLASS ACTION**<br><br>Hon. Robert A. Guzman |

**PLAINTIFF'S NOTICE OF EMERGENCY MOTION**

**PLEASE TAKE NOTICE THAT** on **November 12, 2013** at **10 a.m**. or as soon thereafter as counsel may be heard we shall appear before the Honorable Daniel G. Martin or whomever may be designated to sit in his stead, in courtroom 1350 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present *Plaintiff's Emergency Motion to Partially Lift the PSLRA Discovery Stay in Order to Conduct Limited Expedited Discovery,* a copy of which is attached and served upon you.

DATED: November 5, 2013          Respectfully submitted

                                 **LITE DEPALMA GREENBERG, LLC**

                                 By: */s/ Katrina Carroll*
                                       Katrina Carroll
                                 One South Dearborn, Suite 2100
                                 Chicago, IL 60603
                                 Tel: (312) 212-4383

                                      Fax: (312) 212-5919
                                      Email: kcarroll@litedepalma.com
                                      Federal Bar No. 6291405

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
369 Lexington Ave., Tenth Floor
New York, NY 10017
Tel:  212-983-9330
Fax:  212-983-9331
Email: jmonteverde@faruqilaw.com

*Attorneys for Plaintiff*