# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kerry Lambert

                        Plaintiff,

v.                                             Case No.: 1:13−cv−07945

                                                              Honorable Ronald A. Guzman

Tellabs, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2013:

      MINUTE entry before Honorable Daniel G. Martin:MOTION by Plaintiff KERRY LAMBERT for discovery (Emergency Motion to Partially Lift the PSLRA Discovery Stay in Order to Conduct Limited Expedited Discovery)[4] is stricken as improperly filed. This mater is not referred to Magistrate Judge Martin. Counsel shall re−notice the motion before the district court.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.