# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:13-cv-07945 |
| v. ) ) ) | **CLASS ACTION** |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., ) ) ) ) ) ) ) ) ) ) | Hon. Robert A. Guzman |
| Defendants. ) | |

## PLAINTIFF'S RE-NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **November 12, 2013** at **9:30 a.m**. or as soon thereafter as counsel may be heard we shall appear before the Honorable Ronald A. Guzman or whomever may be designated to sit in his stead, in courtroom 1219 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present *Plaintiff's Emergency Motion to Partially Lift the PSLRA Discovery Stay in Order to Conduct Limited Expedited Discovery,* a copy of which is attached and served upon you.

DATED: November 6, 2013                Respectfully submitted

                                                          **LITE DEPALMA GREENBERG, LLC**

                                                         By: */s/ Katrina Carroll*
                                                             Katrina Carroll
                                                       One South Dearborn, Suite 2100
                                                       Chicago, IL 60603
                                                       Tel: (312) 212-4383

                                                         Fax: (312) 212-5919
                                                         Email: kcarroll@litedepalma.com
                                                         Federal Bar No. 6291405

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
369 Lexington Ave., Tenth Floor
New York, NY 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com

*Attorneys for Plaintiff*