UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Kerry Lambert
                            Plaintiff,

v.                                                     Case No.: 1:13−cv−07945
                                                             Honorable Ronald A. Guzman

Tellabs, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 8, 2013:

      MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 11/12/2013 is stricken. Motion by Plaintiff KERRY LAMBERT for discovery (Emergency Motion to Partially Lift the PSLRA Discovery Stay in Order to Conduct Limited Expedited Discovery [4] is being referred to Magistrate Judge Martin. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.