

# United States District Court
# Northern District of Illinois

In the Matter of

Kerry Lambert

           v.

Tellabs, Inc., et al

Magistrate Judge Daniel G. Martin

Case No. 13-CV-7945

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Daniel G. Martin, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Ronald A. Guzman**

Date: Friday, November 08, 2013

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Daniel G. Martin

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Friday, November 08, 2013

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Discovery Motion(s) specified below

...........................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:
Plaintiffs emergency Motion to Partially Lift the PSLRA Discovery Stay in Order to Conduct Limited Expedited Discovery [4].

District Referral - To Designated Magistrate Judge