# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., )<br><br>Defendants. ) | Case No. 1:13-cv-07945<br><br>**CLASS ACTION**<br><br>Hon. Robert A. Guzman<br><br>Magistrate Judge Daniel G. Martin |

## AGREED MOTION FOR WITHDRAWAL OF PLAINTIFF'S EMERGENCY MOTION TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY IN ORDER TO CONDUCT LIMITED EXPEDITED DISCOVERY

Plaintiff Kerry Lambert ("Plaintiff") hereby requests that the Court enter an Order permitting him to withdraw his Emergency Motion to Partially Lift the PSLRA Discovery Stay in Order to Conduct Limited Expedited Discovery [ECF No. 4] (the "Motion"). In support thereof, Plaintiff states as follows:

1. This case is a class action brought on behalf of the stockholders of Tellabs, Inc. ("Tellabs") against the members of Tellabs's board of directors (the "Board"), Blackhawk Holding Vehicle, LLC ("Hold Co"), Blackhawk Merger Sub Inc. ("Merger Sub"), and Marlin Equity Partners (collectively with Hold Co and Merger Sub, "Marlin"). The action alleges breaches of fiduciary duties arising out of the Board's attempt to sell the Company to Marlin in a Proposed Transaction (defined in the Motion) set to expire on December 2, 2013.

2.      In light of the timing of the Proposed Transaction, together with the Complaint, Plaintiff filed the Motion on November 5, 2013.  The Motion seeks an Order to (i) partially lift the Private Securities Litigation Reform Act of 1995 (the "PSLRA") discovery stay, 15 U.S.C. § 78u-4(b)(3)(B), and (ii) allow Plaintiff to conduct limited expedited discovery.

3.      Immediately after filing the Motion, Plaintiff's counsel began communicating with counsel for Tellabs and the Board.  These parties have since reached an agreement with respect to the Motion.  In light of this agreement, Plaintiff has agreed to withdraw the Motion without prejudice to renewing the Motion in the event that a subsequent dispute arises.

4.      Accordingly, Plaintiff now moves this Court to enter an Order permitting Plaintiff to withdraw the Motion without prejudice.

DATED:  November 12, 2013

Respectfully submitted

**LITE DEPALMA GREENBERG, LLC**

By: */s/ Katrina Carroll*
        Katrina Carroll
One South Dearborn, Suite 2100
Chicago, IL 60603
Tel: (312) 212-4383
Fax: (312) 212-5919
Email: kcarroll@litedepalma.com
Federal Bar No. 6291405

**OF COUNSEL:**
**FARUQI & FARUQI, LLP**
Juan E. Monteverde
369 Lexington Ave., Tenth Floor
New York, NY 10017
Tel:  212-983-9330
Fax:  212-983-9331
Email: jmonteverde@faruqilaw.com

*Attorneys for Plaintiff*