## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Case No. 1:13-cv-07945<br><br>**CLASS ACTION**<br><br>Hon. Robert A. Guzman<br><br>Magistrate Judge Daniel G. Martin |

### NOTICE OF AGREED MOTION FOR WITHDRAWAL OF PLAINTIFF'S EMERGENCY MOTION TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY IN ORDER TO CONDUCT LIMITED EXPEDITED DISCOVERY

**PLEASE TAKE NOTICE THAT** on **November 19, 2013** at **10:00 a.m**. or as soon thereafter as counsel may be heard we shall appear before the Honorable Daniel G. Martin, U.S.M.J. or whomever may be designated to sit in his stead, in courtroom 1350 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the *Agreed Motion for Withdrawal of Plaintiff's Emergency Motion to Partially Lift the PSLRA Discovery Stay in Order to Conduct Limited Expedited Discovery*, a copy of which is attached and served upon you.

DATED: November 12, 2013           Respectfully submitted

**LITE DEPALMA GREENBERG, LLC**

By: */s/ Katrina Carroll*

Katrina Carroll
One South Dearborn, Suite 2100
Chicago, IL 60603
Tel: (312) 212-4383
Fax: (312) 212-5919
Email: kcarroll@litedepalma.com
Federal Bar No. 6291405

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
369 Lexington Ave., Tenth Floor
New York, NY 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of November, 2013, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, and was served by electronic mail, upon the following:

>Rachel B. Niewoehner, Esq.
>James W. Ducayet, Esq.
>Kathleen Carlson, Esq.
>**Sidley Austin LLP**
>One South Dearborn
>Chicago, IL 60603
>
>*Attorneys for Defendant Tellabs, Inc. and Individual Defendants*

*/s/ Katrina Carroll*
