UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Kerry Lambert
        Plaintiff,

v.                Case No.: 1:13−cv−07945
               Honorable Ronald A. Guzman

Tellabs, Inc., et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 13, 2013:

  MINUTE entry before Honorable Daniel G. Martin:Plaintiff's Agreed Motion for Withdrawal of Plaintiff's Emergency Motion to Partially Lift the PSLRA Discovery Stay in Order to Conduct Limited Expedited Discovery [10] is granted. No appearance required on the agreed motion on 11/19/2013. Plaintiff's Emergency Motion to Partially Lift the PSLRA Discovery Stay in Order to Conduct Limited Expedited Discovery [4] is withdrawn without prejudice to Plaintiff renewing the motion in the event a subsequent dispute arises between the parties. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned district judge.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.