IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Case No. 1:13-cv-07945 |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., ) ) ) ) ) ) ) ) ) ) | Hon. Robert A. Guzman |
| Defendants. ) ) | |

**Notice of Motion**

  **PLEASE TAKE NOTICE** that on Thursday, November 21, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Agreed Motion for Entry of Agreed Confidentiality Order.**

Dated: November 15, 2013

                Respectfully submitted,

                *Tellabs. Inc., Bo Hedfors, Frank Ianna, Vincent Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, Vincent H. Tobkin, and Mikel H. Williams*

                By: \_/s/ James W. Ducayet_____
                  One of Their Attorneys

David F. Graham
James W. Ducayet
Rachel B. Niewoehner
Melanie E. Walker
Kathleen L. Carlson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

## **CERTIFICATE OF SERVICE**

        Kathleen L. Carlson, an attorney, hereby certifies that on November 15, 2013, she caused a true and correct copy of the foregoing **Notice of Motion** to be filed electronically with the Clerk of Court to be filed and served upon all parties via the Court's CM/ECF system.

        s/ Kathleen L. Carlson

CH1 8522505