UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Kerry Lambert

                    Plaintiff,

v.                                        Case No.: 1:13−cv−07945
                                                          Honorable Ronald A. Guzman

Tellabs, Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 18, 2013:

      MINUTE entry before Honorable Ronald A. Guzman: The parties have filed a motion for entry of an agreed confidentiality order [30], which is set for November 21, 2013 at 9:30 a.m. The parties shall file a brief memorandum no later than 7 days from the date of entry of this order detailing the difference between the "confidential" and "highly confidential" designations and the need for both. The motion is entered and continued pending the Court's consideration of the supplemental memorandum. Notice of motion hearing set for 11/21/2013 is stricken. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.