IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Robert A. Guzman |

## TELLABS DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Tellabs, Inc. ("Tellabs" or the "Company"), Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Srigl, Jan H. Suwinski, and Mikel H. Williams (the "Director Defendants" or the "Board," and, together with Tellabs, the "Tellabs Defendants") respectfully move the Court to dismiss Plaintiff's Complaint in its entirety. In support of this motion, the Tellabs Defendants state:

1.     The Complaint purports to allege federal-law claims under Sections 14(e) and 20(a) of the Securities Exchange Act of 1934 (Counts III and IV, respectively) based on the Tellabs Defendants' purportedly inadequate disclosures in Tellabs' Schedule 14D-9 Solicitation/Recommendation Statement (the "Recommendation Statement"). The Complaint

1

also purports to allege state-law claims under Delaware law for breach of fiduciary duty and aiding and abetting such breaches (Counts I and II, respectively). Both the federal-law and state-law claims must be dismissed.

2. Plaintiff's federal-law claims do not meet the pleading standards of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4. Plaintiff fails to plead with particularity that the Recommendation Statement omitted information that was necessary in order for the statements made therein not to be false or misleading. Moreover, Plaintiff fails to plead with particularity facts giving rise to the required "strong inference" that the Tellabs Defendants made a false or misleading statement with *scienter*, or an intent to defraud. Accordingly, the Court should dismiss Plaintiff's federal-law claims.

3. The dismissal of Plaintiff's federal-law claims should also result in the dismissal of his state-law claims, the pendency of which is explicitly premised solely upon the Court's supplemental jurisdiction. When federal-law claims are dismissed before trial, there is a presumption that federal courts will relinquish jurisdiction over any supplemental state-law claims.

4. The Tellabs Defendants submit the accompanying Memorandum and Exhibit in further support of this Motion.

WHEREFORE, the Tellabs Defendants respectfully request that this Court dismiss Plaintiff's Complaint, in its entirety, with prejudice as to Counts III and IV, and without prejudice as to Counts I and II, and grant such other and further relief as the Court deems just and proper.

Dated: November 20, 2013

Respectfully submitted,

*Tellabs Inc., Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Srigl, Jan H. Suwinski, and Mikel H. Williams*

By: _/s/ James W. Ducayet_____
   One of Their Attorneys

David F. Graham
James W. Ducayet
Rachel B. Niewoehner
Melanie E. Walker
Kathleen L. Carlson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036

## **CERTIFICATE OF SERVICE**

James W. Ducayet, an attorney, hereby certifies that on November 20, 2013, he caused a true and correct copy of the foregoing **Tellabs Defendants' Motion to Dismiss the Complaint** to be filed electronically with the Clerk of Court to be filed and served upon all parties via the Court's CM/ECF system.

s/ James W. Ducayet