**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                     Case Number: 13-CV-07945

KERRY LAMBERT, On Behalf of Himself And All Others Similarly Situated, Plaintiff
v.
TELLABS, INC., et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE LLC AND BLACKHAWK MERGER SUB INC.

| NAME (Type or print) |
| --- |
| John Michael Touhy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John Michael Touhy |
| FIRM |
| Baker & Hostetler LLP |
| STREET ADDRESS |
| 191 North Wacker Drive, Suite 3100 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3128400 | 312-416-6200 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐