# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 13-CV-07945 |
| KERRY LAMBERT, On Behalf of Himself And All Others Similarly Situated, Plaintiff | |
| v. | |
| TELLABS, INC., et al., Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE LLC AND BLACKHAWK MERGER SUB INC.

| | |
|---|---|
| NAME (Type or print) | |
| David Michael Friebus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ David Michael Friebus | |
| FIRM | |
| Baker & Hostetler LLP | |
| STREET ADDRESS | |
| 191 North Wacker Drive, Suite 3100 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6286193 | 312-416-6200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |