**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-07945 |
| v. | ) ) | Judge Ronald A. Guzman |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVING, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## <u>DISCLOSURE STATEMENT</u>

Defendants Marlin Equity Partners, Blackhawk Holding Vehicle LLC, and Blackhawk

Merger Sub Inc., by their attorneys, respectfully submit the following disclosure statement

pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of

Illinois:

1.      Marlin Equity Partners is the assumed name of Marlin Management Co., LLC.

Marlin Management Co, LLC has no corporate parent and no publicly-held corporation owns

10% or more of its membership interests.

2.      Marlin Management Co, LLC has no publicly-held affiliates.

3.      Marlin Equity IV, L.P. is the ultimate corporate parent of Blackhawk Holding

Vehicle LLC and Blackhawk Merger Sub Inc.

4.      Blackhawk Holding Vehicle LLC has no publicly-held affiliates.

5.      Blackhawk Merger Sub Inc. has no publicly-held affiliates.

Dated:  November 21, 2013                      Respectfully submitted,

                                               /s/ David M. Friebus

Michael E. Swartz (*pro hac vice* pending)     John M. Touhy
William H. Gussman, Jr. (*pro hac vice* pending)   David M. Friebus
Frank LaSalle (*pro hac vice* pending)         BAKER & HOSTETLER LLP
SCHULTE ROTH & ZABEL LLP                       191 North Wacker Drive, Suite 3100
919 Third Avenue                               Chicago, Illinois 60606-1901
New York, NY  10022                            Telephone:  (312) 416-6200
Telephone:  (212) 756-2000                     Facsimile:  (312) 416-6201
Facsimile:  (212) 593-5955                     jtouhy@bakerlaw.com
Michael.Swartz@srz.com                         dfriebus@bakerlaw.com
Bill.Gussman@srz.com
Frank.LaSalle@srz.com

## <u>CERTIFICATE OF SERVICE</u>

I, David M. Friebus, an attorney, certify that a true copy of the foregoing DISCLOSURE STATEMENT was served today, November 21, 2013, upon all of the parties of record by the United States District Court's ECF system.


                                       /s/ David M. Friebus