**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated )<br>)<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVING, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., )<br>)<br>      Defendants. ) | Case No. 1:13-cv-07945<br><br>Judge Ronald A. Guzman |

**MARLIN DEFENDANTS' MOTION TO JOIN
TELLABS DEFENDANTS' MOTION TO DISMISS**

Defendants Marlin Equity Partners, Blackhawk Holding Vehicle LLC, and Blackhawk Merger Sub Inc. ("Marlin Defendants), by their attorneys, hereby respectfully move to join the motion to dismiss and memorandum in support filed by defendants Tellabs, Inc. and its directors ("Tellabs Defendants"). In support of this motion, the Marlin Defendants state as follows:

1. On November 20, 2013, the Tellabs Defendants filed a motion to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) and memorandum of law in support.

2. The motion sought to dismiss Counts III and IV for failure to state a claim upon which relief may be granted. Counts III and IV contain federal law claims against the Tellabs Defendants (Count III) and the Tellabs directors (Count IV) under Sections 14(e) and 20(a) of the Securities Exchange Act of 1934, respectively. The motion also asked this Court to decline

to exercise supplemental jurisdiction over Counts I and II, which contain state law claims against the Tellabs directors for breach of fiduciary duty (Count I) and against Tellabs and the Marlin Defendants for aiding and abetting this alleged breach (Count II).

3. The arguments made in the Tellabs Defendants' motion to dismiss and memorandum in support apply equally to the Marlin Defendants with respect to Count II, the only count of the complaint brought against the Marlin Defendants.

4. Therefore, the Marlin Defendants respectfully request leave to join in and adopt the motion to dismiss and memorandum in support filed by the Tellabs Defendants, and further respectfully request that this Court decline to exercise supplemental jurisdiction over Count II of the complaint should it dismiss the federal law claims pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, Defendants Marlin Equity Partners, Blackhawk Holding Vehicle LLC, and Blackhawk Merger Sub Inc. respectfully request that this Court grant them leave to join the motion to dismiss and memorandum in support filed by defendants Tellabs, Inc. and its directors, dismiss plaintiff's complaint in its entirety, with prejudice as to Counts III and IV and without prejudice as to Counts I and II, and for such other relief as the Court deems fit.

Dated: November 21, 2013

Respectfully submitted,

/s/ David M. Friebus

Michael E. Swartz (*pro hac vice* pending)
William H. Gussman, Jr. (*pro hac vice* pending)
Frank J. LaSalle (*pro hac vice* pending)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY  10022
Telephone:  (212) 756-2000
Facsimile:   (212) 593-5955
Michael.Swartz@srz.com
Bill.Gussman@srz.com
Frank.LaSalle@srz.com

John M. Touhy
David M. Friebus
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100
Chicago, Illinois 60606-1901
Telephone:  (312) 416-6200
Facsimile:   (312) 416-6201
jtouhy@bakerlaw.com
dfriebus@bakerlaw.com

## CERTIFICATE OF SERVICE

I, David M. Friebus, an attorney, certify that a true copy of the foregoing MOTION TO JOIN TELLABS DEFENDANTS' MOTION TO DISMISS was served today, November 21, 2013, upon all of the parties of record by the United States District Court's ECF system.

                                                                             /s/ David M. Friebus