## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,  Plaintiff,  v.  TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVING, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,  Defendants. | Case No. 1:13-cv-07945  Judge Ronald A. Guzman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **November 26, 2013 at 9:30 a.m.** we shall appear before the Honorable Ronald A. Guzman, or any judge sitting in his stead, in the Courtroom usually occupied by him in Room 1219 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Marlin Defendants' Motion to Join Tellabs Defendants' Motion to Dismiss**, a copy of which is hereby served upon you.

Dated: November 21, 2013

Respectfully submitted,

/s/ David M. Friebus

Michael E. Swartz (*pro hac vice* pending)
William H. Gussman, Jr. (*pro hac vice* pending)
Frank J. LaSalle (*pro hac vice* pending)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
Michael.Swartz@srz.com
Bill.Gussman@srz.com
Frank.LaSalle@srz.com

John M. Touhy
David M. Friebus
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100
Chicago, Illinois 60606-1901
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
jtouhy@bakerlaw.com
dfriebus@bakerlaw.com

## **CERTIFICATE OF SERVICE**

    I, David M. Friebus, an attorney, certify that a true copy of the foregoing NOTICE OF MOTION was served today, November 21, 2013, upon all of the parties of record by the United States District Court's ECF system.

                                                               /s/ David M. Friebus