## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kerry Lambert

                            Plaintiff,

v.                                                       Case No.: 1:13–cv–07945
                                                             Honorable Ronald A. Guzman

Tellabs, Inc., et al.

                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, November 25, 2013:

      MINUTE entry before the Honorable Ronald A. Guzman:Notices of motion hearings set for 11/26/2013 are stricken. Motion by Defendants Blackhawk Holding Vehicle, LLC, Blackhawk Merger Sub Inc., Marlin Equity Partners to join Tellabs Defendants' Motion to Dismiss [46] is granted. Set deadlines as to Motion by Defendants to dismiss [37]: Responses due by 12/20/2013. Replies due by 1/15/2014. Ruling by mail. Mailed notice (cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.