## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kerry Lambert
                            Plaintiff,

v.                                              Case No.: 1:13−cv−07945
                                                Honorable Ronald A. Guzman

Tellabs, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2013:

MINUTE entry before the Honorable Ronald A. Guzman: Agreed Motion For Entry Of Agreed Confidentiality Order [30] is withdrawn. Defendants' motion to dismiss [37] is withdrawn without prejudice. Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752−8959452. Michael E. Swartz [42] is granted. Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752−8959485. William H. Gussman, Jr.[43] is granted. Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752−8959501. Frank J. LaSalle [44] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.