# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kerry Lambert

                        Plaintiff,

v.                                            Case No.: 1:13–cv–07945
                                                        Honorable Ronald A. Guzman

Tellabs, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 19, 2013:

      MINUTE entry before the Honorable Ronald A. Guzman: Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752–9035917. (Monteverde, Juan) [51] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.