IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:13-cv-07945 |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., | ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Ronald A. Guzman |
| Defendants. | ) | |

**AGREED MOTION TO STAY DEFENDANTS' OBLIGATION
TO ANSWER OR OTHERWISE PLEAD**

Defendants Tellabs, Inc., Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, Mikel H. Williams (the "Tellabs Defendants"), Marlin Equity Partners, Blackhawk Holding Vehicle, LLC, and Blackhawk Merger Sub Inc. (the "Marlin Defendants") (collectively with the Tellabs Defendants, "Defendants"), with the agreement of Plaintiff Kerry Lambert, hereby move to stay their obligation to answer or otherwise plead in response to the Complaint. In support of this Motion, Defendants state as follows:

1. The Complaint in this action was filed on November 5, 2013. (Dkt. #1.)

2. Pursuant to waivers of service executed in this action, Defendants' deadline to answer or otherwise plead in response to the Complaint is January 13, 2014.

3. On November 20, 2013, the Tellabs Defendants filed a Motion to Dismiss the Complaint. (Dkt. #37.) On November 21, 2013, the Marlin Defendants moved to join the Tellabs Defendants' Motion to Dismiss, which was granted on November 25, 2013. (Dkt. #46, 48.)

4. On November 25, 2013, the parties informed the Court via letter that they had reached a settlement in principle of this action, the terms of which were contained in a Memorandum of Understanding ("MOU") executed by the parties. The MOU was attached to the letter to the Court, and provides for certain confirmatory discovery. (*See* Exhibit A.)

5. Also on November 25, 2013, counsel for the Tellabs Defendants informed the Court via a conversation with Your Honor's courtroom deputy that the Tellabs Defendants would withdraw the pending Motion to Dismiss without prejudice. (Dkt. #49.)

6. On December 20, 2013, the parties appeared before the Court to provide a report with respect to the status of settlement. At that hearing, Your Honor set a subsequent status hearing for January 17, 2014, and ordered the parties to submit a status report further updating the Court on the status of settlement by January 15, 2014. (Dkt. #53.)

7. As will be set forth in more detail in the parties' forthcoming status report, the parties continue to make progress with respect to the settlement, including with respect to the completion of confirmatory discovery.

8. Accordingly, in light of the foregoing, Defendants respectfully request that their obligation to answer or otherwise plead with respect to the Complaint be stayed. If the settlement is terminated for any reason, Defendants will inform the Court promptly so that appropriate deadlines can be imposed.

WHEREFORE, Defendants respectively request that the Court enter an order staying their obligation to answer or otherwise plead in response to the Complaint.

Dated: January 8, 2014

    Respectfully submitted,

    *Tellabs Inc., Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, and Mikel H. Williams*

    By: \_/s/ James W. Ducayet_____
       One of Their Attorneys

    David F. Graham
    James W. Ducayet
    Rachel B. Niewoehner
    Melanie E. Walker
    Kathleen L. Carlson
    SIDLEY AUSTIN LLP
    One South Dearborn Street
    Chicago, Illinois 60603
    Phone: (312) 853-7000
    Fax: (312) 853-7036

    *Marlin Equity Partners, Blackhawk Equity Holding Vehicle, LLC, and Blackhawk Merger Sub, Inc.*

    By: \_/s/ David M. Friebus_____
       One of Their Attorneys

    John M. Touhy
    David M. Friebus
    BAKER & HOSTETLER, LLP
    191 North Wacker Drive, Suite 3100
    Chicago, Illinois 60606
    Phone: (312) 416-6200
    Fax: (312) 416-6201

        Michael E. Swartz
        William H. Gussman, Jr.
        Frank J. LaSalle
        SCHULTE ROTH & ZABEL LLP
        919 Third Avenue
        New York, New York 10022
        Phone: (212) 756-2000
        Fax: (212) 593-5955

## CERTIFICATE OF SERVICE

Kathleen L. Carlson, an attorney, hereby certifies that on January 8, 2014, she caused a true and correct copy of the foregoing **Agreed Motion To Stay Defendants' Obligation To Answer Or Otherwise Plead** to be filed electronically with the Clerk of Court to be filed and served upon all parties via the Court's CM/ECF system.

s/ Kathleen L. Carlson