UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Kerry Lambert
                              Plaintiff,

v.  Case No.: 1:13–cv–07945
    Honorable Ronald A. Guzman

Tellabs, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 10, 2014:

    MINUTE entry before the Honorable Ronald A. Guzman: Notice of motion hearing set for 1/17/2014 is stricken. Motion by Defendants Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, Tellabs, Inc., Vincent H. Tobkin, Mikel H. Williams to stay Obligation To Answer Or Otherwise Plead [54] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.