IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

## JOINT STATUS REPORT

Pursuant to this Court's December 20, 2013 Order, and in advance of the status hearing scheduled for January 17, 2014 at 9:30 a.m., the parties hereby submit a joint status report with respect to the proceedings related to the settlement of this action.

1. As this Court is aware, the parties entered into a Memorandum of Understanding dated November 24, 2013, which is subject to certain confirmatory discovery.

2. The parties have met and conferred and have reached an agreement with respect to the scope of confirmatory discovery.

3. Specifically, the parties have agreed that confirmatory discovery will include the depositions of: (1) Daniel Kelly, CEO of Tellabs, Inc.; (2) Vincent Tobkin, Chairman of the Tellabs Board of Directors; and (3) a representative of Tellabs' financial advisor, Goldman

Sachs. The parties are working to schedule these depositions and currently anticipate that the depositions will be completed no later than February 28, 2014.

4. The parties have also agreed on the scope of document production, which will include a production by the Tellabs Defendants consisting of certain of Daniel Kelly and Vincent Tobkin's e-mails from March 5, 2013 through October 18, 2013. The search terms used in generating the documents for production were discussed among the parties and agreed to on January 11, 2014. The Tellabs Defendants expect to produce these documents no later than January 17, 2014. Plaintiff is reserving his rights to request additional documents -- either based on additional search terms or a broader date range – once he has reviewed the documents.

5. The parties respectfully suggest that a status date in approximately 60 days to report on the continued status of the settlement may be appropriate.

Dated: January 15, 2014

Respectfully submitted,

/s/ Katrina Carroll_____
LITE DEPALMA GREENBERG, LLC
Katrina Carroll
One South Dearborn, Suite 2100
Chicago, IL 60603
Phone: (312) 212-4383
Fax: (312) 212-5919
kcarroll@litedepalma.com

FARUQI & FARUQI, LLP
Juan Monteverde
369 Lexington Avenue, Tenth Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
juan.monteverde@faruqilaw.com

/s/ James W. Ducayet_____
SIDLEY AUSTIN LLP
David F. Graham
James W. Ducayet
Rachel B. Niewoehner
Kathleen L. Carlson
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
dgraham@sidley.com
jducayet@sidley.com
rniewoehner@sidley.com
kathleen.carlson@sidley.com

*Counsel for Defendants Tellabs, Inc., Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent*

| | |
|---|---|
| FARUQI & FARUQI, LLP<br>Peter B. Andrews<br>20 Montchanin Road<br>Suite 145<br>Wilmington, DE 19807<br>Phone: (302) 482-3182<br>Fax: (302) 482-3612<br>pandrews@faruqilaw.com<br><br>*Counsel for Plaintiff Kerry Lambert* | *D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, and Mikel H. Williams*<br><br>/s/ David M. Friebus_____<br>BAKER HOSTETLER<br>John M. Touhy<br>David M. Friebus<br>191 North Wacker Drive<br>Suite 3100<br>Chicago, Illinois 60606-1901<br>jtouhy@bakerlaw.com<br>dfriebus@bakerlaw.com<br><br>SCHULTE ROTH & ZABEL LLP<br>William H. Gussman, Jr.<br>Frank LaSalle<br>Michael Swartz<br>919 Third Avenue<br>New York, New York 10022<br>bill.gussman@srz.com<br>frank.lasalle@srz.com<br>michael.swartz@srz.com<br><br>*Counsel for Defendants Marlin Equity Partners, Blackhawk Holding Vehicle LLC, and Blackhawk Merger Sub Inc.* |

## **CERTIFICATE OF SERVICE**

Kathleen L. Carlson, an attorney, hereby certifies that on January 15, 2014, she caused a true and correct copy of the foregoing **Joint Status Report** to be filed electronically with the Clerk of Court to be filed and served upon all parties via the Court's CM/ECF system.

s/ Kathleen L. Carlson