UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Kerry Lambert
                    Plaintiff,
v.                                          Case No.: 1:13−cv−07945
                                            Honorable Ronald A. Guzman
Tellabs, Inc., et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2014:

   MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 1/17/2014. Written status report to be filed at least 2 days prior to next status hearing. Status hearing set for 3/19/2014 at 09:30 AM. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.