IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELLABS, INC., VINCENT H. TOBKIN, BO )<br>HEDFORS, FRANK IANNA, VINCENT D. )<br>KELLY, MICHAEL E. LAVIN, STEPHANIE )<br>PACE MARSHALL, ALEX MASHINSKY, )<br>GREGORY J. ROSSMANN, DENNIS F. )<br>STRIGL, JAN H. SUWINSKI, MIKEL H. )<br>WILLIAMS, MARLIN EQUITY PARTNERS, )<br>BLACKHAWK HOLDING VEHICLE, LLC, and )<br>BLACKHAWK MERGER SUB INC., )<br>)<br>Defendants. ) | Case No. 1:13-cv-07945<br><br>Hon. Robert A. Guzman |

**Notice of Motion**

**PLEASE TAKE NOTICE** that on Thursday, January 30, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Agreed Motion for Entry of Agreed Confidentiality Order.**

Dated: January 28, 2014

Respectfully submitted,

*Tellabs. Inc., Bo Hedfors, Frank Ianna, Vincent Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, Vincent H. Tobkin, and Mikel H. Williams*

By: _/s/ James W. Ducayet_____
One of Their Attorneys

2

        David F. Graham
        James W. Ducayet
        Rachel B. Niewoehner
        Kathleen L. Carlson
        SIDLEY AUSTIN LLP
        One South Dearborn Street
        Chicago, Illinois 60603
        Phone: (312) 853-7000
        Fax: (312) 853-7036

## CERTIFICATE OF SERVICE

    Kathleen L. Carlson, an attorney, hereby certifies that on January 28, 2014, she caused a true and correct copy of the foregoing **Notice of Motion** to be filed electronically with the Clerk of Court to be filed and served upon all parties via the Court's CM/ECF system.

                  s/ Kathleen L. Carlson

CH1 8904888