IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) ) TELLABS, INC., VINCENT H. TOBKIN, BO ) HEDFORS, FRANK IANNA, VINCENT D. ) KELLY, MICHAEL E. LAVIN, STEPHANIE ) PACE MARSHALL, ALEX MASHINSKY, ) GREGORY J. ROSSMANN, DENNIS F. ) STRIGL, JAN H. SUWINSKI, MIKEL H. ) WILLIAMS, MARLIN EQUITY PARTNERS, ) BLACKHAWK HOLDING VEHICLE, LLC, and ) BLACKHAWK MERGER SUB INC., ) ) Defendants. ) | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

## JOINT STATUS REPORT

Pursuant to this Court's January 17, 2014 Order, and in advance of the status hearing scheduled for March 19, 2014 at 9:30 a.m., the parties hereby submit a joint status report with respect to the proceedings related to the settlement of this action.

1.  As this Court is aware, the parties entered into a Memorandum of Understanding dated November 24, 2013, which was subject to discovery as set forth in the previous Joint Status Report filed with the Court on January 15, 2014.

2.  The confirmatory discovery negotiated by the parties is now complete, and on March 5, 2014 counsel for Plaintiff provided written confirmation that Plaintiff intends to move forward with finalizing the settlement.

3.  The parties have reached agreement with respect to a final settlement agreement and expect that they will be in a position to execute the final settlement agreement and submit a motion for preliminary approval of the settlement to the Court by March 21, 2014.

Dated: March 17, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Katrina Carroll | /s/ James W. Ducayet |
| LITE DEPALMA GREENBERG, LLC | SIDLEY AUSTIN LLP |
| Katrina Carroll | David F. Graham |
| One South Dearborn, Suite 2100 | James W. Ducayet |
| Chicago, IL 60603 | Rachel B. Niewoehner |
| Phone: (312) 212-4383 | Kathleen L. Carlson |
| Fax: (312) 212-5919 | One South Dearborn Street |
| kcarroll@litedepalma.com | Chicago, IL 60603 |
| | Phone: (312) 853-7000 |
| FARUQI & FARUQI, LLP | Fax: (312) 853-7036 |
| Juan Monteverde | dgraham@sidley.com |
| 369 Lexington Avenue, Tenth Floor | jducayet@sidley.com |
| New York, NY 10017 | rniewoehner@sidley.com |
| Phone: (212) 983-9330 | kathleen.carlson@sidley.com |
| Fax: (212) 983-9331 | |
| juan.monteverde@faruqilaw.com | *Counsel for Defendants Tellabs, Inc., Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent* |
| FARUQI & FARUQI, LLP | *D. Kelly, Michael E. Lavin, Stephanie Pace* |
| Peter B. Andrews | *Marshall, Alex Mashinsky, Gregory J.* |
| 20 Montchanin Road | *Rossmann, Dennis F. Strigl, Jan H. Suwinski,* |
| Suite 145 | *and Mikel H. Williams* |
| Wilmington, DE 19807 | |
| Phone: (302) 482-3182 | |
| Fax: (302) 482-3612 | /s/ David M. Friebus |
| pandrews@faruqilaw.com | BAKER HOSTETLER |
| | John M. Touhy |
| *Counsel for Plaintiff Kerry Lambert* | David M. Friebus |
| | 191 North Wacker Drive |
| | Suite 3100 |
| | Chicago, Illinois 60606-1901 |
| | jtouhy@bakerlaw.com |

        dfriebus@bakerlaw.com

        SCHULTE ROTH & ZABEL LLP
        William H. Gussman, Jr.
        Frank LaSalle
        Michael Swartz
        919 Third Avenue
        New York, New York 10022
        bill.gussman@srz.com
        frank.lasalle@srz.com
        michael.swartz@srz.com

        *Counsel for Defendants Marlin Equity Partners, Blackhawk Holding Vehicle LLC, and Blackhawk Merger Sub Inc.*

## **CERTIFICATE OF SERVICE**

      Kathleen L. Carlson, an attorney, hereby certifies that on March 17, 2014, she caused a true and correct copy of the foregoing **Joint Status Report** to be filed electronically with the Clerk of Court to be filed and served upon all parties via the Court's CM/ECF system.

                                  s/ Kathleen L. Carlson