UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>    vs.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>       Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |
| ROBERT ENGLEHART, JORGE RODRIGUEZ and THE JUDITH KANERODRIGUEZ 2012 FAMILY TRUST, On Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>    vs.<br><br>TELLABS, INC., MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE LLC, BLACKHAWK MERGER SUB INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI and MIKEL H. WILLIAMS,<br><br>       Defendants. | Case No. 1:14-cv-1990<br><br>Hon. John Darrah |

**MOTION TO REASSIGN, CONSOLIDATE AND STAY PROCEEDINGS PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL BY PLAINTIFFS ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST**

Movants Robert Englehart ("Englehart"), Jorge Rodriguez ("Rodriguez"), and The Judith Kane-Rodriguez 2012 Family Trust (the "Trust," collectively "Movants"), respectfully move the Court, pursuant to Local Rule 40.4, Federal Rule of Civil Procedure 42(a), and Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §78u-4(a), for entry of an order reassigning *Englehart v. Tellabs, Inc.*, No. 14-cv-1990, which is currently pending before the Honorable John Darrah, to this Court; consolidating *Englehart* with *Lambert v. Tellabs, Inc.*, No. 13-cv-07945, a related action currently pending in this Court; and and staying all proceedings in those actions pending the appointment of Lead Plaintiff and Lead Counsel pursuant to the PSLRA. Copies of the Complaints are attached as Exhibits A and B respectively. In support of this motion, Movants state:

1. On November 5, 2013, *Lambert v. Tellabs, Inc.*, No. 13-cv-07945 was filed in this Court. *Lambert* is a class action on behalf of holders of Tellabs, Inc. ("Tellabs") common stock alleging securities fraud in violation of Sections 14(e) and 20(a) of the Exchange Act and breaches of fiduciary duties in connection with the acquisition of the publicly owned shares of Tellabs (the "Acquisition") by Marlin Equity Partners through its wholly-owned subsidiaries Blackhawk Holding Vehicle, LLC and Blackhawk Merger Sub Inc. (collectively, "Marlin"). Marlin completed the Acquisition on or about December 3, 2013. The defendants in *Lambert* are Tellabs, Marlin, and certain former directors and/or officers of Tellabs.

2. *Lambert* is a case governed by the PSLRA. Under the PSLRA, it is the Court-appointed Lead Plaintiff and their Lead Counsel who prosecutes (or settles) an action on behalf of a class. The PSLRA-required that within twenty days of filing the *Lambert* complaint, Plaintiff Lambert publish a notice, "in a widely circulated national business-oriented publication

or wire service," that informs the prospective class of "(I) of the pendency of the action, the claims asserted therein, and the purported class period; and (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class." 15 U.S.C. §78u-4(a)(3)(A)(i). The text of the PSLRA permits only a plaintiff to issue the required notice, and only allows for a motion to be appointed Lead Plaintiff to be made within sixty days after that notice.

3. Plaintiff Lambert never issued the required PSLRA notice. Without that notice, no motion for appointment as Lead Plaintiff and Lead Counsel could be made, and therefore, no Lead Plaintiff or Lead Counsel was appointed to represent the prospective "Class." Yet, Plaintiff Lambert, through his counsel, has negotiated and is finalizing a settlement of the action on behalf of the Class.

4. On March 20, 2014, Movants, who all had filed actions arising out of the Acquisition in Illinois State Court, filed *Englehart v. Tellabs, Inc.*, No. 14-cv-1990, in this Court against the same defendants in the *Lambert* action. *Englehart* is also a class action alleging securities fraud violations of Section 14(e) and 20(a) of the Exchange Act and breaches of fiduciary duties. The allegations of *Englehart* concern the same events and occurrences as those in *Lambert*. The claims and class alleged in *Englehart* are substantially similar to those brought in *Lambert*, but are alleged post-closing of the Acquisition. On March 20, 2014, Movants issued the required PSLRA notice, and informed the prospective class that the deadline to move to be appointed Lead Plaintiff is May 19, 2014.

5. *Englehart* meets the requirements of Local Rule 40.4 for reassignment to this Court. *Englehart* and *Lambert* involve the same issues of fact and law, and the cases arise out of the same transaction or occurrence. Further, both cases are class actions and the classes involved

3

are functionally the same. *See* L.R. 40.4(a)(2)-(4). Further, both cases are pending in the Northern District of Illinois, the handling of both cases by the same judge will result in substantial savings of time and effort, and the cases are susceptible of disposition in a single proceeding. *See* L.R. 40.4(b)(1)-(2), (4). *Lambert* has not progressed to the point where designating *Englehart* as related to would substantially delay the proceedings in *Lambert*. *See* L.R. 40.4(b)(3). While the parties in Lambert have informed the Court of a settlement, *Lambert* is governed by the PSLRA, and no Lead Plaintiff has been appointed in *Lambert*. Further, under the PSLRA, appointment of Lead Plaintiff generally occurs within ninety days of the filing of the PSLRA-required notice, or, in the case at bar, June 18, 2014. *See* 15 U.S.C. 78u-4(a)(3)(B)(i).

6. *Englehart* and *Lambert* involve common questions of law and fact, and should be consolidated pursuant to Federal Rule of Civil Procedure 42(a).

7. Absent their appointment as Lead Plaintiff and Lead Counsel, plaintiffs and counsel in *Lambert* should not and cannot have authority to prosecute or settle an action on behalf of the Class. Movants respectfully request that the Court stay all proceedings, including all settlement negotiations and proceedings, until the Court appoints Lead Plaintiff and Lead Counsel to represent the interests of the Class as required by the PSLRA.

WHEREFORE, Movants respectfully request that the Court reassign Englehart to this Court, consolidate the *Lambert* and *Englehart* actions, stay all proceedings in *Lambert* pending appointment of Lead Plaintiff and Lead Counsel to represent the interest of the Class, and grant such other and further relief as the Court deems just and proper.

Dated: March 24, 2014         LASKY & RIFKIND, LTD.
NORMAN RIFKIND
AMELIA S. NEWTON

/s/ Norman Rifkind
_____

351 West Hubbard Street, Suite 401
Chicago, IL 60654
Tel: (312) 634-0057
Fax: (312) 634-0059

*Local Counsel for Plaintiffs Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust*

GREENE AND LETTS
ATTORNEYS AT LAW
MARTIN P. GREENE
ZACHARY BUDDEN
55 Monroe Street
Suite 600
Chicago, IL 60603
Tel: (312) 346-1100
Fax: (312) 346-4571
Firm No. 19070

ROBBINS GELLER RUDMAN
& DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
DAVID KNOTTS
EDWARD M. GERGOSIAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423

ROBBINS GELLER RUDMAN
& DOWD LLP
JAMES E. BARZ
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676

WOLF POPPER LLP
ROBERT M. KORNREICH
CHET B. WALDMAN
JOSHUA W. RUTHIZER
NATALIE M. MACKIEL
845 Third Avenue
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093

JOHNSON & WEAVER, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Tel: (212) 802-1486
Fax: (212) 602-1592

*Attorneys for Plaintiffs Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust*

## **CERTIFICATE OF SERVICE**

     I, Norman Rifkind, an attorney, certify that a copy of the Motion to Reassign, Consolidate and Stay Proceedings Pending Appointment of Lead Plaintiff and Lead Counsel by Plaintiffs Robert Englehart, Jorge Rodriguez, and the Judith Kane-Rodriguez 2012 Family Trust, and the Notice of Motion was served via CM/ECF on the counsel of record on this 24th day of March, 2014.


Date: March 24, 2014

                                                                  /s/ Norman Rifkind
                                                                      Norman Rifkind

                                                 Amelia S. Newton
                                                 Norman Rifkind
                                                 LASKY & RIFKIND, LTD.
                                                 351 W. Hubbard St., Ste. 401
                                                 Chicago, Illinois 60654
                                                 Tel: 312/634-0057
                                                 Fax: 312/634-0059