## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:13-cv-07945 |
| | ) |
| v. | ) Hon. Ronald A. Guzman |
| | ) |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| ROBERT ENGLEHART, JORGE RODRIGUEZ and THE JUDITH KANERODRIGUEZ 2012 FAMILY TRUST, On Behalf of Themselves and All Others Similarly Situated, | )<br>)<br>) Case No. 1:14-cv-1990<br>) |
| | ) Hon. John Darrah |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| TELLABS, INC., MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE LLC, BLACKHAWK MERGER SUB INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI and MIKEL H. WILLIAMS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DECLARATION OF NORMAN RIFKIND IN SUPPORT THE MOTION TO REASSIGN, CONSOLIDATE AND STAY PROCEEDINGS PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL BY PLAINTIFFS ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 <u>FAMILY TRUST</u>**

I, NORMAN RIFKIND, do hereby declare pursuant to 28 U.S.C. §1746 as follows:

1. I am a member in good standing of the bars of the State of Illinois and this Court. I am a member of the law firm of Lasky & Rifkind Ltd.

2. I submit this declaration in support of Robert Englehart ("Englehart"), Jorge Rodriguez ("Rodriguez"), and The Judith Kane-Rodriguez 2012 Family Trust (the "Trust," collectively, "Movants") motion, pursuant to Local Rule 40.4, Federal Rule of Civil Procedure 42(a), and Section 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. §78u-4, for entry of an order reassigning *Englehart v. Tellabs, Inc.*, No. 14-cv-1990, which is currently pending before the Honorable John Darrah, to this Court; consolidating *Englehart* with *Lambert v. Tellabs, Inc.*, No. 13-cv-07945, a related action currently pending in this Court; and and staying all proceedings in those actions pending the appointment of Lead Plaintiff and Lead Counsel pursuant to the PSLRA (the "Motion").

3. Attached as Exhibit A to this Declaration is a true and correct copy of a January 15, 2014 Joint Status Report filed in *Lambert v. Tellabs, Inc.*, No. 13-cv-07945 ("*Lambert*").

4. Attached as Exhibit B to this Declaration is a true and correct copy of a March 17, 2014 Joint Status Report filed in *Lambert*.

5. Attached as Exhibit C to this Declaration is a true and correct copy of PSLRA notice of filing a securities fraud class action complaint published by Movants on March 20, 2014.

6. Attached as Exhibit D are a true and correct copies of the PSLRA Certifications of Movants.

7. Attached as Exhibit E is a true and correct copy of the PSLRA Certification of Plaintiff Lambert.

8. Attached as Exhibit F is a true and correct copy of the Complaint filed in *Englehart*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 24th day of March, 2014.

                                              /s/ Norman Rifkind
                                                 Norman Rifkind