# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., )<br>)<br>Defendants. ) | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

## JOINT STATUS REPORT

Pursuant to this Court's December 20, 2013 Order, and in advance of the status hearing scheduled for January 17, 2014 at 9:30 a.m., the parties hereby submit a joint status report with respect to the proceedings related to the settlement of this action.

1. As this Court is aware, the parties entered into a Memorandum of Understanding dated November 24, 2013, which is subject to certain confirmatory discovery.

2. The parties have met and conferred and have reached an agreement with respect to the scope of confirmatory discovery.

3. Specifically, the parties have agreed that confirmatory discovery will include the depositions of: (1) Daniel Kelly, CEO of Tellabs, Inc.; (2) Vincent Tobkin, Chairman of the Tellabs Board of Directors; and (3) a representative of Tellabs' financial advisor, Goldman

Sachs. The parties are working to schedule these depositions and currently anticipate that the depositions will be completed no later than February 28, 2014.

4. The parties have also agreed on the scope of document production, which will include a production by the Tellabs Defendants consisting of certain of Daniel Kelly and Vincent Tobkin's e-mails from March 5, 2013 through October 18, 2013. The search terms used in generating the documents for production were discussed among the parties and agreed to on January 11, 2014. The Tellabs Defendants expect to produce these documents no later than January 17, 2014. Plaintiff is reserving his rights to request additional documents -- either based on additional search terms or a broader date range – once he has reviewed the documents.

5. The parties respectfully suggest that a status date in approximately 60 days to report on the continued status of the settlement may be appropriate.

Dated: January 15, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Katrina Carroll | /s/ James W. Ducayet |
| LITE DEPALMA GREENBERG, LLC | SIDLEY AUSTIN LLP |
| Katrina Carroll | David F. Graham |
| One South Dearborn, Suite 2100 | James W. Ducayet |
| Chicago, IL 60603 | Rachel B. Niewoehner |
| Phone: (312) 212-4383 | Kathleen L. Carlson |
| Fax: (312) 212-5919 | One South Dearborn Street |
| kcarroll@litedepalma.com | Chicago, IL 60603 |
| | Phone: (312) 853-7000 |
| FARUQI & FARUQI, LLP | Fax: (312) 853-7036 |
| Juan Monteverde | dgraham@sidley.com |
| 369 Lexington Avenue, Tenth Floor | jducayet@sidley.com |
| New York, NY 10017 | rniewoehner@sidley.com |
| Phone: (212) 983-9330 | kathleen.carlson@sidley.com |
| Fax: (212) 983-9331 | |
| juan.monteverde@faruqilaw.com | *Counsel for Defendants Tellabs, Inc., Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent* |

FARUQI & FARUQI, LLP
Peter B. Andrews
20 Montchanin Road
Suite 145
Wilmington, DE 19807
Phone: (302) 482-3182
Fax: (302) 482-3612
pandrews@faruqilaw.com

*Counsel for Plaintiff Kerry Lambert*

*D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, and Mikel H. Williams*


/s/ David M. Friebus
BAKER HOSTETLER
John M. Touhy
David M. Friebus
191 North Wacker Drive
Suite 3100
Chicago, Illinois 60606-1901
jtouhy@bakerlaw.com
dfriebus@bakerlaw.com

SCHULTE ROTH & ZABEL LLP
William H. Gussman, Jr.
Frank LaSalle
Michael Swartz
919 Third Avenue
New York, New York 10022
bill.gussman@srz.com
frank.lasalle@srz.com
michael.swartz@srz.com

*Counsel for Defendants Marlin Equity Partners, Blackhawk Holding Vehicle LLC, and Blackhawk Merger Sub Inc.*

## CERTIFICATE OF SERVICE

Kathleen L. Carlson, an attorney, hereby certifies that on January 15, 2014, she caused a true and correct copy of the foregoing **Joint Status Report** to be filed electronically with the Clerk of Court to be filed and served upon all parties via the Court's CM/ECF system.

s/ Kathleen L. Carlson