# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>          Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

## JOINT STATUS REPORT

Pursuant to this Court's January 17, 2014 Order, and in advance of the status hearing scheduled for March 19, 2014 at 9:30 a.m., the parties hereby submit a joint status report with respect to the proceedings related to the settlement of this action.

1.    As this Court is aware, the parties entered into a Memorandum of Understanding dated November 24, 2013, which was subject to discovery as set forth in the previous Joint Status Report filed with the Court on January 15, 2014.

2.    The confirmatory discovery negotiated by the parties is now complete, and on March 5, 2014 counsel for Plaintiff provided written confirmation that Plaintiff intends to move forward with finalizing the settlement.

3. The parties have reached agreement with respect to a final settlement agreement and expect that they will be in a position to execute the final settlement agreement and submit a motion for preliminary approval of the settlement to the Court by March 21, 2014.

Dated: March 17, 2014

Respectfully submitted,

/s/ Katrina Carroll_____
LITE DEPALMA GREENBERG, LLC
Katrina Carroll
One South Dearborn, Suite 2100
Chicago, IL 60603
Phone: (312) 212-4383
Fax: (312) 212-5919
kcarroll@litedepalma.com

FARUQI & FARUQI, LLP
Juan Monteverde
369 Lexington Avenue, Tenth Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331
juan.monteverde@faruqilaw.com

FARUQI & FARUQI, LLP
Peter B. Andrews
20 Montchanin Road
Suite 145
Wilmington, DE 19807
Phone: (302) 482-3182
Fax: (302) 482-3612
pandrews@faruqilaw.com

*Counsel for Plaintiff Kerry Lambert*

/s/ James W. Ducayet_____
SIDLEY AUSTIN LLP
David F. Graham
James W. Ducayet
Rachel B. Niewoehner
Kathleen L. Carlson
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
dgraham@sidley.com
jducayet@sidley.com
rniewoehner@sidley.com
kathleen.carlson@sidley.com

*Counsel for Defendants Tellabs, Inc., Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, and Mikel H. Williams*

/s/ David M. Friebus_____
BAKER HOSTETLER
John M. Touhy
David M. Friebus
191 North Wacker Drive
Suite 3100
Chicago, Illinois 60606-1901
jtouhy@bakerlaw.com

dfriebus@bakerlaw.com

SCHULTE ROTH & ZABEL LLP
William H. Gussman, Jr.
Frank LaSalle
Michael Swartz
919 Third Avenue
New York, New York 10022
bill.gussman@srz.com
frank.lasalle@srz.com
michael.swartz@srz.com

*Counsel for Defendants Marlin Equity Partners, Blackhawk Holding Vehicle LLC, and Blackhawk Merger Sub Inc.*

## CERTIFICATE OF SERVICE

Kathleen L. Carlson, an attorney, hereby certifies that on March 17, 2014, she caused a true and correct copy of the foregoing **Joint Status Report** to be filed electronically with the Clerk of Court to be filed and served upon all parties via the Court's CM/ECF system.

s/ Kathleen L. Carlson