# EXHIBIT C



# Robbins Geller Rudman & Dowd LLP, Wolf Popper LLP, and Johnson & Weaver, LLP File Class Action Suit against Tellabs, Inc.

March 20, 2014 07:01 PM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), Wolf Popper LLP, and Johnson & Weaver, LLP today announced that a class action has been commenced in the United States District Court for the Northern District of Illinois on behalf of former holders of Tellabs, Inc. ("Tellabs") (NASDAQ:TLAB) common stock that was tendered or converted in connection with the acquisition of Tellabs by Marlin Equity Partners, Blackhawk Holding Vehicle LLC and Blackhawk Merger Sub Inc. (collectively "Marlin") as described below.

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Tellabs and its Board of Directors (the "Board") with violations of the Securities Exchange Act of 1934 ("Exchange Act") and Tellabs, the Board and Marlin with breaches of fiduciary duty and/or aiding and abetting breaches of fiduciary duty in connection with the acquisition of Tellabs by Marlin (the "Acquisition"). Tellabs designs, develops, and supports telecommunications networking products.

On October 21, 2013, Tellabs and Marlin announced that they had entered into a definitive agreement pursuant to which Marlin would acquire all of the outstanding shares of Tellabs via a tender offer (the "Tender Offer"), which was commenced on November 1, 2013 for $2.45 per share in cash (the "Acquisition Price"). The Tender Offer closed at 11:59 p.m., New York City time on December 2, 2013 and was followed by a short-form merger, which paid those shareholders who had not previously tendered the Acquisition Price.

The complaint alleges that Tellabs and the Board violated §§14(e) and 20(a) of the Exchange Act by issuing a Schedule 14D-9 Solicitation/Recommendation Statement that contained untrue statements of material fact, or omitted materials fact necessary in order to make the statements made not misleading, or

by engaging in fraudulent, deceptive, or manipulative acts or practices in connection with the Tender Offer. Also, in pursuing the Acquisition, each of the defendants violated applicable state law by directly breaching and/or aiding and abetting breaches of fiduciary duties of loyalty and due care owed to Tellabs' shareholders.

Plaintiffs seek to recover damages on behalf of all holders of Tellabs common stock who tendered their common stock through the Tender Offer or whose common stock was converted to the Acquisition Price through the short-form merger and were harmed by defendants' violations of the Exchange Act, and all holders of Tellabs common stock whose common stock was converted to the Acquisition Price through the short-form merger and who were harmed by defendants' breaches of fiduciary duties as described herein. The plaintiffs are represented by Robbins Geller, Wolf Popper, and Johnson & Weaver, which have expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiffs' counsel:

Darren Robbins of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com;

Chet Waldman of Wolf Popper at 877/370-7703 or 212/759-4600, or via e-mail at irrep@wolfpopper.com; or

W. Scott Holleman of Johnson & Weaver at 212/802-1486, or via email at ScottH@johnsonandweaver.com.

Robbins Geller represents U.S. and international institutional investors in contingency-based securities and corporate litigation. With nearly 200 lawyers in ten offices, the firm represents hundreds of public and multi-employer pension funds with combined assets under management in excess of $2 trillion. The firm has obtained many of the largest recoveries in history and has been ranked number one in the number of shareholder class action recoveries in MSCI's *Top SCAS 50* every year since 2003. Please visit http://www.rgrdlaw.com for more information.

Wolf Popper LLP has successfully recovered billions of dollars for defrauded investors. The firm's reputation and expertise have been repeatedly recognized by the courts, which have appointed the firm to major positions in complex multi-district and consolidated litigations. Please visit http://www.wolfpopper.com for more information.

Johnson & Weaver, LLP is a nationally recognized shareholders' rights law firm with offices in New York, New York and San Diego, California. The firm represents individual and institutional investors in shareholder derivative and securities class action lawsuits. For more information about the firm and its attorneys, please visit http://www.johnsonandweaver.com.

Contacts

Robbins Geller Rudman & Dowd LLP

Darren Robbins

800/449-4900 or 619/231-1058

djr@rgrdlaw.com