UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>       Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |
| ROBERT ENGLEHART, JORGE RODRIGUEZ and THE JUDITH KANERODRIGUEZ 2012 FAMILY TRUST, On Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>TELLABS, INC., MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE LLC, BLACKHAWK MERGER SUB INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI and MIKEL H. WILLIAMS,<br><br>       Defendants. | Case No. 1:14-cv-1990<br><br>Hon. John Darrah |

## **NOTICE OF MOTION**

To: See Attached Service List

Please take notice that on the 1st day of April, 2014, at 9:30 a.m., I shall appear before the Honorable Ronald A. Guzman and present the attached Motion to Reassign, Consolidate and Stay Proceedings Pending Appointment of Lead Plaintiff and Lead Counsel by Plaintiffs Robert Englehart, Jorge Rodriguez, and the Judith Kane-Rodriguez 2012 Family Trust in the courtroom usually occupied by him (Room 1218) in the United States District Court, Northern District of Illinois, a copy of which is attached hereto and hereby served upon you.

Dated: March 24, 2014

LASKY & RIFKIND, LTD.
NORMAN RIFKIND
AMELIA S. NEWTON


/s/ Norman Rifkind
NORMAN RIFKIND

351 West Hubbard Street, Suite 401
Chicago, IL 60654
Tel: (312) 634-0057
Fax: (312) 634-0059

*Local Counsel for Plaintiffs Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust*

GREENE AND LETTS
ATTORNEYS AT LAW
MARTIN P. GREENE
ZACHARY BUDDEN
55 Monroe Street
Suite 600
Chicago, IL 60603
Tel: (312) 346-1100
Fax: (312) 346-4571
Firm No. 19070

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
DAVID KNOTTS
EDWARD M. GERGOSIAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
JAMES E. BARZ
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Tel: (312) 674-4674
Fax: (312) 674-4676

WOLF POPPER LLP
ROBERT M. KORNREICH
CHET B. WALDMAN
JOSHUA W. RUTHIZER
NATALIE M. MACKIEL
845 Third Avenue
New York, NY 10022
Tel: (212) 759-4600
Fax: (212) 486-2093

JOHNSON &amp; WEAVER, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Tel: (212) 802-1486
Fax: (212) 602-1592

*Attorneys for Plaintiffs Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust*

## CERTIFICATE OF SERVICE

I, Norman Rifkind, an attorney, certify that a copy of the Motion to Reassign, Consolidate and Stay Proceedings Pending Appointment of Lead Plaintiff and Lead Counsel by Plaintiffs Robert Englehart, Jorge Rodriguez, and the Judith Kane-Rodriguez 2012 Family Trust, and the Notice of Motion was served via CM/ECF on the counsel of record on this 24th day of March, 2014.

Date: March 24, 2014

/s/ Norman Rifkind
Norman Rifkind

Amelia S. Newton
Norman Rifkind
LASKY & RIFKIND, LTD.
351 W. Hubbard St., Ste. 401
Chicago, Illinois 60654
Tel: 312/634-0057
Fax: 312/634-0059