U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
KERRY LAMBERT, On Behalf of Himself and All Others
Similarly Situated,                    Plaintiff
v.
TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS,
FRANK IANNA, et. al.,                  Defendants

Case Number: 13-cv-7945

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Movants Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust

| | |
|---|---|
| NAME (Type or print) <br> Norman Rifkind | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Norman Rifkind | |
| FIRM <br> Lasky & Rifkind, Ltd. | |
| STREET ADDRESS <br> 351 West Hubbard Street, Suite 401 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6191038 | TELEPHONE NUMBER <br> 312/634-0057 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |