U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>KERRY LAMBERT, On Behalf of Himself and All Others<br>Similarly Situated,          Plaintiff<br>v.<br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS,<br>FRANK IANNA, et. al.,          Defendants | Case Number: 13-cv-7945 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Movants Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust

---

| NAME (Type or print) |
|---|
| Amelia S. Newton |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Amelia S. Newton |

| FIRM |
|---|
| Lasky & Rifkind, Ltd. |

| STREET ADDRESS |
|---|
| 351 West Hubbard Street, Suite 401 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190594 | 312/634-0057 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |