## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Kerry Lambert

                    Plaintiff,

v.                                           Case No.: 1:13–cv–07945
                                                Honorable Ronald A. Guzman

Tellabs, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held. Despite indicating in open court that it was granting the motion to reassign case number 14 C 1990, the Court has concluded, upon review of the proposed preliminary approval order and the complaints in the relevant actions, that additional briefing on certain issues is necessary prior to ruling on the motion. Specifically, the Court directs the parties and counsel for Englehart to each file a position paper no later than April 18, 2014 addressing the following issues: (1) whether the claims in the Lambert and Englehart actions are brought directly or derivatively and the specific legal basis for each claim, with citations to authority; (2) the extent to which Federal Rule of Civil Procedure 23, including the opt out provision, impacts the Lambert and Englehart actions; and (3) the effect, if any, of the Private Securities Litigation Reform Act on the Lambert and Englehart actions. Motion to reassign [68] is entered and continued. Status hearing set for 4/18/2014 is stricken. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.