# EXHIBIT E

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| ROBERT ENGLEHART, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 13CH23886 |
| ) | |
| v. ) | Honorable Rita M. Novak |
| ) | |
| ) | Consolidated with Case Nos. 13CH24889, |
| BO HEDFORS, FRANK IANNA, VINCENT P. ) | 13CH24757, 13CH24519, 13CH24411, and |
| KELLY, MICHAEL E. LAVIN, STEPHANIE ) | 13CH23890 |
| PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMAN, DENNIS F. STRIGL, JAN H. SUWINSKI, VINCENT H. TOBKIN, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE LLC, and BLACKHAWK MERGER SUB, ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## AGREED ORDER

This cause coming before the Court on Defendants' Section 2-619(a)(3) Motions to Stay in Favor of Litigation Pending in the Northern District of Illinois, or in the Alternative, of the Pending Cases in DuPage County, and Motions to Defer Discovery ("Defendants' Motions"), it is hereby ordered that:

1. Defendants' Motions are withdrawn without prejudice pursuant to an agreement reached among the parties.

2. Pursuant to the agreement reached among the parties:

    (a) Defendants will produce to counsel for Plaintiffs *Robert Englehart,* City of Lakeland Employees Pension Plan and Jorge Rodriquez documents produced to the plaintiff in the related action pending in the Northern District of Illinois styled *Lambert v. Tellabs, Inc., et al.*, Case No. 13-cv-7945 (the "Federal Action"), as well as the transcripts of three depositions that have occurred in connection with confirmatory discovery in the Federal Action. The documents and transcripts will be produced pursuant to the terms of a confidentiality agreement entered into between the parties; and

  (b) All actions consolidated under the caption, *Englehart v. Hedfors, et al.*, Case No. 13CH23886 (including *City of Lakeland Employees Pension Plan v. Tellabs, Inc.*, Case No. 13CH23890; *McCoomb v. Tellabs, Inc., et al.*, Case No. 13CH24411; *Reynolds v. Tellabs, Inc., et al.*, Case No. 13CH24519; *Walpole v. Tellabs, Inc., et al.*, Case No. 13CH24757; and *Rodriguez v. Tellabs, Inc., et al.*, Case No. 13CH24889), are stayed pending resolution of the Federal Action.

 3. Nothing in this Order shall prejudice in any way Plaintiffs' rights to object, intervene, or seek any other relief in the Federal Action.

 4. The status hearing scheduled for February 26, 2014 at 10:00 a.m. is hereby stricken.

5. This case is set for status on August 5, 2014 at 10:00 a.m.

Date: _____

_____
Circuit Court Judge

[ENTERED stamp: JUDGE KATHLEEN M. PANTLE-1776, FEB 19 2014, DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL, DEPUTY CLERK]

2