# EXHIBIT I



Switch Client | Preferences | Help | Sign Out

| Search | Get a Document | Shepard's® | More | | History | Alerts |

FOCUS™ Terms `hlead("faruqi & faruqi") and "lead pl` Search Within `Original Results (1 - 75)` ▼ Go | Advanced...

View Tutorial

Source: **News & Business** > **Combined Sources** > **Wire Service Stories**
Terms: hlead("faruqi & faruqi") and "lead plaintiff" and date(geq (01/01/2013) and leq (12/31/2013))  (Suggest Terms for My Search)

Duplicate Options  `Off` ▼  What's this?

☞ Select for FOCUS™ or Delivery

☐ 1. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Tremor Video, Inc. To Contact The Firm**,  PR Newswire, December 14, 2013 Saturday 9:21 AM EST, , 560 words, NEW YORK, Dec. 14, 2013

☐ 2. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Violin Memory, Inc. To Contact The Firm**,  PR Newswire, December 14, 2013 Saturday 9:21 AM EST, , 581 words, NEW YORK, Dec. 14, 2013

☐ 3. **Faruqi & Faruqi, LLP Files Class Action Lawsuit Against ARIAD Pharmaceuticals, Inc. (ARIA)**,  PR Newswire, December 6, 2013 Friday 8:00 PM EST, , 697 words, NEW YORK, Dec. 6, 2013

☐ 4. **Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Violin Memory, Inc. To Contact The Firm**,  Market News Publishing, November 27, 2013 Wednesday 9:15 PM PST, , 635 words

☐ 5. **Faruqi &Faruqi, Llp Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Tremor Video, Inc. To Contact The**,  Market News Publishing, November 27, 2013 Wednesday 8:58 PM PST, , 613 words

☐ 6. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Tremor Video, Inc. to Contact the Firm**,  Marketwired, November 27, 2013 Wednesday 5:36 PM GMT, , 542 words, NEW YORK, NY; Nov 27, 2013

☐ 7. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Violin Memory, Inc. to Contact the Firm**,  Marketwired, November 27, 2013 Wednesday 5:36 PM GMT, , 562 words, NEW YORK, NY; Nov 27, 2013

☐ 8. **Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Ixia To Contact The Firm**,  Market News Publishing, November 23, 2013 Saturday 11:00 AM PST, , 623 words

☐ 9. **Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Tile Shop Holdings, Inc. To Contact The Firm**,  Market News Publishing, November 23, 2013 Saturday 9:08 AM PST, , 627 words

☐ 10. **Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In DFC Global Corp. To Contact The Firm**,  Market News Publishing, November 23, 2013 Saturday 9:06 AM PST, , 661 words

☐ 11. **Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Hertz Global Holdings, Inc. To Contact The Firm**,  Market News Publishing, November 23, 2013 Saturday 9:04 AM PST, , 674 words

☐ 12. **Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Fusion io, Inc. To Contact The Firm**,  Market News Publishing, November

23, 2013 Saturday 8:55 AM PST, , 603 words

- [ ] 13. Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Quality Systems, Inc. To Contact The Firm, Market News Publishing, November 23, 2013 Saturday 8:52 AM PST, , 625 words

- [ ] 14. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Quality Systems, Inc. to Contact the Firm, Marketwired, November 23, 2013 Saturday 5:08 AM GMT, , 566 words, NEW YORK, NY; Nov 23, 2013

- [ ] 15. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Fusion-io, Inc. to Contact the Firm, Marketwired, November 23, 2013 Saturday 5:08 AM GMT, , 546 words, NEW YORK, NY; Nov 23, 2013

- [ ] 16. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Pretium Resources, Inc. To Contact The Firm, PR Newswire, November 23, 2013 Saturday 8:08 AM EST, , 635 words, NEW YORK, Nov. 23, 2013

- [ ] 17. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Ixia to Contact the Firm, Marketwired, November 22, 2013 Friday 5:08 PM GMT, , 570 words, NEW YORK, NY; Nov 22, 2013

- [ ] 18. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Tile Shop Holdings, Inc. to Contact the Firm, Marketwired, November 22, 2013 Friday 5:08 PM GMT, , 567 words, NEW YORK, NY; Nov 22, 2013

- [ ] 19. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in DFC Global Corp. to Contact the Firm, Marketwired, November 22, 2013 Friday 5:08 PM GMT, , 604 words, NEW YORK, NY; Nov 22, 2013

- [ ] 20. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Hertz Global Holdings, Inc. to Contact the Firm, Marketwired, November 22, 2013 Friday 5:08 PM GMT, , 614 words, NEW YORK, NY; Nov 22, 2013

- [ ] 21. FAB UNIVERSAL INVESTOR ALERT: Faruqi & Faruqi, LLP Encourages Shareholders Who Suffered Losses in Excess of $100,000 to Contact the Firm, PR Newswire, November 21, 2013 Thursday 8:30 PM EST, , 587 words, NEW YORK, Nov. 21, 2013

- [ ] 22. Faruqi & Faruqi Announces Filing of Class Action Lawsuit against Cole Real Estate Investments, Inc., Business Wire, November 20, 2013 Wednesday 10:26 PM GMT, , 603 words, NEW YORK

- [ ] 23. Faruqi &Faruqi, Llp Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Achillion Pharmaceuticals, Inc. To Contact The Firm, Market News Publishing, November 17, 2013 Sunday 12:02 PM PST, , 611 words

- [ ] 24. Faruqi &Faruqi, Llp Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Atossa Genetics, Inc. To Contact The Firm, Market News Publishing, November 17, 2013 Sunday 10:30 AM PST, , 593 words

- [ ] 25. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Achillion Pharmaceuticals, Inc. to Contact the Firm, Marketwired, November 15, 2013 Friday 6:09 PM GMT, , 529 words, NEW YORK, NY; Nov 15, 2013

- [ ] 26. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Atossa Genetics, Inc. to Contact the Firm, Marketwired, November 15, 2013 Friday 6:09 PM GMT, , 514 words, NEW YORK, NY; Nov 15, 2013

- [ ] 27. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in General Cable Corp. to Contact the Firm, Marketwired, November 15, 2013 Friday 6:09 PM GMT, , 634 words, NEW YORK, NY; Nov 15, 2013

28. *Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Amarin Corporation PLC to Contact the Firm*, Marketwired, November 15, 2013 Friday 6:09 PM GMT, , 487 words, NEW YORK, NY; Nov 15, 2013

29. *Faruqi &Faruqi, Llp Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Amarin Corporation Plc To Contact The Firm*, Market News Publishing, November 15, 2013 Friday 12:03 PM PST, , 561 words

30. *Faruqi &Faruqi, Llp Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In General Cable Corp. To Contact The Firm*, Market News Publishing, November 15, 2013 Friday 10:29 AM PST, , 706 words

31. *Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In L & L Energy, Inc. To Contact The Firm*, PR Newswire, November 15, 2013 Friday 9:09 PM EST, , 597 words, NEW YORK, Nov. 15, 2013

32. *Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in L & L Energy, Inc. to Contact the Firm*, Marketwired, November 1, 2013 Friday 6:00 PM GMT, , 578 words, NEW YORK, NY; Nov 01, 2013

33. *Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in BioScrip, Inc. to Contact the Firm*, Marketwired, November 1, 2013 Friday 6:00 PM GMT, , 533 words, NEW YORK, NY; Nov 01, 2013

34. *Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In L &L Energy, Inc. To Contact The Firm*, Market News Publishing, November 1, 2013 Friday 1:46 AM PST, , 633 words

35. *Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Bioscrip, Inc. To Contact The Firm*, Market News Publishing, November 1, 2013 Friday 1:45 AM PST, , 589 words

36. *Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Ariad Pharmaceuticals, Inc. to Contact the Firm*, Marketwired, October 31, 2013 Thursday 1:33 PM GMT, , 548 words, NEW YORK, NY; Oct 31, 2013

37. *Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Pretium Resources, Inc. to Contact the Firm*, Marketwired, October 30, 2013 Wednesday 1:10 PM GMT, , 539 words, NEW YORK, NY; Oct 30, 2013

38. *Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Pretium Resources, Inc. To Contact The Firm*, Market News Publishing, October 30, 2013 Wednesday 12:05 PM PST, , 612 words

39. *Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Catalyst Pharmaceutical Partners, Inc. to Contact the Firm*, Marketwired, October 29, 2013 Tuesday 1:05 PM GMT, , 519 words, NEW YORK, NY; Oct 29, 2013

40. *Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in NQ Mobile, Inc. to Contact the Firm*, Marketwired, October 29, 2013 Tuesday 1:05 PM GMT, , 554 words, NEW YORK, NY; Oct 29, 2013

41. *Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Active Power, Inc. to Contact the Firm*, Marketwired, October 29, 2013 Tuesday 1:05 PM GMT, , 509 words, NEW YORK, NY; Oct 29, 2013

42. *Faruqi &Faruqi, Llp Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Active Power, Inc. To Contact The Firm*, Market News Publishing, October 29, 2013 Tuesday 7:22 AM PST, , 581 words

43. *Faruqi &Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000*

Investing In NQ Mobile, Inc. To Contact The Firm, Market News Publishing, October 29, 2013 Tuesday 6:28 AM PST, , 629 words

44. Faruqi &Faruqi, Llp Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Catalyst Pharmaceutical\ Partners, Inc. To Contact The Firm, Market News Publishing, October 29, 2013 Tuesday 6:10 AM PST, , 592 words

45. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In Ariad Pharmaceuticals, Inc. To Contact The Firm, PR Newswire, October 18, 2013 Friday 8:15 PM EST, , 438 words, NEW YORK, Oct. 18, 2013

46. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in L & L Energy, Inc. to Contact the Firm -- LLEN, GlobeNewswire, October 11, 2013 Friday 5:30 PM EST, , LAW & LEGAL ISSUES, 496 words

47. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in OvaScience, Inc. to Contact the Firm -- OVAS, GlobeNewswire, October 11, 2013 Friday 5:30 PM EST, , LAW & LEGAL ISSUES, 419 words

48. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in KiOR, Inc. to Contact the Firm -- KIOR, GlobeNewswire, October 11, 2013 Friday 5:30 PM EST, , LAW & LEGAL ISSUES, 445 words

49. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In BioScrip, Inc. To Contact The Firm, PR Newswire, October 11, 2013 Friday 8:30 PM EST, , 447 words, NEW YORK, Oct. 11, 2013

50. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In The First Marblehead Corporation To Contact The Firm, PR Newswire, October 11, 2013 Friday 8:30 PM EST, , 462 words, NEW YORK, Oct. 11, 2013

Source: News & Business > Combined Sources > Wire Service Stories
Terms: hlead("faruqi & faruqi") and "lead plaintiff" and date(geq (01/01/2013) and leq (12/31/2013)) (Suggest Terms for My Search)
View: Cite
Date/Time: Tuesday, April 15, 2014 - 5:31 PM EDT

LexisNexis® About LexisNexis | Privacy Policy | Terms & Conditions | Contact Us
Copyright © 2014 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.



Switch Client | Preferences | Help | Sign Out

| Search | Get a Document | Shepard's® | More | | History | Alerts |

FOCUS™ Terms [     ] Search Within [Original Results (1 - 75) ▼] [Go]   Advanced...
View Tutorial

Source: **News & Business** > **Combined Sources** > **Wire Service Stories**
Terms: hlead("faruqi & faruqi") and "lead plaintiff" and date(geq (01/01/2013) and leq (12/31/2013))   (Suggest Terms for My Search)

Duplicate Options [Off ▼]  What's this?

☚ Select for FOCUS™ or Delivery

☐ 51. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In MiMedx Group, Inc. To Contact The Firm**, PR Newswire, October 11, 2013 Friday 8:30 PM EST, , 451 words, NEW YORK, Oct. 11, 2013

☐ 52. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Tower Group International, Inc. to Contact the Firm -- TWGP**, GlobeNewswire, October 9, 2013 Wednesday 1:00 PM EST, , LAW & LEGAL ISSUES, 466 words

☐ 53. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Substantial Losses In Excess Of $100,000 Investing In Furniture Brands International, Inc. To Contact The Firm**, PR Newswire, October 9, 2013 Wednesday 4:00 PM EST, , 441 words, NEW YORK, Oct. 9, 2013

☐ 54. **Faruqi & Faruqi, LLP Files Class Action Lawsuit Against LinnCo, LLC (LNCO)**, PR Newswire, August 30, 2013 Friday 9:39 PM EST, , 796 words, NEW YORK, Aug. 30, 2013

☐ 55. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Juniper Networks, Inc. to Contact the Firm -- JNPR**, GlobeNewswire, August 19, 2013 Monday 3:30 PM EST, , LAW & LEGAL ISSUES, 406 words

☐ 56. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Uroplasty, Inc. to Contact the Firm -- UPI**, GlobeNewswire, August 16, 2013 Friday 5:38 PM EST, , LAW & LEGAL ISSUES, 415 words

☐ 57. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Orthofix International N.V. to Contact the Firm -- OFIX**, GlobeNewswire, August 16, 2013 Friday 5:38 PM EST, , LAW & LEGAL ISSUES, 483 words

☐ 58. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Vanda Pharmaceuticals, Inc. to Contact the Firm -- VNDA**, GlobeNewswire, August 9, 2013 Friday 7:10 PM EST, , LAW & LEGAL ISSUES, 392 words

☐ 59. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Barrick Gold Corporation to Contact the Firm -- ABX**, GlobeNewswire, July 26, 2013 Friday 6:30 PM EST, , LAW & LEGAL ISSUES, 421 words

☐ 60. **Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Walter Investment Management Corp. to Contact the Firm -- WAC**, GlobeNewswire, July 26, 2013 Friday 6:30 PM EST, , LAW & LEGAL ISSUES, 416 words

- [ ] 61. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Dynavax Technologies Corporation to Contact the Firm -- DVAX, GlobeNewswire, July 26, 2013 Friday 6:30 PM EST, , LAW & LEGAL ISSUES, 435 words

- [ ] 62. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Amyris, Inc. to Contact the Firm, GlobeNewswire, July 12, 2013 Friday 6:30 PM EST, , LAW & LEGAL ISSUES, 401 words

- [ ] 63. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Delcath Systems, Inc. to Contact the Firm, GlobeNewswire, July 3, 2013 Wednesday 5:38 PM EST, , LAW & LEGAL ISSUES, 576 words

- [ ] 64. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Ventrus Biosciences, Inc. to Contact the Firm, GlobeNewswire, July 3, 2013 Wednesday 5:38 PM EST, , LAW & LEGAL ISSUES, 485 words

- [ ] 65. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Substantial Losses Investing in Invacare Corporation to Contact the Firm, GlobeNewswire, June 29, 2013 Saturday 6:09 AM EST, , LAW & LEGAL ISSUES, 583 words

- [ ] 66. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in AVEO Pharmaceuticals, Inc. to Contact the Firm -- AVEO, GlobeNewswire, June 25, 2013 Tuesday 2:00 PM EST, , LAW & LEGAL ISSUES, 556 words

- [ ] 67. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in UniTek Global Services, Inc. to Contact the Firm -- UNTK, GlobeNewswire, June 7, 2013 Friday 5:45 PM EST, , LAW & LEGAL ISSUES, 485 words

- [ ] 68. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Magnum Hunter Resources Corporation to Contact the Firm, GlobeNewswire, June 7, 2013 Friday 5:45 PM EST, , LAW & LEGAL ISSUES, 504 words

- [ ] 69. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Autoliv, Inc. to Contact the Firm -- ALV, GlobeNewswire, May 31, 2013 Friday 5:08 PM EST, , LAW & LEGAL ISSUES, 568 words

- [ ] 70. The Law Firms of Saxena White P.A. and Faruqi & Faruqi LLP Announce Proposed Settlement Reached In Class Action Involving Matrixx Initiatives, Inc. Common Stock, Business Wire, May 17, 2013 Friday 7:04 PM GMT, , 585 words, PHOENIX

- [ ] 71. Faruqi & Faruqi, LLP Notifies Investors In Tangoe, Inc. Of Class Action Lawsuit And Upcoming Deadline, PR Newswire, April 29, 2013 Monday 8:15 PM EST, , 458 words, NEW YORK, April 29, 2013

- [ ] 72. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Star Scientific, Inc. to Contact the Firm, GlobeNewswire, April 19, 2013 Friday 6:30 PM EST, , LAW & LEGAL ISSUES, 472 words

- [ ] 73. Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses in Excess of $100,000 Investing in Tangoe, Inc. to Contact the Firm, GlobeNewswire, April 19, 2013 Friday 6:00 PM EST, , LAW & LEGAL ISSUES, 461 words

- [ ] 74. Faruqi & Faruqi, LLP Files Securities Class Action Lawsuit Against Cirrus Logic, Inc. (CRUS), PR Newswire, April 2, 2013 Tuesday 4:55 PM EST, , 503 words, NEW YORK, April 2, 2013

- [ ] 75. Faruqi & Faruqi, LLP Files Class Action Lawsuit Against Keryx Biopharmaceuticals, Inc. -- KERX, PR Newswire, February 1, 2013 Friday 7:00 PM EST, , 390 words, NEW YORK, Feb. 1, 2013