# EXHIBIT J

HARRIS SHAREHOLDER ALERT: Faruqi & Faruqi, LLP Announces the Investigation of Harris Interactive Inc. (HPOL) over the Proposed Sale of the Company to Nielsen Holdings N.V. (NLSN)

Copyright 2013 Business Wire, Inc.
Business Wire

November 25, 2013 Monday 12:30 AM GMT

**DISTRIBUTION:** Business Editors; Legal Editors

**LENGTH:** 429 words

**HEADLINE:** HARRIS SHAREHOLDER ALERT: Faruqi & Faruqi, LLP Announces the Investigation of Harris Interactive Inc. (HPOL) over the Proposed Sale of the Company to Nielsen Holdings N.V. (NLSN);
Faruqi & Faruqi, LLP, a leading national securities firm headquartered in New York City, is investigating the Board of Directors of Harris Interactive Inc.

**DATELINE:** NEW YORK

**BODY:**

Juan E. Monteverde , a partner at Faruqi & Faruqi, LLP , a leading national securities firm headquartered in New York City, is investigating the Board of Directors of Harris Interactive Inc. ("Harris" or the "Company") (NasdaqGS:HPOL) for potential breaches of fiduciary duties in connection with their conduct related to the sale of the Company to Nielsen Holdings N.V. (NYSE:NLSN) in a cash deal valued at approximately $100 million. Under the terms of the proposed transaction, Harris' stockholders will receive $2.00 for each share of Harris common stock they own. The consideration represents a paltry 2.0% premium to the volume weighted average closing price of Harris Interactive's common stock in the 60 consecutive trading days prior to announcement of the transaction.

Request more information now by clicking here: www.faruqilaw.com/HPOL . There is no cost or obligation to you.

The investigation focuses on whether Harris' Board of Directors breached their fiduciary duties to the Company's stockholders by failing to conduct an adequate and fair sales process prior to agreeing to this proposed transaction, whether and by how much this proposed transaction undervalues the Company to the detriment of Harris' shareholders.

Faruqi & Faruqi, LLP is a national law firm which represents investors and individuals in class action litigation. The firm is focused on providing exemplary legal services in complex litigation in the areas of securities, shareholder, antitrust and consumer litigation, throughout all phases of litigation. The firm has an experienced trial team which has achieved significant victories on behalf of the firm's clients. To keep track of the latest securities litigation news, follow us on Twitter at www.twitter.com/MergerActivity or on Facebook at www.facebook.com/FaruqiLaw .

If you own common stock in Harris and wish to obtain additional information and protect your investments free of charge, please visit us at www.faruqilaw.com/HPOL or contact Juan E. Monteverde, Esq. either via e-mail at jmonteverde@faruqilaw.com or by telephone at (877) 247-4292 or (212) 983-9330.

Attorney Advertising. (C) 2013 Faruqi & Faruqi, LLP. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP ( www.faruqilaw.com ). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We are happy to discuss your particular case.

CONTACT: Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Attn: Juan E. Monteverde, Esq.
jmonteverde@faruqilaw.com
Toll Free: 877-247-4292
Phone: 212-983-9330
**URL:** http://www.businesswire.com
**LOAD-DATE:** November 26, 2013