# EXHIBIT M

Page 1

Faruqi & Faruqi, LLP Launches An Investigation Against Avanir Pharmaceuticals, Inc. (AVNR)

Copyright 2013 Business Wire, Inc.
Business Wire
December 30, 2013 Monday 6:07 PM GMT

**DISTRIBUTION:** Business Editors; Legal Editors
**LENGTH:** 368 words
**HEADLINE:** Faruqi & Faruqi, LLP Launches An Investigation Against Avanir Pharmaceuticals, Inc. (AVNR) For Potential Breaches Of Fiduciary Duties By Its Board Of Directors;
Faruqi & Faruqi, LLP, a leading national securities firm headquartered in New York City, is investigating the Board of Directors of Avenir Pharmaceuticals, Inc.
**DATELINE:** NEW YORK
**BODY:**

Juan E. Monteverde , a partner at Faruqi & Faruqi, LLP , a leading national securities firm headquartered in New York City, is investigating the Board of Directors of Avanir Pharmaceuticals, Inc. ("Avanir" or the "Company") (NasdaqGS:AVNR) for potential breaches of fiduciary duties in connection with their conduct in seeking shareholders' approval for Approval of the 2014 Incentive Plan and certain other proxy.

Specifically, in the Proxy Statement filed by the Company with the Securities and Exchange Commission on December 30, 2013, the Board of Directors recommends that Avanir's shareholders vote to approve the 2014 Incentive Plan. The issuance of the additional shares could have a substantial dilutive effect on the shares of Avanir common stock.

Request more information now by clicking here: www.faruqilaw.com/AVNR . There is no cost or obligation to you.

Faruqi & Faruqi, LLP is a national law firm which represents investors and individuals in class action litigation. The firm is focused on providing exemplary legal services in complex litigation in the areas of securities, shareholder, antitrust and consumer litigation, throughout all phases of litigation. The firm has an experienced trial team which has achieved significant victories on behalf of the firm's clients. To keep track of the latest securities litigation news, follow us on Twitter at www.twitter.com/MergerActivity or on Facebook at www.facebook.com/FaruqiLaw .

If you own common stock in Avanir and wish to obtain additional information and protect your investments free of charge, please visit us at www.faruqilaw.com/AVNR or contact Juan E. Monteverde, Esq. either via e-mail at jmonteverde@faruqilaw.com or by telephone at (877) 247-4292 or (212) 983-9330.

Attorney Advertising. (C) 2013 Faruqi & Faruqi, LLP. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP ( www.faruqilaw.com ). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We are happy to discuss your particular case.

CONTACT: Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Attn: Juan E. Monteverde, Esq.
jmonteverde@faruqilaw.com
Toll Free: (877) 247-4292
Phone: (212) 983-9330

**URL:** http://www.businesswire.com

**LOAD-DATE:** December 31, 2013