# EXHIBIT N



# TELLABS SHAREHOLDER ALERT: Faruqi & Faruqi, LLP Announces the Investigation of the Tellabs Inc. (TLAB) Board of Directors Over the Proposed Sale of the Company to Marlin Equity Partners in a Cash Deal

*Faruqi & Faruqi, LLP, a leading national securities firm headquartered in New York City, is investigating the Board of Directors of Tellabs Inc.*

October 21, 2013 12:17 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Juan E. Monteverde, a partner at Faruqi & Faruqi, LLP, a leading national securities firm headquartered in New York City, is investigating the Board of Directors of Tellabs Inc. ("Tellabs" or the "Company") (NasdaqGS: TLAB) for potential breaches of fiduciary duties in connection with their conduct related to the sale of the Company to Marlin Equity Partners in a cash deal valued at approximately $891 million. Under the terms of the proposed transaction, Tellabs' stockholders will receive $2.45 for each share of Tellabs common stock they own. However, Tellabs has a book value in excess of the offering price, at $2.81 per share.

**Request more information now by clicking here: www.faruqilaw.com/TLAB.There is no cost or obligation to you.**

The investigation focuses on whether Tellabs' Board of Directors breached their fiduciary duties to the Company's stockholders by failing to conduct an adequate and fair sales process prior to agreeing to this proposed transaction, whether and by how much this proposed transaction undervalues the Company to the detriment of Tellabs' shareholders.

Faruqi & Faruqi, LLP is a national law firm which represents investors and individuals in class action litigation. The firm is focused on providing exemplary legal services in complex litigation in the areas of securities, shareholder, antitrust and consumer litigation, throughout all phases of litigation. The firm has an experienced trial team which has achieved significant victories on behalf of the firm's clients.

If you own common stock in Tellabs and wish to obtain additional information and protect your investments free of charge, please visit us at www.faruqilaw.com/TLAB or contact Juan E. Monteverde, Esq. either via e-mail at jmonteverde@faruqilaw.com or by telephone at (877) 247-4292 or (212) 983-9330.

Contact:

Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Attn: Juan E. Monteverde, Esq.
jmonteverde@faruqilaw.com
Toll Free: (877) 247-4292
Phone: (212) 983-9330

Attorney Advertising. (C) 2013 Faruqi & Faruqi, LLP. The law firm responsible for this advertisement is Faruqi & Faruqi, LLP (www.faruqilaw.com). Prior results do not guarantee or predict a similar outcome with respect to any future matter. We are happy to discuss your particular case.

Contacts
Faruqi & Faruqi, LLP
Juan E. Monteverde, Esq.
(877) 247-4292 or (212) 983-9330
jmonteverde@faruqilaw.com