IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Kerry Lambert, on behalf of himself** | ) | |
| **and all others similarly situated,** | ) | |
| Plaintiffs, | ) | |
| | ) | Case No: 13 C 7945 |
| | ) | |
| v. | ) | |
| | ) | Judge Ronald A. Guzmán |
| **Tellabs, Inc., et al.,** | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated below, the Court denies the *Englehart* plaintiffs' motion to reassign and consolidate that case and stay this case [68]. Plaintiffs' counsel is directed to provide the notice required under the PSLRA, 15 U.S.C. § § 78u-4(a)(3)(A)(i), within twenty days of the date of this order.

## STATEMENT

Pursuant to this Court's April 1, 2014 order, the parties and the *Englehart* plaintiffs have submitted position papers addressing the following issues: (1) whether the claims in the *Lambert* and *Englehart* actions are brought directly or derivatively and the specific legal basis for each claim, with citations to authority; (2) the extent to which Federal Rule of Civil Procedure 23, including the opt out provision, impacts the *Lambert* and *Englehart* actions; and (3) the effect, if any, of the Private Securities Litigation Reform Act on the *Lambert* and *Englehart* actions. (Dkt. # 74.)

The parties agree that both the *Lambert* and *Englehart* actions are direct actions and subject to the provisions of the PSLRA. Moreover, the *Lambert* plaintiffs and the defendants agree that they will revise the proposed settlement agreement in this case to seek certification of the class only under

Federal Rule of Civil Procedure 23(b)(3), which will provide the class members with an increased level of notice and the ability to opt out. In light of this revision, the Court denies the *Englehart* plaintiffs' motion to reassign and consolidate that case and stay this case [68]. Any class members in the *Englehart* action may opt out of any potential *Lambert* settlement, assuming it is accepted by the Court, and pursue their claims individually.

  Plaintiffs' counsel is directed to provide the notice required under the PSLRA, 15 U.S.C. §§ 78u-4(a)(3)(A)(i), within twenty days of the date of this order. The Court will address the parties' motion for preliminary approval of the settlement agreement after the Lead Plaintiff and Lead Counsel issues are resolved.

**Date**: April 25, 2014

                  */s/ Ronald A. Guzmán*
                  **Ronald A. Guzmán**
                  **United States District Judge**