IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:13-cv-07945 |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., | ) ) ) ) ) ) ) ) ) ) | Hon. Robert A. Guzman |
| Defendants. | ) ) | |

### Notice of Motion

**PLEASE TAKE NOTICE** that on Tuesday, May 13, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Defendants' Joint Motion to Clarify a Portion of the Court's April 25, 2014 Order, or, in the Alternative to Reconsider the Portion of the Court's Order Denying the *Englehart* Plaintiffs' Motion for Reassignment.**

Dated: May 8, 2014

Respectfully submitted,

/s/ David F. Graham
SIDLEY AUSTIN LLP
David F. Graham
James W. Ducayet
Rachel B. Niewoehner
Kathleen L. Carlson
One South Dearborn Street

Chicago, IL 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
dgraham@sidley.com
jducayet@sidley.com
rniewoehner@sidley.com
kathleen.carlson@sidley.com

*Counsel for Defendants Tellabs, Inc., Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, and Mikel H. Williams*

/s/ David M. Friebus_____
BAKER HOSTETLER
John M. Touhy
David M. Friebus
191 North Wacker Drive
Suite 3100
Chicago, Illinois 60606-1901
jtouhy@bakerlaw.com
dfriebus@bakerlaw.com

SCHULTE ROTH & ZABEL LLP
William H. Gussman, Jr.
Frank LaSalle
Michael Swartz
919 Third Avenue
New York, New York 10022
bill.gussman@srz.com
frank.lasalle@srz.com
michael.swartz@srz.com

*Counsel for Defendants Marlin Equity Partners, Blackhawk Holding Vehicle LLC, and Blackhawk Merger Sub Inc.*

**CERTIFICATE OF SERVICE**

Kathleen L. Carlson, an attorney, hereby certifies that on May 8, 2014, she caused a true and correct copy of the foregoing to be filed electronically with the Clerk of Court to be filed and served upon all parties via the Court's CM/ECF system.

s/ Kathleen L. Carlson