UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kerry Lambert
                    Plaintiff,
v.                                          Case No.: 1:13−cv−07945
                                            Honorable Ronald A. Guzman
Tellabs, Inc., et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2014:

MINUTE entry before the Honorable Ronald A. Guzman: Notice of motion hearing set for 5/13/2014 is stricken and no appearance is necessary. Motion by Defendants Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, Tellabs, Inc., Vincent H. Tobkin, Mikel H. Williams to clarify a Portion of the Courts April 25, 2014 Order, or, in the Alternative to Reconsider the Portion of the Courts Order Denying the Englehart Plaintiffs' Motion for Reassignment [80] is denied. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.