UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>TELLABS, INC., et al.,<br><br>       Defendants. | Case No. 1:13-cv-07945<br><br>CLASS ACTION<br><br>Judge Ronald A. Guzman |

MOTION FOR APPOINTMENT OF ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST AS LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL

Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust, of which Rodriguez is the Trustee (collectively, "Englehart and Rodriguez") move this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, for an Order (attached hereto as Exhibit A): (1) appointing Englehart and Rodriguez as lead plaintiffs in the action; and (2) approving Englehart and Rodriguez's selection of Wolf Popper LLP as lead counsel for the class. In support of this Motion, Englehart and Rodriguez submit a memorandum of law and true and correct copies of the following exhibits:

Exhibit A: [Proposed] Order;

Exhibit B: Notice of pendency of *Lambert v. Tellabs, Inc.*, No. 13-cv-7945 (N.D. Ill.) published on *PR Newswire*, a national business-oriented wire service, on May 14, 2014;

Exhibit C: Notice of pendency of *Englehart v. Tellabs, Inc.*, No. 14-cv-1990 (N.D. Ill.) published on *Business Wire*, a national business-oriented wire service, on March 20, 2014;

Exhibit D: Englehart and Rodriguez's Certifications;

Exhibit E: Wolf Popper LLP firm résumé.

DATED: July 14, 2014

Respectfully submitted,

WOLF POPPER LLP
ROBERT M. KORNREICH
CHET B. WALDMAN
JOSHUA W. RUTHIZER
NATALIE M. MACKIEL

   /s/ Chet B. Waldman
        Chet B. Waldman

845 Third Avenue
New York, NY 10022
Telephone: 212/759-4600
212/486-2093 (fax)

[Proposed] Lead Counsel for Plaintiffs

GREENE AND LETTS
MARTIN P. GREENE
DARTESIA A. PITTS
55 Monroe Street, Suite 600
Chicago, IL 60603
Telephone: 312/346-1100
312/346-4571 (fax)

Local Counsel for Plaintiffs

JOHNSON & WEAVER, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: 212/802-1486
212/602-1592 (fax)

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2014.

    /s/ Chet B. Waldman
    CHET B. WALDMAN

WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: 212/759-4600
212/486-2093 (fax)

Email: cwaldman@wolfpopper.com