UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>TELLABS, INC., et al.,<br><br>       Defendants. | Case No. 1:13-cv-07945<br><br><u>CLASS ACTION</u><br><br>Judge Ronald A. Guzman |

[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF
ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ
2012 FAMILY TRUST AS LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS'
SELECTION OF LEAD COUNSEL

Having considered the Motion for Appointment as Lead Plaintiffs and Approval of Lead Plaintiffs' Selection of Lead Counsel filed by Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust, of which Rodriguez is the Trustee (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), the Court appoints Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust as Lead Plaintiffs; and

3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Lead Plaintiffs' selection of Wolf Popper LLP as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE RONALD A. GUZMAN
UNITED STATES DISTRICT JUDGE

Submitted by:

WOLF POPPER LLP
ROBERT M. KORNREICH
CHET B. WALDMAN
JOSHUA W. RUTHIZER
NATALIE M. MACKIEL
845 Third Avenue
New York, NY 10022
Telephone: 212/759-4600
212/486-2093 (fax)

[Proposed] Lead Counsel for Plaintiffs

GREENE AND LETTS
MARTIN P. GREENE
DARTESIA A. PITTS
55 Monroe Street, Suite 600
Chicago, IL 60603

\- 2 -

Telephone: 312/346-1100
312/346-4571 (fax)

Local Counsel for Plaintiffs

JOHNSON & WEAVER, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: 212/802-1486
212/602-1592 (fax)

Additional Counsel for Plaintiffs