# EXHIBIT D

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Robert Englehart ("Plaintiff") declares:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

### ACQUISITIONS

| Date | Number of Shares Acquired | Price Per Share |
|---|---|---|
| 2/16/11 | 51,000 | $5.52 |
| 3/21/11 | 2,000 | $4.96 |
| 1/14/13 | 23,750 | $2.28 |

### SALES

| Date | Number of Shares Sold | Price Per Share |
|---|---|---|
| n/a | n/a | n/a |

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this certification.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2014.

_____
ROBERT ENGLEHART

## PLAINTIFF CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jorge Rodriguez, individually as joint-tenant and as Trustee of The Judith Kane-Rodriguez 2012 Family Trust (the "Trust"), hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaint to be filed against Tellabs, Inc., Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, Mikel H. Williams, Marlin Equity Partners, Blackhawk Holding Vehicle, LLC, and Blackhawk Merger Sub Inc. in the United States District Court for the Northern District of Illinois, and I have authorized the filing of the complaint on my and the Trust's and behalf. I have authority to authorize the filing of the complaint as joint-tenant and on behalf of the Trust.

2. I and the Trust are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

3. My and the Trust's holdings of Tellabs, Inc. common stock as of December 3, 2013 are as follows:

| Transaction (Purchase, Sale) | Trade Date | No. of Shares | Price Per Share |
|---|---|---|---|

### SEE ATTACHED

4. I and the Trust did not purchase any of these shares at the direction of counsel or in order to participate in this or any private action arising under the federal securities laws.

5. During the three year period preceding the date of my signing this certification, I and the Trust have not sought to serve, nor have I or the Trust served, as a representative party on behalf of a class in any private action arising under the federal securities laws.

6. I and the Trust will not accept any payment for serving as a representative party on behalf of a class beyond our pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct this 18th day of March, 2014.

Jorge Rodriguez

Jorge Rodriguez
Attachment to Certification

**The Judith Kane-Rodriguez 2012 Family Trust**

Shares Held 10/21/2013: 300,000

| Date | Purchases Quantity | Purchases Price | Cost | Sales Quantity | Sales Price | Proceeds |
|---|---|---|---|---|---|---|
| 12/3/2013 | | | | 300,000 | 2.45 | $735,000 |
| Total | 0 | | $0 | 300,000 | | $735,000 |