UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | Case No. 1:13-cv-07945 |
| Plaintiff, | ) ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | Judge Ronald A. Guzman |
| TELLABS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

NOTICE OF PRESENTMENT OF MOTION BY ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE THAT on Thursday, July 22, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust (collectively, "Englehart and Rodriguez") shall appear before Judge Guzman or any judge sitting in his stead, in Courtroom 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and there and then present Englehart and Rodriguez's Motion for Appointment as Lead Plaintiffs and Approval of Lead Plaintiffs' Selection of Lead Counsel, a copy of which is served upon you.

DATED: July 14, 2014

Respectfully submitted,

WOLF POPPER LLP
ROBERT M. KORNREICH
CHET B. WALDMAN
JOSHUA W. RUTHIZER
NATALIE M. MACKIEL

    /s/ Chet B. Waldman
    Chet B. Waldman

845 Third Avenue
New York, NY 10022
Telephone: 212/759-4600
212/486-2093 (fax)

[Proposed] Lead Counsel for Plaintiffs

GREENE AND LETTS
MARTIN P. GREENE
DARTESIA A. PITTS
55 Monroe Street, Suite 600
Chicago, IL 60603
Telephone: 312/346-1100
312/346-4571 (fax)

Local Counsel for Plaintiffs

JOHNSON & WEAVER, LLP
W. SCOTT HOLLEMAN
99 Madison Avenue, 5th Floor
New York, NY 10016
Telephone: 212/802-1486
212/602-1592 (fax)

- 1 -

- 2 -

Additional Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2014.

        /s/ Chet B. Waldman
     CHET B. WALDMAN

WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
Telephone: 212/759-4600
212/486-2093 (fax)

Email: cwaldman@wolfpopper.com