IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

**MOTION OF KERRY LAMBERT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Plaintiff Kerry Lambert ("Lambert") respectfully moves this Court for an order granting Lambert's motion for appointment as Lead Plaintiff and approval of his counsel as Lead Counsel and Liaison Counsel (the "Motion").

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), on the grounds that Lambert filed the complaint in the above-captioned action and is the "most adequate plaintiff" under the guidelines of the PSLRA. Moreover, Lambert meets the requirements of Rule 23 of the Federal Rules of Civil Procedure for the purposes of this Motion in that his claims are typical of the other purported class members' claims and that he will fairly and adequately represent the putative class. Lambert also seeks the

Court's approval of his selection of Faruqi & Faruqi, LLP, a law firm with substantial experience in prosecuting securities fraud class actions, as Lead Counsel and Lite DePalma Greenberg, LLC as Liaison Counsel pursuant to § 21D(a)(3)(B)(v).

This Motion is based on the accompanying memorandum of law in support hereof, the pleadings and other filings herein, and other such written and oral argument as may be permitted by the Court.

For the foregoing reasons, Lambert respectfully requests the Court (1) appoint Lambert as Lead Plaintiff pursuant to the PSLRA; (2) approve Faruqi & Faruqi, LLP as Lead Counsel and Lite DePalma Greenberg, LLC as Liaison Counsel; and (3) grant such other and further relief as the Court may deem just and proper.

Dated: July 14, 2014

Respectfully submitted,

By: /s/ Katrina Carroll

**LITE DEPALMA GREENBERG, LLC**
Katrina Carroll, Esq.
One South Dearborn
Suite 2100
Chicago, IL 60603
Tel: 312-212-4383
Fax: 312-212-5919
Email: kcarroll@litedepalma.com

*Attorneys for Plaintiff Kerry Lambert and Proposed Liaison Counsel*

**FARUQI & FARUQI, LLP**
Juan E. Monteverde, Esq.
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com

*Attorneys for Plaintiff Kerry Lambert and Proposed Lead Counsel*

423043.1

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted in the attached Electronic Mail Notice List.

*/s/ Katrina Carroll*