# EXHIBIT C

7/9/2014 Faruqi & Faruqi, LLP Announces Filing Of Class Action Lawsuit Against Tellabs,... - NEW YORK, May 14, 2014 /PRNewswire/ --

Case: 1:13-cv-07945 Document #: 87-3 Filed: 07/14/14 Page 2 of 3 PageID #:910


(http://www.prnewswire.com/)



# Faruqi & Faruqi, LLP Announces Filing Of Class Action Lawsuit Against Tellabs, Inc.



NEW YORK, May 14, 2014 /PRNewswire/ -- Notice is hereby given that Faruqi & Faruqi, LLP has filed a class action lawsuit in the United States District Court for the Northern District of Illinois, case no. 1:13-cv-07945,

If you wish to obtain information concerning this action or view a copy of the complaint, you can do so by clicking here: http://www.faruqilaw.com/tellabs (http://www.faruqilaw.com/tellabs)

The complaint charges Tellabs, its board of directors, and Marlin with violations of the Securities Exchange Act of 1934 (the "Exchange Act") and breaches of fiduciary duties under state law.

On October 21, 2013, Tellabs announced that it had entered into a definitive agreement whereby Marlin would acquire all of Tellabs's outstanding stock, pursuant to a tender offer, for $2.45 per share in cash (the "Tend

The complaint alleges that defendants breached their fiduciary duties and/or aided and abetted such breaches in connection with the Tender Offer by conducting a flawed sales process designed to deliver the Compa

Further, in an attempt to secure shareholder support for the Tender Offer, on November 1, 2013, Tellabs filed a materially false and misleading recommendation statement (the "Recommendation Statement") with the

Plaintiff is represented by Faruqi & Faruqi, LLP, a law firm with extensive experience in prosecuting class actions, and significant expertise in actions involving corporate fraud. Faruqi & Faruqi, LLP, was founded in 199

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may ch

Juan E. Monteverde, Esq.
FARUQI & FARUQI, LLP
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: (877) 247-4292 or (212) 983-9330
E-mail: jmonteverde@faruqilaw.com (http://www.prnewswire.com/news-releases/mailto:jmonteverde@faruqilaw.com)

Photo - http://photos.prnewswire.com/prnh/20120119/MM38856LOGO (http://photos.prnewswire.com/prnh/20120119/MM38856LOGO)

SOURCE Faruqi & Faruqi, LLP

RELATED LINKS
http://www.faruqilaw.com (http://www.faruqilaw.com)

More by this Source

(http://www.prnewswire.com/news-releases/vitacost-investor-alert-faruqi--faruqi-llp-announces-the-investigation-of-vitacostcom-inc-board-of-directors-in-conn
VITACOST INVESTOR ALERT: Faruqi & Faruqi, LLP Announces the Investigation of Vitacost.com, Inc. Board of Directors in Connection With the Proposed Sale of the Company to The Kroger Co. (http://www.prnews
Jul 07, 2014, 18:15 ET

(http://www.prnewswire.com/news-releases/enventis-shareholder-alert-faruqi--faruqi-llp-announces-the-investigation-of-eventis-corporation-board-of-directors
ENVENTIS SHAREHOLDER ALERT: Faruqi & Faruqi, LLP Announces the Investigation of Eventis Corporation Board of Directors in Connection With the Proposed Sale of the Company to Consolidated Communic
Jul 07, 2014, 18:15 ET

(http://www.prnewswire.com/news-releases/faruqi--faruqi-llp-encourages-investors-who-suffered-losses-in-excess-of-100000-investing-in-powersecure-intern
Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses In Excess Of $100,000 Investing In PowerSecure International, Inc. (POWR) To Contact The Firm (http://www.prnewswire.com/news-releases/faru

Jul 04, 2014, 13:17 ET

View all news by Faruqi & Faruqi, LLP (http://www.prnewswire.com/news/faruqi+%26+faruqi%2C+llp)

**Find this article at:**
http://www.prnewswire.com/news-releases/faruqi--faruqi-llp-announces-filing-of-class-action-lawsuit-against-tellabs-inc-259295161.html

☐ Check the box to include the list of links referenced in the article.