IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KERRY LAMBERT, on Behalf of Himself and All Others Similarly Situated | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 1:13-cv-07945 |
| v. | ) ) | Hon. Ronald A. Guzman |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF THE MOTION OF KERRY LAMBERT FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

PLEASE TAKE NOTICE THAT on Thursday, July 24, 2014 at 9:30 am, or as soon thereafter as counsel may be heard, counsel for Plaintiff Kerry Lambert shall appear before the Honorable Ronald A. Guzman in Courtroom 1219 of the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the Motion of Kerry Lambert for Appointment as Lead Plaintiff and Approval of Lead Counsel.

Dated: July 14, 2014

Respectfully submitted,

By: /s/ Katrina Carroll

**LITE DEPALMA GREENBERG, LLC**
Katrina Carroll, Esq.
One South Dearborn
Suite 2100
Chicago, IL 60603
Tel: 312-212-4383

1

423042.1

Fax: 312-212-5919
Email: kcarroll@litedepalma.com

*Attorneys for Plaintiff Kerry Lambert and Proposed Liaison Counsel*

**FARUQI & FARUQI, LLP**
Juan E. Monteverde, Esq.
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com

*Attorneys for Plaintiff Kerry Lambert and Proposed Lead Counsel*

423042.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted in the attached Electronic Mail Notice List.

*/s/ Katrina Carroll*

423042.1