UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kerry Lambert

        Plaintiff,

v.                 Case No.: 1:13−cv−07945
                   Honorable Ronald A. Guzman

Tellabs, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2014:

  MINUTE entry before the Honorable Ronald A. Guzman: Notices of motion hearings set for 7/22/2014 and 7/24/2014 are stricken and no appearance is necessary. Set deadlines as to motion by Plaintiff Kerry Lambert for Appointment as Lead Plaintiff and Approval of Lead Counsel [86] and motion by Movants Robert Englehart, Jorge Rodriguez, The Judith Kane−Rodriguez 2012 Family Trust for leave to file motion for appointment of Robert Englehart, Jorge Rodriguez, and The Judith Kane−Rodriguez 2012 Trust as Lead Plaintiff's and approval of Lead Plaintiff' Selection of Lead Counsel [83] : Responses due by 7/30/2014. Replies due by 8/13/2014. Ruling by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.