**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>TELLABS, INC., et al.,<br><br>    Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

956825_1

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust, of which Rodriguez is the Trustee (collectively, "Englehart and Rodriguez"), by their attorneys, respectfully request that this Court grant Randall J. Baron, A. Rick Atwood, Jr., David T. Wissbroecker, Edward M. Gergosian and Danielle S. Myers of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and Norman Rifkind and Amelia S. Newton of the law firm of Lasky & Rifkind, Ltd. ("Lasky & Rifkind") leave to withdraw their appearances as attorneys of record in this matter. Englehart and Rodriguez will continue to be represented by the firms Wolf Popper LLP, Greene and Letts, and Johnson & Weaver, LLP.

WHEREFORE, Englehart and Rodriguez respectfully request that the Court grant Robbins Geller and Lasky & Rifkind leave to withdraw attorneys of record in this action.

DATED: July 17, 2014

Respectfully submitted,

LASKY & RIFKIND, LTD.
NORMAN RIFKIND
AMELIA S. NEWTON

/s/ Norman Rifkind
NORMAN RIFKIND

351 West Hubbard Street, Suite 401
Chicago, IL 60654
Telephone: 312/634-0057
312/634-0059 (fax)

*Local Counsel for Plaintiffs Robert Englehart, Jorge Rodiguez and The Judith Kane-Rodriguez 2012 Family Trust*

- 1 -

956825_1

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
EDWARD M. GERGOSIAN
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

*Counsel for Plaintiffs Robert Englehart, Jorge Rodiguez and The Judith Kane-Rodriguez 2012 Family Trust*

- 2 -

956825_1

## CERTIFICATE OF SERVICE

I, Norman Rifkind, an attorney, certify that a copy of the Motion for Leave to Withdraw as Counsel and the Notice of Motion was served via CM/ECF on the counsel of record on this 17th day of July, 2014.


Date: July 17, 2014                                         /s/ Norman Rifkind
                                                                Norman Rifkind

956825_1