# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:13-cv-07945<br>)<br>) Hon. Ronald A. Guzman |
| vs. | )<br>) |
| TELLABS, INC., et al., | )<br>) |
| Defendants. | )<br>)<br>) |

## NOTICE OF MOTION

To: See Attached Service List

    Please take notice that on the 22nd day of July, 2014, at 9:30 a.m., I shall appear before the Honorable Ronald A. Guzman and present the Motion for Leave to Withdraw as Counsel in the courtroom usually occupied by him (Room 1219) in the United States District Court, Northern District of Illinois, a copy of which is attached hereto and hereby served upon you.

Dated: July 17, 2014

LASKY & RIFKIND, LTD.
NORMAN RIFKIND
AMELIA S. NEWTON

/s/ Norman Rifkind
NORMAN RIFKIND

351 West Hubbard Street, Suite 401
Chicago, Illinois 60654
Tel: (312) 634-0057
Fax: (312) 634-0059

*Local Counsel for Plaintiffs Robert Englehart, Jorge Rodiguez and The Judith Kane-Rodriguez 2012 Family Trust*

956825_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
EDWARD M. GERGOSIAN
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

*Counsel for Plaintiffs Robert Englehart, Jorge Rodiguez and The Judith Kane-Rodriguez 2012 Family Trust*

- 1 -

956825_1

- 2 -

**CERTIFICATE OF SERVICE**

      I, Norman Rifkind, an attorney, certify that a copy of the Motion for Leave to Withdraw as Counsel and the Notice of Motion was served via CM/ECF on the counsel of record on this 17th day of July, 2014.

Date: July 17, 2014                                                          /s/ Norman Rifkind
                                                                                     Norman Rifkind

956825_1