IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, on behalf of Himself and All Others Similarly Situated ) ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 13 CV 07945 |
| ) | |
| TELLABS, INC., et al ) | Hon. Ronald A. Guzman |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO RESET BRIEFING SCHEDULE**

NOW COMES Plaintiffs, ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST, by and through some of their attorneys, Martin P. Greene and Dartesia A. Pitts, of the law firm of GREENE AND LETTS, hereby presents this Agreed Motion to Reset the Briefing Schedule in this matter to a time as agreed by the parties.

1. On April 24, 2014 the court denied Plaintiff's Motion to Reassign and consolidate (Dkt. 79).

2. On July 14, 2014, Plaintiff Kerry Lambert filed a Motion for Appointment as Lead Counsel (Dkt. 89).

3. On July 16, 2014 the court entered an order for the response to Lambert's Motion for Appointment as Lead Counsel and Motion by Englehart, Rodriguez, and the Judith-Kane Rodriguez trust as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel July 30, 2014 and replies due by August 13, 2014 (Dkt. 89).

1

4.   On July 17, 2014 Counsel for movants Englehart, Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust filed a motion for Leave to Withdraw as Counsel and that motion was granted July 17, 2014 (Dkt.'s 90, 92)

5.   Plaintiffs move this honorable court to extend the time to file its response, and to reset the briefing schedule.

WHEREFORE, the Plaintiffs, ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST, request that this Honorable Court strike the current briefing schedule related to the Motion for Lead Plaintiff and the Motion for Lead Counsel and enter a new order.

Respectfully submitted,

*/s/ Martin P. Greene*
Martin P. Greene
GREENE AND LETTS
55 W. Monroe, Ste. 600
Chicago, Illinois 60603
312/346-1100

X:\WOLF POPPER, LLC\LAMBERT\7 25 14  Motion to reset scheduling order.docx