## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| KERRY LAMBERT, on behalf of Himself and All Others Similarly Situated | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 13 CV 07945 |
| TELLABS, INC., et al | ) ) | Hon. Ronald A. Guzman |
| Defendants. | ) ) | |

## MOTION TO APPEAR AS LOCAL COUNSEL

NOW COMES Plaintiffs, ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST, by and through some of their attorneys, Martin P. Greene and Dartesia A. Pitts, of the law firm of GREENE AND LETTS, and hereby moves this Honorable Court for leave to appear as Local Counsel.

Respectfully submitted,

*/s/ Martin P. Greene*
Martin P. Greene
GREENE AND LETTS
55 W. Monroe, Ste. 600
Chicago, Illinois 60603
312/346-1100

X:\WOLF POPPER, LLC\LAMBERT\7 25 14  Motion to Appear as Lead Counsel.docx

1