**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KERRY LAMBERT, on behalf of Himself and All Others Similarly Situated ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TELLABS, INC., et al ) <br> ) <br> Defendants. ) | | Case No. 13 CV 07945 <br><br> Hon. Ronald A. Guzman |

**AMENDED NOTICE OF MOTION**

**TO:** Service List

    **PLEASE TAKE NOTICE** that on **August 5, 2014** at **9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Ronald A. Guzman** or any Judge sitting in his stead, in **Room 1219**, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached: **MOTION TO RESET BRIEFING SCHEDULE AND MOTION TO APPEAR AS LOCAL COUNSEL.**


                                             */s/ Martin P. Greene*
                                             Martin P. Greene

Martin P. Greene
Dartesia A. Pitts
GREENE AND LETTS
55 W. Monroe St., Suite 600
Chicago, Illinois 60603
312/346-1100

## **PROOF OF SERVICE**

The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on **July 30, 2014**:

(**X**) CM/ECF Notification

( ) by personal delivery

( ) by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 55 W. Monroe Street, Chicago, Illinois.

        */s/ Martin P. Greene*
        Martin P. Greene

Martin P. Greene
Dartesia A. Pitts
GREENE AND LETTS
55 W. Monroe St., Suite 600
Chicago, Illinois 60603
312/346-1100

X:\WOLF POPPER, LLC\LAMBERT\7 25 14  NOM.docx