# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Kerry Lambert

                       Plaintiff,

v.                                            Case No.: 1:13–cv–07945
                                                     Honorable Ronald A. Guzman

Tellabs, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion by Movants Robert Englehart, Jorge Rodriguez, The Judith Kane–Rodriguez 2012 Family Trust to reset Briefing Schedule [93] is withdrawn. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.