IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KERRY LAMBERT, individually and on Behalf of All Others Similarly Situated | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 13 CV 07945 |
| TELLABS, INC., et al | ) ) | Honorable Ronald A. Guzman |
| Defendants. | ) ) | |

**AGREED JOINT MOTION TO RESET BRIEFING SCHEDULE**
**FOR LEAD PLAINTIFF MOTIONS**

NOW COMES Plaintiff and Lead Plaintiff Movant KERRY LAMBERT and Lead Plaintiff Movants ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST ("Englehart & Rodriguez"), by and through their attorneys, Katrina Carroll of the law firm of LITE DEPALMA GREENBERG, LLC, and Martin P. Greene and Dartesia A. Pitts of the law firm of GREENE AND LETTS, hereby present this Agreed Joint Motion to Reset the Briefing Schedule for the Lead Plaintiff Motions in this matter to a time as agreed by the parties.

1. On July 14, 2014, Englehart & Rodriguez and Plaintiff Kerry Lambert filed separate motions for appointment as lead plaintiff in this action (Dkt. Nos. 83, 86), and also filed separate notices of presentment of the motions for July 22, 2014 and July 24, 2014, respectively (Dkt. Nos. 85, 88).

2. On July 16, 2014, this Court issued a minute entry (Dkt. No. 89) that struck the July 22 and 24, 2014 appearances, and set a briefing schedule for the motions for appointment as lead

1

plaintiff. Responses to the motions are due to be served and filed by July 30, 2014 and replies to the motions are due to be served and filed by August 13, 2014.

3. Englehart & Rodriguez and Lambert have agreed to work together to prosecute this action, and are, through their counsel, preparing a proposed order to submit to this Court that will resolve the outstanding motions for appointment as lead plaintiff. Lambert and Englehart/Rodriguez expect to submit a proposed order to this Court within thirty (30) days of this motion.

4. In light of this development, Lambert and Englehart & Rodriguez respectfully request that this Court extend all dates in the briefing schedule set for the motions for appointment as lead plaintiff by thirty (30) days to allow for them to finalize and submit the proposed order.

5. Defendants' counsel has informed counsel to Lambert that Defendants are not opposed to this motion.

6. Accordingly, Englehart & Rodriguez and Lambert move this Honorable Court to extend the time to file responses to the outstanding motions for appointment as lead plaintiff to August 29, 2014, and the time to file replies to the motions to September 12, 2014.

WHEREFORE, Plaintiff and Lead Plaintiff Movant KERRY LAMBERT and Lead Plaintiff Movants ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST respectfully request that this Honorable Court strike the current briefing schedule related to the motions for appointment as lead plaintiff, and enter a new order with the new agreed upon briefing schedule as stated herein.

    Respectfully submitted,

    */s/ Katrina Carroll*
    Katrina Carroll
    LITE DEPALMA GREENBERG, LLC

One South Dearborn, Suite 2100
Chicago, IL 60603
312/212-4383

*Counsel to Plaintiff and Lead Plaintiff
Movant Kerry Lambert*


*/s/ Martin P. Greene*
Martin P. Greene
GREENE AND LETTS
55 W. Monroe, Ste. 600
Chicago, Illinois 60603
312/346-1100

*Counsel to Lead Plaintiff Movants Robert
Englehart, Jorge Rodriguez, and The Judith
Kane-Rodriguez 2012 Family Trust*

3