UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kerry Lambert

                Plaintiff,

v.                                     Case No.: 1:13−cv−07945
                                            Honorable Ronald A. Guzman

Tellabs, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Notice of motion hearing set for 8/5/2014 is stricken and no appearance is necessary. Motion by Movants Robert Englehart, Jorge Rodriguez, The Judith Kane−Rodriguez 2012 Family Trust for leave to appear as Local Counsel (Greene, Martin P. and Pitts, Dartesia A.) [94] is granted. Motion by Movants Robert Englehart, Jorge Rodriguez, The Judith Kane−Rodriguez 2012 Family Trust to reset briefing schedule for lead plaintiff motions [99] is granted Reset deadlines as to motion for lead plaintiff motions [83][86]: Response due by 8/18/2014. Reply due by 9/2/2014. Ruling by mail. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.