UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>TELLABS, INC., et al.,<br><br>                    Defendants. | Case No. 1:13-cv-07945<br><br>CLASS ACTION<br><br>Judge Ronald A. Guzman |

## MOTION TO WITHDRAW MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

NOW COMES Lead Plaintiff Movants ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST ("Englehart & Rodriguez"), by and through their attorneys, Martin P. Greene and Dartesia A. Pitts of the law firm of GREENE AND LETTS, hereby present this [Agreed] Motion to Withdraw Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.

    1.    On July 14, 2014, Plaintiff Kerry Lambert ("Lambert") filed a Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (Dkt. No. 86) and a supporting memorandum of law (Dkt. No. 87);

    2.    On July 14, 2014, Movants Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust ("Englehart & Rodriguez") filed a Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (Dkt. No. 83) and a supporting memorandum of law (Dkt. No. 84);

    3.    On July 16, 2014, this Court set a briefing schedule on these motions by which any memoranda of law, affidavits, or other papers in response to the motions were due to be

served and filed by July 30, 2014, and any reply memoranda of law, affidavits, or other papers were due to be filed by August 13, 2014 (Dkt. No. 89);

4. On August 4, 2014, in response to the joint motion by Lambert and Englehart & Rodriquez (Dkt. No. 99), this Court reset the briefing schedule so that any memoranda of law, affidavits, or other papers in response to the motions were due to be served and filed by August 18, 2014, and any reply memoranda of law, affidavits, or other papers were due to be filed by September 2, 2014 (Dkt. No. 100); and

5. Movants Englehart & Rodriguez have agreed to prosecute this action jointly with Plaintiff Lambert, while expressly reserving their rights to object to and/or opt-out of, any settlement presented to and/or approved by this Court.

6. In light of this development, Englehart & Rodriguez respectfully requests that this Court grant the Motion to Withdraw their Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.

7. Counsel to Plaintiff Lambert has informed counsel to Englehart & Rodriguez that they consent to this motion.

WHEREFORE, Lead Plaintiff Movants ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST respectfully request that this Honorable Court grant their Motion to Withdraw Their Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel as stated herein.

DATED: September 3, 2014      Respectfully submitted,

*/s/ Martin P. Greene*
Martin P. Greene
GREENE AND LETTS
55 W. Monroe, Ste. 600
Chicago, Illinois 60603

312/346-1100

*Counsel to Lead Plaintiff Movant Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust*

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 3, 2014.

/s/ Martin P. Greene
Martin P. Greene
GREENE AND LETTS
55 W. Monroe, Ste. 600
Chicago, Illinois 60603
312/346-1100

Email: mpgreene@greeneandletts.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, </br></br> Plaintiff, </br></br> vs. </br></br> TELLABS, INC., et al., </br></br> Defendants. | Case No. 1:13-cv-07945 </br></br> <u>CLASS ACTION</u> </br></br> Judge Ronald A. Guzman |

### <u>ORDER</u>

Lead Plaintiff Movants' ROBERT ENGLEHART, JORGE RODRIGUEZ, AND THE JUDITH KANE-RODRIGUEZ 2012 FAMILY TRUST's Motion to Withdraw Their Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. The motion, marked docket number 83, is hereby WITHDRAWN.