## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, on behalf of Himself and All Others Similarly Situated )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TELLABS, INC., et al )<br>)<br>Defendants. ) | Case No. 13 CV 07945<br><br>Hon. Ronald A. Guzman |

## NOTICE OF MOTION

**TO:** Service List

**PLEASE TAKE NOTICE** that on **September 9, 2014** at **9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Ronald A. Guzman** or any Judge sitting in his stead, in **Room 1219**, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached: **MOTION TO WITHDRAW MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL.**


*/s/ Martin P. Greene*
Martin P. Greene

Martin P. Greene
Dartesia A. Pitts
GREENE AND LETTS
55 W. Monroe St., Suite 600
Chicago, Illinois 60603
312/346-1100

1

## **PROOF OF SERVICE**

The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on **September 3, 2014**:

(**X**) CM/ECF Notification

( ) by personal delivery

( ) by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 55 W. Monroe Street, Chicago, Illinois.

                                              */s/ Martin P. Greene*
                                               Martin P. Greene

Martin P. Greene
Dartesia A. Pitts
GREENE AND LETTS
55 W. Monroe St., Suite 600
Chicago, Illinois 60603
312/346-1100