UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kerry Lambert

                Plaintiff,

v.                                             Case No.: 1:13−cv−07945
                                              Honorable Ronald A. Guzman

Tellabs, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Notice of motion hearing set for 9/9/2014 is stricken and no appearance is necessary. Motion by Movants to withdraw MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL [83] [101] is granted. Motion by Movants for leave to file motion for appointment of Robert Englehart, Jorge Rodriguez, and The Judith Kane−Rodriguez 2012 Trust as Lead Plaintiff's and APproval of Lead Plaintiff" Selection of Lead Counsel [83] is withdrawn. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.