# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

### DECLARATION OF JUAN E. MONTEVERDE IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY APPROVAL, APPROVAL OF FORM AND METHOD OF NOTICE AND FOR ENTRY OF AN ORDER SETTING A SETTLEMENT HEARING DATE AND OTHER DATES

I, JUAN E. MONTEVERDE, do hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Bar of the State of New York and a partner of the law firm of Faruqi & Faruqi, LLP, counsel for Kerry Lambert, Plaintiff in the above-captioned action and admitted *pro hac vice* to the Northern District of Illinois in this action.

2. I submit this declaration in support of Plaintiff Kerry Lambert's motion, pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(e), which is currently pending before the Honorable Ronald A. Guzman, to this Court; granting preliminary approval, approval of form and

method of notice and for entry of an order setting a settlement hearing date and other dates (the "Motion").

3. Attached as Exhibit A to this Declaration is a true and correct copy of the Stipulation of Settlement.

4. Attached as Exhibit B to this Declaration is a true and correct copy of the May 14, 2014 notice of the filing of the class action against Tellabs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 20th day of November, 2014.

/s/ Juan E. Monteverde
Juan E. Monteverde