# **EXHIBIT B**

Faruqi &amp; Faruqi, LLP Announces Filing Of Class Action Lawsuit Against Tellabs, Inc.

Faruqi & Faruqi, LLP Announces Filing Of Class Action Lawsuit Against Tellabs, Inc.

Published: May 14 2014 18:30:01

# Faruqi & Faruqi, LLP Announces Filing Of Class Action Lawsuit Against Tellabs, Inc.

PR Newswire

NEW YORK, May 14, 2014

NEW YORK, May 14, 2014 /PRNewswire/ -- Notice is hereby given that Faruqi & Faruqi, LLP has filed a class action lawsuit in the United States District Court for the Northern District of Illinois, case no. 1:13-cv-07945, on behalf of stockholders of Tellabs, Inc. ("Tellabs" or the "Company") (NASDAQ: TLAB) who held (and continue to hold) Tellabs securities acquired on or before October 21, 2013, the day the Company agreed to be acquired, via a tender offer, by Marlin Equity Partners, and its affiliates Blackhawk Holding Vehicle, LLC and Blackhawk Merger Sub Inc. (collectively, "Marlin").

If you wish to obtain information concerning this action or view a copy of the complaint, you can do so by clicking here: http://www.faruqilaw.com/tellabs

The complaint charges Tellabs, its board of directors, and Marlin with violations of the Securities Exchange Act of 1934 (the "Exchange Act") and breaches of fiduciary duties under state law.

On October 21, 2013, Tellabs announced that it had entered into a definitive agreement whereby Marlin would acquire all of Tellabs's outstanding stock, pursuant to a tender offer, for $2.45 per share in cash (the "Tender Offer"). The Tender Offer closed at 11:59 p.m., New York City time on December 2, 2013 and was followed by a short-form merger, which paid the shareholders who had not previously tendered the $2.45 per share.

The complaint alleges that defendants breached their fiduciary duties and/or aided and abetted such breaches in connection with the Tender Offer by conducting a flawed sales process designed to deliver the Company to Marlin and provide material benefits to Company insiders.

Further, in an attempt to secure shareholder support for the Tender Offer, on November 1, 2013, Tellabs filed a materially false and misleading recommendation statement (the "Recommendation Statement") with the Securities and Exchange Commission. The Recommendation Statement, which recommended that Tellabs' stockholders tender their shares, omitted and/or misrepresented material information in contravention of Sections 14(e) and 20(a) of the Exchange Act. The omitted information was material to the impending decision of Tellabs shareholders on whether or not to tender their shares and/or whether to seek appraisal for their shares.

Plaintiff is represented by Faruqi & Faruqi, LLP, a law firm with extensive experience in prosecuting class actions, and significant expertise in actions involving corporate fraud. Faruqi & Faruqi, LLP, was founded in 1995 and the firm maintains its principal office in New York City, with offices in Delaware, California, and Pennsylvania.

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. Any member of the

putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. If you wish to discuss this action, or have any questions concerning this notice or your rights or interests, please contact:

Juan E. Monteverde, Esq.
FARUQI & FARUQI, LLP
369 Lexington Ave, 10th Floor
New York, NY 10017
Telephone: (877) 247-4292 or (212) 983-9330
E-mail: jmonteverde@faruqilaw.com

Photo - http://photos.prnewswire.com/prnh/20120119/MM38856LOGO

SOURCE Faruqi & Faruqi, LLP


**Website:** http://www.faruqilaw.com
-0- May/14/2014 22:30 GMT

Bloomberg Law®

© 2014 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service
// PAGE 2