IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., <br><br> Defendants. | Case No. 1:13-cv-07945 <br><br> Hon. Ronald A. Guzman |

**RENEWED MOTION FOR PRELIMINARY APPROVAL,
APPROVAL OF FORM AND METHOD OF NOTICE
AND FOR ENTRY OF AN ORDER SETTING
A SETTLEMENT HEARING DATE AND OTHER DATES**

Plaintiff Kerry Lambert, by and through undersigned counsel, respectfully moves this Court for approval of the parties' stipulated, proposed Settlement; to direct that notice of the proposed Settlement be provided to the Class; to preliminarily certify the proposed Class for Settlement purposes only; to enter the parties' proposed Scheduling Order; and to stay the Action pending final approval of the Settlement. For the reasons set forth in the accompanying Memorandum of Law and Declaration of Juan E. Monteverde (and the Exhibits attached thereto), Plaintiff's motion should be granted.

Dated: November 21, 2014          Respectfully submitted,

        KERRY LAMBERT, individually and on behalf of all others similarly situated

        By:/s/ *Kyle A. Shamberg*
        One of the Attorneys for Plaintiff
        and the Proposed Class

Kyle A. Shamberg
*kshamberg@litedepalma.com*
Katrina Carroll
*kcarroll@litedepalma.com*
Lite DePalma Greenberg, LLC
One South Dearborn
Suite 2100
Chicago, Illinois 60603
(312) 212-4383
Fax (312) 212-5919
Bar Id. No. 6291405

Juan E. Monteverde (*pro hac vice*)
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 21, 2014, this Renewed Motion For Preliminary Approval, Approval Of Form And Method Of Notice And For Entry Of An Order Setting A Settlement Hearing Date And Other Dates was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

                                                By:/s/ *Kyle A. Shamberg*
                                                One of the Attorneys for Plaintiff
                                                and the Proposed Class