**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Kerry Lambert

              Plaintiff,

v.

                                   Case No.: 1:13–cv–07945

                                   Honorable Ronald A. Guzman

Tellabs, Inc., et al.

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 9, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 12/9/2014 regarding motion by Plaintiff Kerry Lambert for Preliminary Approval, Approval of Form and Method of Notice and For Entry of an Order Setting a Settlement Hearing and Other Dates [109]. The parties shall file a brief no later than January 9, 2015 addressing: (1) why the case is not moot, thus depriving the Court of subject matter jurisdiction; (2) what benefit the proposed class members will receive that they otherwise would not by certifying a class at this stage of the litigation; and (3) any other issues the parties believe should be addressed based on the discussion in open court. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.