# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Case No. 1:13-cv-07945 Hon. Ronald A. Guzman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **April 21, 2015** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ronald A. Guzman, or whomever may be designated to sit in his stead, in Room 1219 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's *Renewed Motion for Preliminary Approval, Approval of Form and Method of Notice and For Entry of an Order Setting a Settlement Hearing and Other Dates,* a copy of which is attached and served upon you.

Dated: April 14, 2015

Respectfully submitted,

KERRY LAMBERT, individually and on behalf of all others similarly situated

By: /s/ *Katrina Carroll*
One of the Attorneys for Plaintiff and the Proposed Class

Katrina Carroll
*kcarroll@litedepalma.com*
Kyle A. Shamberg
*kshamberg@litedepalma.com*
Lite DePalma Greenberg, LLC
One South Dearborn
Suite 2100
Chicago, Illinois 60603
(312) 212-4383
Fax (312) 212-5919
Bar Id. No. 6291405

Juan E. Monteverde (*pro hac vice*)
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Phone: (212) 983-9330
Fax: (212) 983-9331

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 14, 2014, the foregoing Notice of Motion For Preliminary Approval, Approval Of Form And Method Of Notice And For Entry Of An Order Setting A Settlement Hearing Date And Other Dates was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

By: /s/ *Katrina Carroll*
One of the Attorneys for Plaintiff
and the Proposed Class