UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kerry Lambert
                  Plaintiff,

v.                                                 Case No.: 1:13−cv−07945
                                                            Honorable Ronald A. Guzman

Tellabs, Inc., et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 22, 2015:

      MINUTE entry before the Honorable Ronald A. Guzman: The Court is satisfied that Plaintiff's renewed motion for preliminary approval adequately addresses the notice deficiencies raised in the Court's March 5, 2015 Order [115]. Plaintiff#039;s renewed motion for preliminary approval of form and method of notice and for entry of an order setting a settlement hearing and other dates [118] is therefore granted. Plaintiff is directed to consult with the courtroom deputy in selecting a date for the settlement hearing, and is to submit a proposed order to the Court's proposed order inbox in accordance with the instructions found on the Court's website. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.