IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>        Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

[FILED stamp: JUN 29 2015, RONALD A. GUZMAN, JUDGE, UNITED STATES DISTRICT COURT]

## CLASS MEMBER OBJECTION FORM

\*\*\* This form needs to be filled out only if you object to the class settlement (the "Settlement"). If you do not wish to object to the Settlement, you do not need to fill out and return this form. In order to object to the Settlement, you must file this form with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, AND serve it upon all attorneys listed in the accompanying class action notice (the "notice") no later than August 13, 2015.

**Name:** _____

**Mailing Address:** _____

**Telephone Number:** _____

**Specific Basis for Objecting to the Settlement and/or any Award of Attorneys' Fees and Expenses:**

_____

_____

_____

(If you need additional space, you may attach additional materials to this form.)

TLSOBJ1

## NOTICE OF INTENTION TO APPEAR AT THE TELLABS FAIRNESS HEARING

Would you like to speak at the Fairness Hearing, which will be held before Judge Ronald Guzman on September 3, 2015 at 9:30 a.m. in the United States District Court for the Northern District of Illinois Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604? (CHECK ONE BELOW)

YES ☐

NO ☒

As set forth in the notice, you do not have to attend the hearing, but you are welcome to do so at your own expense. If you would like to speak at the hearing, you must check "Yes" above. If you intend to present any documents or other materials at the hearing, copies of these documents must be enclosed when you return this form.

I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to object to the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _____JUNE 26, 2015_____, 2015

Signature: _____[signature]_____

Name and Signature of Representative (if applicable):

_____

_____

P.O B # 602
BRAYTON, SC
29333

GREENVILLE SC 296

20 JUN 2015 PM 1 L

2015 JUN 23 AM 11: 55 AGS

CLERK OF DIST. COURT
N. DISTRICT OF ILLINOIS
219 S. DEARBORN ST
CHICAGO, IL 60604

Judge
Guzman

60604180099