Arrow    
Arrow 



Tellabs Shareholder Litigation
c/o KCC Class Action Services
PO Box 40008,
College Station, TX  77842-4008

Re: Title of Action: Kerry Lambert, On Behalf of Himself and All Others Similarly Situated, Pltf. vs. Tellabs, Inc., et al., Dfts. // To: Rock Creek MB, LLC
    Entity Served: ROCK CREEK MB, LLC
    Received Date: 06/29/2015
    Case/Docket Number: 113CV07945

Dear Sir/Madam,

NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason:
[ ] NRAI Resigned as Agent with the State Authority on .
[ ] NRAI is no longer the Registered Agent. A Change of Agent was filed with the State Authority.
[ ] NRAI cannot determine the party being served – the legal documents must clearly state the legal name of the entity you are serving.
[ ] NRAI can find no record of the entity being listed with the State Authority.
[ ] Method of Service is unacceptable – .
[ ] Fewer sets of pleadings/documents than parties named – sufficient copies of the documents must be provided if serving one or more of the defendants/parties listed in the above titled action. Sufficient copies of the documents must be provided to the registered agent to send to all parties being served.
[X] Other Agent listed with the State Authority.
[ ] The registered agent's authority to receive service has been revoked.
[ ] NRAI is unable to locate a viable address for the entity being served. All addresses on record have been attempted.
    NRAI takes no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.
[ ] Other :
Therefore, the legal documents served are being returned to you for the above stated reason(s).

Very truly yours,

NRAI Services, LLC

Transmittal #  527382589

Enclosures

cc: Northern District of Illinois - U.S. District Court
    219 South Dearborn Street,
    Chicago, IL  60604

FILED
JUL 0 6 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT