EXHIBIT 2

**FILED**

~~14 2015~~

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:13-cv-07945 |
| v. ) | |
| ) | Hon. Ronald A. Guzman |
| TELLABS, INC., VINCENT H. TOBKIN, ) | |
| BO HEDFORS, FRANK IANNA, VINCENT D. ) | |
| KELLY, MICHAEL E. LAVIN, STEPHANIE ) | |
| PACE MARSHALL, ALEX MASHINSKY, ) | |
| GREGORY J. ROSSMANN, DENNIS F. STRIGL, ) | |
| JAN H. SUWINSKI, MIKEL H. WILLIAMS, ) | |
| MARLIN EQUITY PARTNERS, ) | |
| BLACKHAWK HOLDING VEHICLE, LLC, ) | |
| and BLACKHAWK MERGER SUB INC., ) | |
| ) | |
| Defendants. ) | |

## CLASS MEMBER OPT-OUT FORM

**\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.**

**Name:** _PAULA M. LANE_

**Mailing Address:** _9757 MAGNOLIA COURT DAVIS, FL 33328_

**Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013:** _? 200 ?_

I, _PAULA M. LANE_, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _7/17/2015_ , 2015

Signature: _Paula M. Lane_

Name and Signature of Representative (if applicable):

_____

_____

TLSRFE1