## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:13-cv-07945 ) |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., | ) Hon. Ronald A. Guzman ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**FILED**

JUL 1 5 2015 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### CLASS MEMBER OPT-OUT FORM

\*\*\* **This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually.  If you do not wish to opt out of the Settlement, you do not need to fill out and return this form.  In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.**

**Name:** Rishi Mehta

**Mailing Address:** 3501 Willett Place, Santa Clara, CA-95051

**Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013:** 30,000

I, Rishi Mehta,
hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): 07/04/2015 , 2015

Signature: Rishi mehta.

Name and Signature of Representative (if applicable):

TLSRFE1

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008


00002348



PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO. 225

JOB# N84247-010
6#



08

**\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 117**
MLPF& S CUST FPO
RISHI MEHTA IRA
FBO RISHI MEHTA
3501 WILLETT PL
SANTA CLARA CA    95051-7800



08

**TLS**

001RES0048