IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., <br><br> Defendants. | Case No. 1:13-cv-07945 <br><br> Hon. Ronald A. Guzman |

**MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT AND
AN AWARD OF ATTORNEYS' FEES**

Lead Plaintiff Kerry Lambert, by and through undersigned counsel, respectfully moves this Court for a judgment pursuant to Federal Rule of Civil Procedure 23(e): (i) granting final approval of the proposed settlement submitted to the Court on November 20, 2014 (the "Settlement"), and (ii) granting an award of attorneys' fees and reimbursement of expenses, which will be paid by the Defendants at no cost to the Class. For the reasons set forth in the accompanying Memorandum of Law and Declaration of Juan E. Monteverde (and the Exhibits attached thereto), Plaintiff's motion should be granted.

Dated: July 23, 2015                                          Respectfully submitted,

                                                              By: */s/ Katrina Carroll*
                                                              LITE DEPALMA GREENBERG, LLC

        Katrina Carroll, Esq.
        Kyle A. Shamberg, Esq.
        One South Dearborn
        Suite 2100
        Chicago, IL 60603
        Tel: 312-212-4383
        Fax: 312-212-5919
        Email: kcarroll@litedepalma.com
              kshamberg@litedepalma.com
        *Liaison Counsel for Court-Appointed Class*
        *Representative and Lead Plaintiff Kerry*
        *Lambert and the Class*

        FARUQI & FARUQI, LLP
        Juan E. Monteverde, Esq.
        369 Lexington Avenue, 10th Floor
        New York, New York 10017
        Tel: 212-983-9330
        Fax: 212-983-9331
        Email: jmonteverde@faruqilaw.com

        *Court-Appointed Lead Counsel and Counsel*
        *for Court-Appointed Class Representative and*
        *Lead Plaintiff Kerry Lambert and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 23, 2015, this Motion For Final Approval of Proposed Settlement and an Award of Attorneys' Fees, was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Dated: July 23, 2015

> By: */s/ Katrina Carroll*
> LITE DEPALMA GREENBERG, LLC
> Katrina Carroll, Esq.
> Kyle A. Shamberg, Esq.
> One South Dearborn
> Suite 2100
> Chicago, IL 60603
> Tel: 312-212-4383
> Fax: 312-212-5919
> Email: kcarroll@litedepalma.com
>             kshamberg@litedepalma.com
> *Liaison Counsel for Court-Appointed Class Representative and Lead Plaintiff Kerry Lambert and the Class*