# **EXHIBIT D**

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., <br><br> Defendants. | Case No. 1:13-cv-07945 <br><br> Hon. Ronald A. Guzman |

### CLASS MEMBER OBJECTION FORM

\*\*\* This form needs to be filled out only if you object to the class settlement (the "Settlement"). If you do not wish to object to the Settlement, you do not need to fill out and return this form. In order to object to the Settlement, you must file this form with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, AND serve it upon all attorneys listed in the accompanying class action notice (the "notice") no later than August 13, 2015.

Name: _Anthony Frank Taranto_

Mailing Address: _8170 W. Sahara Ave #200_
_Las Vegas, NV 89117_

Telephone Number: _702-266-7261_

Specific Basis for Objecting to the Settlement and/or any Award of Attorneys' Fees and Expenses:

_Mis information breach of Duties to Tellabs shareholder (ME)_

(If you need additional space, you may attach additional materials to this form.)

## NOTICE OF INTENTION TO APPEAR AT THE TELLABS FAIRNESS HEARING

Would you like to speak at the Fairness Hearing, which will be held before Judge Ronald Guzman on September 3, 2015 at 9:30 a.m. in the United States District Court for the Northern District of Illinois courthouse, 219 South Dearborn Street, Chicago, Illinois 60604? (CHECK ONE BELOW)

YES ☐

NO ☑ 

As set forth in the notice, you do not have to attend the hearing, but you are welcome to do so at your own expense. If you would like to speak at the hearing, you must check "Yes" above. If you intend to present any documents or other materials at the hearing, copies of these documents must be enclosed when you return this form.

I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to object to the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): __May 26th 2015__, 2015

Signature: _____

Name and Signature of Representative (if applicable):

EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., )<br><br>Defendants. ) | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

## CLASS MEMBER OBJECTION FORM

\*\*\* This form needs to be filled out only if you object to the class settlement (the "Settlement"). If you do not wish to object to the Settlement, you do not need to fill out and return this form. In order to object to the Settlement, you must file this form with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, AND serve it upon all attorneys listed in the accompanying class action notice (the "notice") no later than August 13, 2015.

Name: _Eldor A. Wilfahrt_

Mailing Address: _1021 N. Garden St. #205_

[Stamp: Eldor A. Wilfahrt / 1021 N. Garden St. #205 / New Ulm, MN 56073 / 507-354-2756]

Telephone Number: _507-354-2756_

Specific Basis for Objecting to the Settlement and/or any Award of Attorneys' Fees and Expenses:

_Never informed as to any details + reasons why I would be forced to sell my shares in Tellabs._

_take it or leave it approach - Disgusting._

(If you need additional space, you may attach additional materials to this form.)

_Owner of 100 shares. Stock # C45823 - Issued May 19-1995_  _Eldor A. Wilfahrt_

## NOTICE OF INTENTION TO APPEAR AT THE TELLABS FAIRNESS HEARING

Would you like to speak at the Fairness Hearing, which will be held before Judge Ronald Guzman on September 3, 2015 at 9:30 a.m. in the United States District Court for the Northern District of Illinois courthouse, 219 South Dearborn Street, Chicago, Illinois 60604? (CHECK ONE BELOW)

**YES** ☐

**NO** ☐

As set forth in the notice, you do not have to attend the hearing, but you are welcome to do so at your own expense. If you would like to speak at the hearing, you must check "Yes" above. If you intend to present any documents or other materials at the hearing, copies of these documents must be enclosed when you return this form.

I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to object to the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _____, 2015

Signature: _____

Name and Signature of Representative (if applicable):

_____

_____



TLSOBJ1

EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

## CLASS MEMBER OBJECTION FORM

\*\*\* This form needs to be filled out only if you object to the class settlement (the "Settlement"). If you do not wish to object to the Settlement, you do not need to fill out and return this form. In order to object to the Settlement, you must file this form with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, AND serve it upon all attorneys listed in the accompanying class action notice (the "notice") no later than August 13, 2015.

Name: CARL FABISZAK

Mailing Address: 9625 SOUTH TRIPP; OAK LAWN, ILL 60453

Telephone Number: 708-423-8288

Specific Basis for Objecting to the Settlement and/or any Award of Attorneys' Fees and Expenses:

Settlement too low

(If you need additional space, you may attach additional materials to this form.)

TLSOBJ1

## NOTICE OF INTENTION TO APPEAR AT THE TELLABS FAIRNESS HEARING

Would you like to speak at the Fairness Hearing, which will be held before Judge Ronald Guzman on September 3, 2015 at 9:30 a.m. in the United States District Court for the Northern District of Illinois courthouse, 219 South Dearborn Street, Chicago, Illinois 60604? (CHECK ONE BELOW)

YES ☐

NO ☒

As set forth in the notice, you do not have to attend the hearing, but you are welcome to do so at your own expense. If you would like to speak at the hearing, you must check "Yes" above. If you intend to present any documents or other materials at the hearing, copies of these documents must be enclosed when you return this form.

I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to object to the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _____ 06/11/____, 2015

Signature: *Carl Fabrizato*

Name and Signature of Representative (if applicable):

_____

_____

TLSOBJ1

Case: 1:13-cv-07945 Document #: 139-4 Filed: 07/23/15 Page 8 of 12 PageID #:1375
Case: 1:13-cv-07945 Document #: 128 Filed: 06/29/15 Page 1 of 3 PageID #:1195
EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

FILED
JUN 29 2015
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

## CLASS MEMBER OBJECTION FORM

*** This form needs to be filled out only if you object to the class settlement (the "Settlement"). If you do not wish to object to the Settlement, you do not need to fill out and return this form. In order to object to the Settlement, you must file this form with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, AND serve it upon all attorneys listed in the accompanying class action notice (the "notice") no later than August 13, 2015.

**Name:** _____

**Mailing Address:** _____

**Telephone Number:** _____

**Specific Basis for Objecting to the Settlement and/or any Award of Attorneys' Fees and Expenses:**

_____

_____

_____

_____

(If you need additional space, you may attach additional materials to this form.)

TLSOBJ1

## NOTICE OF INTENTION TO APPEAR AT THE TELLABS FAIRNESS HEARING

Would you like to speak at the Fairness Hearing, which will be held before Judge Ronald Guzman on September 9, 2015 at 9:30 a.m. in the United States District Court for the Northern District of Illinois Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604? (CHECK ONE BELOW)

YES ☐

NO ☒

As set forth in the notice, you do not have to attend the hearing, but you are welcome to do so at your own expense. If you would like to speak at the hearing, you must check "Yes" above. If you intend to present any documents or other materials at the hearing, copies of these documents must be enclosed when you return this form.

I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to object to the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _____JUNE 26, 2015_____, 2015

Signature: _____Anton Udvary_____

Name and Signature of Representative (if applicable):

_____

_____

- 2 -

TLSOBJ1

P.O. B + Box
DAYTON, SC
29333

GREENVILLE SC 296

20 JUN 2015 PM 1 L

Judge
Guzman

2015 JUN 23 AM 11:55

CLERK OF DIST. COURT
N. DISTRICT OF ILLINOIS
219 S. DEAR BORN ST
CHICAGO, IL 60604

6060418005S

EXHIBIT 1



# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

**FILED**

JUL 1 6 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CLASS MEMBER OBJECTION FORM

\*\*\* This form needs to be filled out only if you object to the class settlement (the "Settlement"). If you do not wish to object to the Settlement, you do not need to fill out and return this form. In order to object to the Settlement, you must file this form with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, AND serve it upon all attorneys listed in the accompanying class action notice (the "notice") no later than August 13, 2015.

Name: _Harold James Shutt_

Mailing Address: _258 State St., Danville PA 17821_

Telephone Number: _570-275-4213_

**Specific Basis for Objecting to the Settlement and/or any Award of Attorneys' Fees and Expenses:**

_____

_____

_____

(If you need additional space, you may attach additional materials to this form.)

## NOTICE OF INTENTION TO APPEAR AT THE TELLABS FAIRNESS HEARING

Would you like to speak at the Fairness Hearing, which will be held before Judge Ronald Guzman on September 3, 2015 at 9:30 a.m. in the United States District Court for the Northern District of Illinois courthouse, 219 South Dearborn Street, Chicago, Illinois 60604? (CHECK ONE BELOW)

YES ☐

NO ☒

As set forth in the notice, you do not have to attend the hearing, but you are welcome to do so at your own expense. If you would like to speak at the hearing, you must check "Yes" above. If you intend to present any documents or other materials at the hearing, copies of these documents must be enclosed when you return this form.

I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to object to the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _7/11/2015_____, 2015

Signature: _Harold James Shutt_____

Name and Signature of Representative (if applicable):

TLSOBJ1