# EXHIBIT F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>             Plaintiff,<br><br>   vs.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>             Defendants. | Case No. 1:13-cv-07945<br><br>CLASS ACTION<br><br>Hon. Ronald A. Guzman |

**DECLARATION OF KATRINA CARROLL IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Katrina Carroll, declare as follows:

1. I am a member of the firm of Lite DePalma Greenberg, LLC. I am submitting this declaration in support of an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. This firm is counsel of record for Plaintiff Kerry Lambert.

3. The total number of hours spent on this litigation and related litigation by my firm is 65 hours. The total lodestar amount for attorney time based on the firm's current rates is $44,147.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our class action cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Joseph J. DePalma | 2.2 | 750.00 | $1,650.00 |
| Katrina Carroll | 51.30 | 750.00 | $38,475.00 |
| Kyle A. Shamberg | 5.10 | 475.00 | $2,422.50 |
| Amina B. Lee | 6.40 | 250.00 | $1,600.00 |
| **TOTAL** | **65.00** | | **$44,147.50** |

4. My firm incurred a total of $617.98 in expenses/advances in connection with the prosecution of this litigation. They are broken down as follows:

**EXPENSES/ADVANCES**
From Inception through July 23, 2015

| DISBURSEMENTS | TOTAL |
|---|---|
| Filing Fee paid to Clerk, U.S. District | 400.00 |
| Messenger service | 131.79 |
| Federal Express | 86.19 |
| | |
| | |
| | |
| | $617.98 |

5. The expenses/advances pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses/advances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21ST day of July, 2015.



2

500948.1