# EXHIBIT H

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>                Defendants. | Case No. 1:13-cv-07945<br><br>CLASS ACTION<br><br>Hon. Ronald A. Guzman |

### DECLARATION OF CHET B. WALDMAN IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND EXPENSES

I, CHET B. WALDMAN, do hereby declare pursuant to 28 U.S.C. §1746 as follows:

1. I am a partner in the firm of Wolf Popper LLP. I am submitting this declaration in support of an award of attorneys' fees and expenses to plaintiff's counsel in connection with services rendered in the above-captioned action (the "Action").

2. Wolf Popper is co-counsel of record for Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust ("Englehart and Rodriguez"), former lead plaintiff movants in this Action and plaintiffs in the action styled *Englehart v. Tellabs, Inc.*, No. 14-cv-01990 (N.D. Ill), which has been brought against the same defendants as those in this Action. Englehart and Rodriguez eventually withdrew their application for appointment as lead plaintiff

in this Action and supported Kerry Lambert's motion for appointment as lead plaintiff after securing certain benefits reflected in the final settlement agreement.

3. The total number of hours spent on this litigation and related litigation[1] by my firm is 742.70. The total lodestar amount for attorney and paralegal time based on the firm's current billable rates is $488,944.00. The hourly rates shown below are the usual and customary rates charged by my firm in all of our cases. A breakdown of Wolf Popper's lodestar is as follows:

| LODESTAR Inception Through July 14, 2014 | | | | |
|---|---|---|---|---|
| NAME | STATUS | HOURS | RATE | LODESTAR |
| Robert M. Kornreich | Partner | 3.10 | $895 | $2,774.50 |
| Patricia I. Avery | Partner | 0.40 | 825 | 330.00 |
| Chet B. Waldman | Partner | 153.40 | 825 | 126,555.00 |
| Carl L. Stine | Partner | 22.20 | 825 | 18,315.00 |
| Joshua W. Ruthizer | Partner | 234.90 | 775 | 182,047.50 |
| Natalie M. Mackiel | Associate | 183.00 | 550 | 100,650.00 |
| Robert S. Plosky | Associate | 4.00 | 530 | 2,120.00 |
| Joshua Saltzman | Associate | 5.50 | 475 | 2,612.50 |
| Adam J. Blander | Associate | 10.10 | 445 | 4,494.50 |
| Hyo Jin Paik | Associate | 55.50 | 430 | 23,865.00 |
| Rebecca E. Mansbach | Associate | 54.70 | 375 | 20,512.50 |
| Shirley Joseph | Paralegal | 9.50 | 295 | 2,802.50 |
| Christopher Dunleavy | Paralegal | 4.10 | 295 | 1,209.50 |
| Melissa Gianfagna | Paralegal | 0.50 | 285 | 142.50 |
| Aubrey Pritchett | Paralegal | 1.80 | 285 | 513.00 |
| TOTAL | | 742.70 | | $488,944.00 |

4. Wolf Popper incurred a total of $7,692.83 in costs, expenses, and advances in connection with the prosecution of this litigation and the related litigation. Wolf Popper's costs, expenses, and advances are broken down as follows:

---

[1] This related litigation includes litigation in Illinois State Court against the Defendants in this Action, and the *Englehart* federal litigation. Wolf Popper's total lodestar for its federal litigation is $370,659.50, which represents a total of 577.30 hours.

2

| COSTS, EXPENSES, AND ADVANCES Inception Through July 14, 2015 ||
|---|---|
| CATEGORY | AMOUNT |
| COURT FILING FEES/SERVICE COSTS | $ 1,109.92 |
| ONLINE RESEARCH – WEST GROUP/LEXIS/PACER | 2,614.20 |
| PHOTOCOPYING | 46.60 |
| TELEPHONE | 55.43 |
| TRAVEL (AIRFARE/HOTEL/MEALS) | 3,866.68 |
| TOTAL | $7,692.83 |

5. Wolf Popper's costs, expenses, and advances pertaining to this Action are reflected in the books and records of Wolf Popper. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of such costs, expenses, and advances.

6. In addition to Wolf Popper's costs, expenses, and advances, Robbins, Geller, Rudman & Dowd ("Robbins Geller"), Wolf Popper's co-counsel that jointly prosecuted the Illinois State Court litigation and also the *Englehart* federal litigation, has represented to me in writing that they incurred costs, expenses, and advances, of $12,813.73. I have been informed in writing that Robbins Geller's expenses consisted primarily of costs for travel and experts. Robbins Geller is not seeking any fees in connection with Plaintiff's application, just reimbursement of its out-of-pocket expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of July, 2015.

_____
CHET B. WALDMAN

3