# EXHIBIT I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:13-cv-07945 |
| vs. | ) ) ) | CLASS ACTION |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., | ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Ronald A. Guzman |
| Defendants. | ) ) | |

## DECLARATION OF W. SCOTT HOLLEMAN IN SUPPORT OF AWARD OF ATTORNEYS' FEES AND EXPENSES

I, W. SCOTT HOLLEMAN, do hereby declare pursuant to 28 U.S.C. §1746 as follows:

1. I am an associate in the firm of Johnson & Weaver, LLP. I am submitting this declaration in support of an award of attorneys' fees and expenses to plaintiff's counsel in connection with services rendered in the above-captioned action (the "Action").

2. Johnson & Weaver, LLP is co-counsel of record for Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust ("Englehart and Rodriguez"), former lead plaintiff movants in this Action and plaintiffs in the action styled *Englehart v. Tellabs, Inc.*, No. 14-cv-01990 (N.D. Ill), which has been brought against the same defendants as those in this Action. Englehart and Rodriguez eventually withdrew their application for appointment as lead plaintiff in this Action and supported Kerry Lambert's motion for

appointment as lead plaintiff after securing certain benefits reflected in the final settlement agreement.

3. Attached hereto as **Exhibit A** is a schedule of the hours performed by professional members of Johnson & Weaver, LLP. The total number of hours spent on this litigation and related litigation[1] by Johnson & Weaver, LLP is 351.9. The total lodestar amount for attorney and paralegal time based on the firm's current hourly rates, including cases for which clients pay us by the hour, is $176,185.50. The schedule was prepared from contemporaneous, daily time records prepared and maintained by the firm.

4. Attached hereto as **Exhibit B** is a chart of expenses incurred by Johnson & Weaver, LLP in connection with the prosecution of this litigation and the related litigation. The total amount of expenses is $6,974.93. These expenses are reflected in the books and records of the firm, were prepared consistent with the firm's regular billing practices, include expense receipts and check records, and are an accurate reflection of the expenses incurred.

5. Johnson & Weaver, LLP has made every effort to limit expenses and to use the most efficient means available for accomplishing tasks for which expenses were incurred. Consistent with Johnson & Weaver, LLP's practice in all cases, including cases for which clients pay us by the hour, internal office expenses (*e.g.*, postage, long-distance telephone, fax, and photocopies) are billed at the rate of three percent of hourly fees that would have been charged absent a contingency fee agreement.

---

[1] This related litigation includes litigation in Illinois State Court against the Defendants in this Action, and the *Englehart* federal litigation. Johnson & Weaver, LLP's total lodestar for its federal litigation only is $54,719.

6. I respectfully submit that the time and expenses incurred by Johnson & Weaver, LLP in the prosecution of this litigation are reasonable under the circumstances and were necessary to achieve the settlement reached in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of July, 2015, at New York, New York.

_____
W. SCOTT HOLLEMAN

# EXHIBIT A

**SUMMARY OF HOURS BY PROFESSIONAL**

| NAME | POSITION[1] | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Frank J. Johnson | P | 50.5 | $785.00 | $39,642.50 |
| W. Scott Holleman | A | 171.1 | $525.00 | $89,827.50 |
| Cecilia E. Rutherford | A | 41.0 | $475.00 | $19,475.00 |
| Shawn E. Fields | A | 7.6 | $450.00 | $3,420.00 |
| Joshua Bloomfield | A | 13.5 | $450.00 | $6,075.00 |
| James Baker | FA | 8.0 | $425.00 | $3,400.00 |
| Emily Bigelow | PL | 10.5 | $260.00 | $2,730.00 |
| Shelby M. Ramsey | PL | 29.6 | $260.00 | $7,696.00 |
| Jessica Mushovic | PL | 20.1 | $195.00 | $3,919.50 |
| *TOTAL[2]* | | *351.9* | | *$176,185.50* |

---

[1] P=Partner, A=Associate, PL=Paralegal, and FA=Financial Analyst.
[2] Professional Support Staff who billed less than 5 hours to the matter were excluded from the chart.

# EXHIBIT B

**SUMMARY OF EXPENSE**

| CATEGORY | AMOUNT |
|---|---:|
| Travel Costs to Attend Hearings | $858.52 |
| Filing Fees, Service Fees, and Federal Express | $693.75 |
| Online Research | $137.09 |
| Postage, Telephone, Photocopying, Facsimile, and Related Internal Office Charges | $5285.57 |
| *TOTAL* | *$6,974.93* |