# EXHIBIT J

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>Defendants. | Case No. 1:13-cv-07945<br><br>CLASS ACTION<br><br>Hon. Ronald A. Guzman |

**DECLARATION OF EILEEN M. LETTS IN SUPPORT OF AWARD OF ATTORNEYS' FEES**

I, EILEEN M. LETTS, do hereby declare pursuant to 28 U.S.C. §1746 as follows:

1. I am a partner in the firm of Greene and Letts. I am submitting this declaration in support of an award of attorneys' fees to plaintiff's counsel in connection with services rendered in the above-captioned action (the "Action").

2. Greene and Letts is local counsel of record for Robert Englehart, Jorge Rodriguez, and The Judith Kane-Rodriguez 2012 Family Trust ("Englehart and Rodriguez"), former lead plaintiff movants in this Action and plaintiffs in the action styled *Englehart v. Tellabs, Inc.*, No. 14-cv-01990 (N.D. Ill), which has been brought against the same defendants as those in this Action. Englehart and Rodriguez eventually withdrew their application for appointment as lead

plaintiff in this Action and supported Kerry Lambert's motion for appointment as lead plaintiff after securing certain benefits reflected in the final settlement agreement.

3. The total number of hours spent on this litigation and related litigation[1] by my firm is 160. The total lodestar amount for attorney and paralegal time based on the firm's current billable rates is $51,246.50. The hourly rates shown below are the usual and customary rates charged by my firm in cases of this type. A breakdown of Greene and Letts' lodestar is as follows:

| LODESTAR Inception Through July 21, 2015 | | | | |
|---|---|---|---|---|
| NAME | STATUS | HOURS | RATE | LODESTAR |
| Martin P. Greene | Partner | 23.40 | $525 | $12,285.00 |
| Kenya A. Jenkins | Sr. Associate | 2.8 | 450 | 1,260.00 |
| Dartesia A. Pitts | Associate | 57.40 | 410 | 23,534.00 |
| Zachary D. Budden | Associate | 23.90 | 375 | 8,962.50 |
| Latonya T. Robinson | Paralegal | 44.00 | 100 | 4,400.00 |
| Mimi Ceralde | Paralegal | 5.80 | 100 | 580.00 |
| Regina M. Buford | Legal Assistant | 2.50 | 90 | 225.00 |
| TOTAL | | 160 | | $51,246.50 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of July, 2015.

_____
EILEEN M. LETTS

---

[1] This related litigation includes litigation in Illinois State Court against the Defendants in this Action, and the *Englehart* federal litigation.