# EXHIBIT K



4 of 5 DOCUMENTS

Copyright 2015 ALM Media Properties, LLC
All Rights Reserved
Further duplication without permission is prohibited

# THE NATIONAL LAW JOURNAL

The National Law Journal

January 5, 2015 Monday

**SECTION:** NLJ'S BILLING SURVEY; Pg. 7 Vol. 37 No. 19

**LENGTH:** 540 words

**HEADLINE:** Billing Rates at the Nation's Priciest Law Firms;
Here are the 50 firms that charged the highest average hourly rates for partners.

**BODY:**

Here are the 50 firms that charged the highest average hourly rates for partners.

### Billing Rates at the Nation's Priciest Law Firms

| RANK | FIRM NAME | LARGEST U.S. OFFICE | NUMBER OF ATTORNEYS | PARTNER HOURLY RATES | | | ASSOCIATE HOURLY RATES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | AVERAGE | HIGH | LOW | AVERAGE | HIGH | LOW |
| 1 | Debevoise & Plimpton | New York | 595 | $1,055 | $1,075 | $955 | $490 | $760 | $120 |
| 2 | Paul, Weiss, Rifkind, Wharton & Garrison | New York | 854 | $1,040 | $1,120 | $760 | $678 | $735 | $595 |

Page 2

Billing Rates at the Nation's Priciest Law Firms; Here are the 50 firms that charged the highest average hourly rates for partners. The National Law Journal January 5, 2015 Monday

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Skadden, Arps, Slate, Meagher & Flom | New York | 1,664 | $1,035 | $1,150 | $845 | $620 | $845 | $340 |
| 4 | Fried, Frank, Harris, Shriver & Jacobson | New York | 450 | $1,000 | $1,100 | $930 | $595 | $760 | $375 |
| 5 | Latham & Watkins | New York | 2,060 | $990 | $1,110 | $895 | $605 | $725 | $465 |
| 6 | Gibson, Dunn & Crutcher | New York | 1,154 | $980 | $1,800 | $765 | $590 | $930 | $175 |
| 7 | Davis Polk & Wardwell | New York | 810 | $975 | $985 | $850 | 1$615 | $975 | $130 |
| 8 | Stroock & Stroock & Lavan | New York | 285 | $960 | $1,125 | $675 | $549 | $840 | $350 |
| 9 | Willkie, Farr & Gallagher | New York | 526 | $950 | $1,050 | $790 | $580 | $790 | $350 |
| 10 | Weil, Gotshal & Manges | New York | 1,157 | $930 | $1,075 | $625 | $600 | $790 | $300 |
| 11 | Cadwalader, Wickersham & Taft | New York | 437 | $930 | $1,050 | $800 | $605 | $750 | $395 |
| 12 | Kramer Levin Naftalis & Frankel | New York | 313 | $921 | $1,100 | $745 | $675 | $815 | $515 |
| 13 | Quinn Emanuel Urquhart & Sullivan | New York | 673 | $915 | $1,075 | $810 | $410 | $675 | $320 |
| 14 | Wilmer Cutler Pickering Hale and Dorr | Washington | 988 | $905 | $1,250 | $735 | $290 | $695 | $75 |
| 15 | Dechert | New York | 845 | $900 | $1,095 | $670 | $530 | $735 | $395 |
| 16 | Andrews Kurth | Houston | 337 | $890 | $1,090 | $745 | $670 | $1,090 | $265 |
| 17 | Hughes Hubbard & Reed | New York | 351 | $890 | $995 | $725 | $555 | $675 | $365 |
| 18 | Irell & Manella | Los Angeles | 166 | $890 | $975 | $800 | $535 | $750 | $395 |
| 19 | Proskauer Rose | New York | 712 | $880 | $950 | $725 | $465 | $675 | $295 |
| 20 | White & Case | New York | 1,895 | $875 | $1,050 | $700 | $525 | $1,050 | $220 |
| 21 | Morrison & Foerster | San Francisco | 1,020 | $865 | $1,195 | $595 | $525 | $725 | $230 |
| 22 | Pillsbury Winthrop Shaw Pittman | Washington | 591 | $865 | $1,070 | $615 | $520 | $860 | $375 |
| 23 | Kaye Scholer | New York | 392 | $860 | $1,250 | $725 | $597 | $795 | $370 |

Page 3

Billing Rates at the Nation's Priciest Law Firms; Here are the 50 firms that charged the highest average hourly rates for partners. The National Law Journal January 5, 2015 Monday

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | Brown Rudnick | Boston | 187 | $856 | $1,045 | $650 | n/a | n/a | n/a |
| 25 | Orrick Herrington & Sutcliffe | New York | 954 | $845 | $1,095 | $715 | $560 | $375 | $710 |
| 26 | Kasowitz, Benson, Torres & Friedman | New York | 372 | $835 | $1,195 | $600 | $340 | $625 | $200 |
| 27 | Hogan Lovells | Washington | 2,313 | $835 | $1,000 | $705 | n/a | n/a | n/a |
| 28 | Kirkland & Ellis | Chicago | 1,554 | $825 | $995 | $590 | $540 | $715 | $235 |
| 29 | Cooley | Palo Alto | 673 | $820 | $990 | $660 | $515 | $640 | $335 |
| 30 | Arnold & Porter | Washington | 720 | $815 | $950 | $670 | $500 | $610 | $345 |
| 31 | Paul Hastings | New York | 889 | $815 | $900 | $750 | $540 | $755 | $335 |
| 32 | Winston & Strawn | Chicago | 822 | $800 | $995 | $650 | $520 | $590 | $425 |
| 33 | Curtis, Mallet-Prevost, Colt & Mosle | New York | 323 | $800 | $860 | $730 | $480 | $785 | $345 |
| 34 | Bingham McCutchen | Boston | 795 | $795 | $1,080 | $220 | $450 | $605 | $185 |
| 35 | Akin Gump Strauss Hauer & Feld | Washington | 809 | $785 | $1,220 | $615 | $525 | $660 | $365 |
| 36 | Covington & Burling | Washington | 760 | $780 | $890 | $605 | $415 | $565 | $320 |
| 37 | King & Spalding | Atlanta | 874 | $775 | $995 | $545 | $460 | $735 | $125 |
| 38 | Norton Rose Fulbright | New York | 3,537 | $775 | $900 | $525 | $400 | $515 | $300 |
| 39 | DLA Piper | New York | 3,962 | $765 | $1,025 | $450 | $510 | $750 | $250 |
| 40 | Lowenstein Sandler | Roseland, N.J. | 261 | $765 | $990 | $600 | $450 | $650 | $300 |
| 41 | Greenberg Traurig | New York | 1,690 | $763 | $955 | $535 | $470 | $570 | $325 |
| 42 | Bracewell & Giuliani | Houston | 441 | $760 | $1,125 | $575 | $440 | $700 | $275 |
| 43 | Baker & McKenzie | Chicago | 4,087 | $755 | $1,130 | $260 | $395 | $925 | $100 |
| 44 | Dickstein Shapiro | Washington | 254 | $750 | $1,250 | $590 | $475 | $585 | $310 |

Billing Rates at the Nation's Priciest Law Firms; Here are the 50 firms that charged the highest average hourly rates for partners. The National Law Journal January 5, 2015 Monday

| | Firm | City | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 46 | Jones Day | New York | 2,464 | $745 | $975 | $445 | $435 | $775 | $205 |
| 45 | Jenner & Block | Chicago | 434 | $745 | $925 | $565 | $465 | $550 | $380 |
| 47 | Manatt, Phelps & Phillips | Los Angeles | 329 | $740 | $795 | $640 | n/a | n/a | n/a |
| 48 | Reed Smith | Pittsburgh | 1,555 | $737 | $890 | $605 | $420 | $530 | $295 |
| 49 | Seward & Kissel | New York | 143 | $735 | $850 | $625 | $400 | $600 | $290 |
| 50 | O'Melveny & Myers | Los Angeles | 721 | $715 | $950 | $615 | n/a | n/a | n/a |

LOAD-DATE: January 5, 2015