# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) | Case No. 1:13-cv-07945 |
| ) | |
| vs. ) | CLASS ACTION |
| ) | |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., ) ) ) ) ) ) ) ) ) ) | Hon. Ronald A. Guzman |
| Defendants. ) ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE THAT** on this 23rd day of July, 2015, Plaintiff caused to be filed his *Motion for Final Approval of Proposed Settlement and an Award of Attorneys' Fees* via the electronic filing system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

Dated: July 23, 2015

Respectfully submitted,

By: */s/ Katrina Carroll*
LITE DEPALMA GREENBERG, LLC
Katrina Carroll, Esq.
Kyle A. Shamberg, Esq.
One South Dearborn
Suite 2100
Chicago, IL 60603
Tel: 312-212-4383
Fax: 312-212-5919
Email: kcarroll@litedepalma.com

kshamberg@litedepalma.com
*Liaison Counsel for Court-Appointed Class Representative and Lead Plaintiff Kerry Lambert and the Class*

FARUQI & FARUQI, LLP
Juan E. Monteverde, Esq.
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com

*Court-Appointed Lead Counsel and Counsel for Court-Appointed Class Representative and Lead Plaintiff Kerry Lambert and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **NOTICE OF FILING** and accompanying Motion were filed this 23rd day of July, 2015, via the electronic filing system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Katrina Carroll*
Katrina Carroll