**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., )<br><br>Defendants. ) | Case No. 1:13-cv-07945<br><br>CLASS ACTION<br><br>Hon. Ronald A. Guzman |

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Lead Plaintiff Kerry Lambert, through his undersigned counsel, respectfully requests that this Court enter an Order granting him leave to file his Memorandum of Law in Support of His Motion for Final Approval of Proposed Settlement and an Aware of Attorneys' Fees (the "Memorandum") in excess of 15 pages. In further support of his motion, Plaintiff states the following:

1.      On May 5, 2015, this Court entered a Preliminary Approval Order setting a settlement hearing for September 3, 2015 and directing Plaintiff to file, on or before July 23, 2015, papers in support of the settlement and a fee application. [ECF Doc. 124]. Accordingly, Plaintiffs have filed a motion for final approval of the settlement [ECF Doc. 137], along with the supporting Declaration of Juan E. Monteverde and attached exhibits [ECF Doc. 139] and the Memorandum [ECF Doc. 138].

2.      Plaintiff's Memorandum exceeds Local Rule 7.1's page limitation.   [*See* ECF Doc. 138].

3.      Prior to filing, Plaintiff's counsel inquired whether defense counsel would object to the relief requested herein.  Defense counsel responded via email that it did not object and Plaintiff has filed the instant motion as unopposed.

WHEREFORE, Plaintiff requests that this Court enter an Order:

A. Granting him leave to exceed the 15-page limit set forth in Local Rule 7.1 of the Northern District of Illinois; and

B. Allowing Plaintiff's previously filed Memorandum to stand.


Dated: July 23, 2015                                              Respectfully submitted,


By: */s/ Katrina Carroll*
LITE DEPALMA GREENBERG, LLC
Katrina Carroll, Esq.
Kyle A. Shamberg, Esq.
One South Dearborn
Suite 2100
Chicago, IL 60603
Tel: 312-212-4383
Fax: 312-212-5919
Email: kcarroll@litedepalma.com
         kshamberg@litedepalma.com
*Liaison Counsel for Court-Appointed Class*
*Representative and Lead Plaintiff Kerry*
*Lambert and the Class*

FARUQI & FARUQI, LLP
Juan E. Monteverde, Esq.
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com

*Court-Appointed Lead Counsel and Counsel
for Court-Appointed Class Representative
and Lead Plaintiff Kerry Lambert and the
Class*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT** and accompanying Notice of Motion were filed this 23rd day of July, 2015, via the electronic filing system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Katrina Carroll*
Katrina Carroll