# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>  Defendants. | Case No. 1:13-cv-07945<br><br>CLASS ACTION<br><br>Hon. Ronald A. Guzman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **July 30, 2015** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ronald A. Guzman, or whomever may be designated to sit in his stead, in Room 1219 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiff's Unopposed Motion to Exceed Page Limit,* a copy of which is attached and served upon you.

Dated: July 23, 2015

Respectfully submitted,

By: */s/ Katrina Carroll*
LITE DEPALMA GREENBERG, LLC
Katrina Carroll, Esq.
Kyle A. Shamberg, Esq.
One South Dearborn
Suite 2100

2

Chicago, IL 60603
Tel: 312-212-4383
Fax: 312-212-5919
Email: kcarroll@litedepalma.com
        kshamberg@litedepalma.com
*Liaison Counsel for Court-Appointed Class Representative and Lead Plaintiff Kerry Lambert and the Class*

FARUQI & FARUQI, LLP
Juan E. Monteverde, Esq.
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com

*Court-Appointed Lead Counsel and Counsel for Court-Appointed Class Representative and Lead Plaintiff Kerry Lambert and the Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** and accompanying Motion were filed this 23rd day of July, 2015, via the electronic filing system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

>*/s/ Katrina Carroll*
>Katrina Carroll