UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kerry Lambert
                              Plaintiff,

v.                                                 Case No.: 1:13−cv−07945
                                                     Honorable Ronald A. Guzman

Tellabs, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 27, 2015:

      MINUTE entry before the Honorable Ronald A. Guzman: Notice of motion hearing set for 7/30/2015 is stricken and no appearance is required. Unopposed motion by Plaintiff Kerry Lambert for leave to file memorandum of law in support of his motion for final approval of proposed settlement and an award of attorneys' fess in excess of 15 pages [141] is granted. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.