# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

KERRY LAMBERT, On Behalf of Himself )
and All Others Similarly Situated, )
)
        Plaintiff, )
)
    v. ) Case No. 1:13-cv-07945
)
TELLABS, INC., VINCENT H. TOBKIN, ) Hon. Ronald A. Guzman
BO HEDFORS, FRANK IANNA, VINCENT D. )
KELLY, MICHAEL E. LAVIN, STEPHANIE )
PACE MARSHALL, ALEX MASHINSKY, )
GREGORY J. ROSSMANN, DENNIS F. STRIGL, )
JAN H. SUWINSKI, MIKEL H. WILLIAMS, )
MARLIN EQUITY PARTNERS, )
BLACKHAWK HOLDING VEHICLE, LLC, )
and BLACKHAWK MERGER SUB INC., )
)
        Defendants. )

**FILED**

JUL 2 7 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



## CLASS MEMBER OBJECTION FORM

*** This form needs to be filled out only if you object to the class settlement (the "Settlement"). If you do not wish to object to the Settlement, you do not need to fill out and return this form. In order to object to the Settlement, you must file this form with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, AND serve it upon all attorneys listed in the accompanying class action notice (the "notice") no later than August 13, 2015.

**Name:** _____ Stanley Eisenstein _____

**Mailing Address:** _____ 3566 University, Highland Park, IL 60035 _____

**Telephone Number:** ___ (847) 432-8869 or (312) 263-6330 _____

**Specific Basis for Objecting to the Settlement and/or any Award of Attorneys' Fees and Expenses:**

    1.   Let's not kid ourselves. The sole beneficiary of this settlement is the

Plaintiff's law firm. The so-called Settlement Agreement has resulted in no

substantive benefit whatsoever to Tellabs' shareholders, of which I long have been one.

(If you need additional space, you may attach additional materials to this form.)

(CONTINUED ON ATTACHMENT)

TLSOBJ1



## NOTICE OF INTENTION TO APPEAR AT THE TELLABS FAIRNESS HEARING

Would you like to speak at the Fairness Hearing, which will be held before Judge Ronald Guzman on September 3, 2015 at 9:30 a.m. in the United States District Court for the Northern District of Illinois courthouse, 219 South Dearborn Street, Chicago, Illinois 60604? (CHECK ONE BELOW)

**YES** ☒

**NO** ☐

As set forth in the notice, you do not have to attend the hearing, but you are welcome to do so at your own expense. If you would like to speak at the hearing, you must check "Yes" above. If you intend to present any documents or other materials at the hearing, copies of these documents must be enclosed when you return this form.

I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to object to the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _____July 25,_____, 2015

Signature: _____Stanley Eberstein_____

Name and Signature of Representative (if applicable):

_____

_____

TLSOBJ1

## OBJECTION TO AWARD OF ATTORNEYS FEES (continued)

However, I hasten to add that if the Defendants did not engage in any wrongdoing, as appears to be the case from the Class Settlement Notice, Defendants of right should not have to pay anything. To reiterate my position: On a personal level I am not seeking a single cent either for myself or other shareholders if, as appears to be the case, this lawsuit on behalf of the Class could not be successfully litigated. If I'm not entitled to anything, I'm a big boy and can accept that result. What I do object to is other people getting rich under the guise of representing me.

2.     The only beneficiaries of this settlement are Plaintiffs'/the Class' lawyers, to the tune of perhaps $750,000.00 even though they did not obtain a single penny for the Class they purport to represent. And, as just noted, I reiterate that if this case could not be successfully pursued because it lacks merit, I do not suggest that anybody in the Plaintiff Class should receive anything.

3.     In an obvious attempt to cover up the real bottom line here, the "Settlement Notice" to the Class attempts to "gussy up" alleged benefits of the settlement by pointing out that Defendants refiled some opaque SEC disclosures. However, those refilings added nothing of substance to the shareholders. There is nothing which indicates that such refiled SEC disclosures were of benefit to anyone, much less worth up to $750,000.00 in attorney's fees.

4.     I recognize that Defendants want to buy peace. They want to avoid further expenditures of exorbitant legal fees on their part. Thus, they have agreed to stand on the sidelines, remain silent, and not to object to any fee request by Plaintiffs' law firm, up to $750,000.00. This points to another more fundamental problem. An award of legal fees in such staggering amount is unseemly. It does not reflect well on our legal system. In effect, it becomes a kind of legal blackmail for which Plaintiffs' lawyers will seek judicial approval (no personal disrespect to any of the parties to this litigation because that is the very game, the very legal system which so often rewards unsuccessful contingent fee Plaintiff security lawyers in these kind of cases). So, even if everybody has played by the rules here, something is seriously amiss when a contingent fee law firm for unsuccessful plaintiffs nonetheless will be rewarded with up to $750,000.00 in legal fees.

5.     Isn't there something so very wrong with this kind of system? Why in securities cases should contingent fee plaintiff law firms be so richly rewarded after achieving no substantive benefit whatsoever for the shareholders? Should our legal system routinely put its imprimatur on such class action security settlements?

6.     Let's get real about this "settlement."