# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) TELLABS, INC., VINCENT H. TOBKIN, ) BO HEDFORS, FRANK IANNA, VINCENT D. ) KELLY, MICHAEL E. LAVIN, STEPHANIE ) PACE MARSHALL, ALEX MASHINSKY, ) GREGORY J. ROSSMANN, DENNIS F. STRIGL, ) JAN H. SUWINSKI, MIKEL H. WILLIAMS, ) MARLIN EQUITY PARTNERS, ) BLACKHAWK HOLDING VEHICLE, LLC, ) and BLACKHAWK MERGER SUB INC., ) ) Defendants. ) | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman<br><br>**FILED**<br>JUL 31 2015<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## CLASS MEMBER OPT-OUT FORM

\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

Name: __Barry Glicklich__

Mailing Address: __2S475 Riverside Ave; Warrenville, IL 60555__

Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013: __56,990__

I, __Barry Glicklich__, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): __28 July 2015_____, 2015

Signature: __[signature: Barry Glicklich]__

Name and Signature of Representative (if applicable): _____

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES



8233-22466-22530

Control#: TLS-00022466-22530
BARRY GLICKLICH
2S475 RIVERSIDE AVE
WARRENVILLE IL 60555

000480

TLS

21   FJDVAP1   60555

001RES0048