IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>        Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman<br><br>FILED<br>AUG 03 2015<br>AUG 03 2015<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## CLASS MEMBER OPT-OUT FORM

\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

Name: __BECKY L. OGATA__

Mailing Address: __22061 34TH AVE. W.    BRIER, WA 98036__

Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013: __60__

I, __BECKY L. OGATA__, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): __07/28/2015_____, 2015

Signature: __Becky J. Ogata__
Name and Signature of Representative (if applicable): _____

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008

```
PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
COMMUNICATION
SERVICES
```



8233-21883-21947

Control#: TLS-00021883-21947
BECKY L OGATA ROTH IRA TD AMERITRADE
CLEARING INC CUSTODIAN
22061 34TH AVE W
BRIER WA 98036

000499

**TLS**

12    FJDVAP1    98036

001RES0048