EXHIBIT 2

CMC

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

KERRY LAMBERT, On Behalf of Himself
and All Others Similarly Situated,

      Plaintiff,

      v.

TELLABS, INC., VINCENT H. TOBKIN,
BO HEDFORS, FRANK IANNA, VINCENT D.
KELLY, MICHAEL E. LAVIN, STEPHANIE
PACE MARSHALL, ALEX MASHINSKY,
GREGORY J. ROSSMANN, DENNIS F. STRIGL,
JAN H. SUWINSKI, MIKEL H. WILLIAMS,
MARLIN EQUITY PARTNERS,
BLACKHAWK HOLDING VEHICLE, LLC,
and BLACKHAWK MERGER SUB INC.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:13-cv-07945

Hon. Ronald A. Guzman

# FILED

AUG 03 2015
AUG 03, 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CLASS MEMBER OPT-OUT FORM

*** This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

**Name:** _Leeanne Denise Tam_

**Mailing Address:** _5844 Alcazar Dr. San Jose CA 95123_

**Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013:** _Unknown ?_

I, _Leeanne Denise Tam_,
hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _July 30_____, 2015

Signature: _Leeanne D. Tam_

Name and Signature of Representative (if applicable):

_____

_____

TLSRFE1

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES

8233-13269-13336



Control#: TLS-00013269-13336
LEEANNE DENISE TAM
5844 ALCAZAR DR.
SAN JOSE CA 95123

005285

*do by*

**TLS**

6    EJDHGP1    95123

001RES0048