IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>    Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman<br><br>**F I L E D**<br><br>AUG 04 2015<br><br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

## CLASS MEMBER OPT-OUT FORM

\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

Name: __KEVEN MARK PLANTE__

Mailing Address: __530C ALAMEDA DEL PRADO #111 NOVATO, CA 94949__

Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013: __18,000__

I, __KEVEN MARK PLANTE__, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): __07/27/2015__, 2015

Signature: __[signed]__

Name and Signature of Representative (if applicable): _____

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES

8233-18114-18181

Control#: TLS-00018114-18181
KEVEN MARK PLANTE
530C ALAMEDA DEL PRADO #111
NOVATO CA 94949

005013

**TLS**

EAUASP1  94949

001RES0048