IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) TELLABS, INC., VINCENT H. TOBKIN, BO ) HEDFORS, FRANK IANNA, VINCENT D. ) KELLY, MICHAEL E. LAVIN, STEPHANIE ) PACE MARSHALL, ALEX MASHINSKY, ) GREGORY J. ROSSMANN, DENNIS F. ) STRIGL, JAN H. SUWINSKI, MIKEL H. ) WILLIAMS, MARLIN EQUITY PARTNERS, ) BLACKHAWK HOLDING VEHICLE, LLC, ) and BLACKHAWK MERGER SUB INC., ) ) Defendants. ) | Case No. 1:13-cv-07945 Hon. Ronald A. Guzman **RECEIVED** AUG 0 6 2015 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT |

## CLASS MEMBER OPT-OUT FORM

\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than [DATE], 2015.

Name: _Jorge Cazares_

Mailing Address: _542 W. 41st Street, Chicago, IL 60609_

Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013: _700_

I, _Jorge Cazares_, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the Notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: _Aug 5_, 2015          Signature: _Jorge Ca___

Name and Signature of Representative (if applicable):

_____

_____

