EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:13-cv-07945 <br><br> Hon. Ronald A. Guzman |

**FILED**

AUG 07 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CLASS MEMBER OPT-OUT FORM

*** This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

**Name:** Sun Hok Kong

**Mailing Address:** 690 Lisbon St San Francisco CA 94112

**Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013:** 320

I, _____,
hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): AUG - 3 _____, 2015

Signature: Sunhok Kong

Name and Signature of Representative (if applicable): _____

_____

_____

TLSRFE1

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES



8233-27623-27687

Control#: TLS-00027623-27687                                                006497
SUN HOK KONG IRA TD AMERITRADE CLEARING
CUSTODIAN
690 LISBON ST
SAN FRANCISCO CA 94112

**TLS**

12      FJDVAP1      94112

001RES0048