13c 7945

July 27, 2015

**FILED**

**AUG 1 2 2015**

RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISON
HONORABLE, RONALD A. GUZMAN

SUBJECT: PETITION TO OBJECT TO THE TELLABS SETTLEMENT and AWARD OF CLASS COUNSEL FEES AND EXPENSES

I, Keven Mark Plante, a Class Member, object to the terms of the settlement as a means of reserving my class action rights provided under the law. I continue to strongly believe that the merger was not in the best interest of the shareholders. As a former AFCI employee, the share price cost basis of the Tellabs purchase of AFCI was $8.35 for 18,000 converted Tellabs shares and with the subsequent $2.45 Tellabs/Marlin merger price; the resultant investment loss was $106,200 or approximately (-70%) return of investment. Contrast that, Tellabs insiders were compensated a total of $110,000,000 related to the merger agreement.

Regarding the award of Class Counsel fees and expenses, as a matter of principle and clarification, the Law states, "when a lawyer has contracted for a contingent fee, the lawyer is entitled to receive the specific fee only to the extent the class member receives payment so as to provide assurance to the greatest degree possible the proficiency and diligence" in litigating the matter.

For Defense Counsel not to oppose the award, Defense Counsel is effectively agreeing to pay Class Counsel's proposed $750,000 fees and expenses (should the Court deem the costs reasonable) and may create the appearance of a "quid pro quo" agreement, which may or may not be appropriate, relating to the proposed settlement (in which Defense Counsel stands to prevail). The statement contained in the federal court notice, "This agreement was reached after all other terms of the proposed settlement", in my opinion, does not clearly remove that appearance.

Respectfully,

Keven Mark Plante

Clerk of the U.S. District Court
Juan E. Monteverde, Faruqi & Faruqi LLP
David F. Graham, Sidley Austin LLP
William H. Gussman, Jr., Marlin's Counsel

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

KERRY LAMBERT, On Behalf of Himself )
and All Others Similarly Situated, )
                    Plaintiff, )
v. ) Case No. 1:13-cv-07945
TELLABS, INC., VINCENT H. TOBKIN, ) Hon. Ronald A. Guzman
BO HEDFORS, FRANK IANNA, VINCENT D. )
KELLY, MICHAEL E. LAVIN, STEPHANIE )
PACE MARSHALL, ALEX MASHINSKY, )
GREGORY J. ROSSMANN, DENNIS F. STRIGL, )
JAN H. SUWINSKI, MIKEL H. WILLIAMS, )
MARLIN EQUITY PARTNERS, )
BLACKHAWK HOLDING VEHICLE, LLC, )
and BLACKHAWK MERGER SUB INC., )
                    Defendants. )

### CLASS MEMBER OBJECTION FORM

\*\*\* This form needs to be filled out only if you object to the class settlement (the "Settlement"). If you do not wish to object to the Settlement, you do not need to fill out and return this form. In order to object to the Settlement, you must file this form with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, AND serve it upon all attorneys listed in the accompanying class action notice (the "notice") no later than August 13, 2015.

Name: __KEVEN MARK PLANTE__

Mailing Address: __530C ALAMEDA DEL PRADO #111__
__NOVATO, CA 94949__

Telephone Number: __707-227-9824__

Specific Basis for Objecting to the Settlement and/or any Award of Attorneys' Fees and Expenses:

__See ATTACHED LETTER DATED__
__JULY 27, 2015.__

(If you need additional space, you may attach additional materials to this form.)

TLSOBJ1

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:13-cv-07945 |
| TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., ) | Hon. Ronald A. Guzman |
| Defendants. ) | |

## CLASS MEMBER OPT-OUT FORM

\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

Name: **KEVEN MARK PLANTE**

Mailing Address: **530C ALAMEDA DEL PRADO #111 NOVATO, CA 94949**

Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013: **18,000**

I, **KEVEN MARK PLANTE**, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): **07/27/2015**, 2015

Signature: _[signed]_

Name and Signature of Representative (if applicable): _____

TLSRFE1

## NOTICE OF INTENTION TO APPEAR AT THE TELLABS FAIRNESS HEARING

Would you like to speak at the Fairness Hearing, which will be held before Judge Ronald Guzman on September 3, 2015 at 9:30 a.m. in the United States District Court for the Northern District of Illinois courthouse, 219 South Dearborn Street, Chicago, Illinois 60604? (CHECK ONE BELOW)

YES ☐

NO ☒

As set forth in the notice, you do not have to attend the hearing, but you are welcome to do so at your own expense. If you would like to speak at the hearing, you must check "Yes" above. If you intend to present any documents or other materials at the hearing, copies of these documents must be enclosed when you return this form.

I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to object to the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): 07/27/2015

Signature: [signature]

Name and Signature of Representative (if applicable):