EXHIBIT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FILED
AUG 18 2015
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

## CLASS MEMBER OPT-OUT FORM

\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

Name: _Martin C. Burns_

Mailing Address: _2929 Atwood Ave, Ste 101, Madison, WI 53704_

Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013: _500?_

I, _____, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _07/28/2015_ , 2015

Signature: _/s/ Martin Burns_

Name and Signature of Representative (if applicable):
_____
_____

TLSRFE1

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES

8233-14944-15011

Control#: TLS-00014944-15011
MARTIN C. BURNS
2929 ATWOOD AVE. STE. 101
MADISON WI 53704

005843

**TLS**   37   EJDHGP1   53704

001RES0048

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>          Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

**FILED**
AUG 18 2015
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

## CLASS MEMBER OPT-OUT FORM

\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

Name: _Alvin Buras_

Mailing Address: _2929 Atwood Ave, Ste 101, Madison, WI 53704_

Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013: _400?_

I, _____, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _7/28/2015_ , 2015

Signature: _Martin B____ personal representative_

Name and Signature of Representative (if applicable):

_____

_____

TLSRFE1

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES

FILED
AUG 18 2015
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

8233-28440-28504

Control#: TLS-00028440-28504
ALVIN BURNS IRA TD AMERITRADE CLEARING,
CUSTODIAN
2929 ATWOOD AVE STE 101
MADISON WI 53704

000172

TLS

37    FJDVAP1    53704

001RES0048

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC.,<br><br>    Defendants. | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

**FILED AUG 18 2015 RONALD A. GUZMAN, JUDGE UNITED STATES DISTRICT COURT**

### CLASS MEMBER OPT-OUT FORM

\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

Name: _CHRISTOPHER P. CLARK_

Mailing Address: _7023 VILLAGE COMMONS WAY, MIDVALE, UT 84047_

Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013: _20_

I, _CHRISTOPHER P. CLARK_, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): _08/09_, 2015

Signature: _[signature]_

Name and Signature of Representative (if applicable): _____

TLSRFE1

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES

8233-26666-26730

Control#: TLS-00026666-26730
CHRISTOPHER P CLARK
7023 VILLAGE COMMONS WAY
MIDVALE UT 84047

001045

TLS

6   FJDVAP1   84047

001RES0048

EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, )<br>　　　　　　Plaintiff, )<br>　　v. )<br>TELLABS, INC., VINCENT H. TOBKIN, )<br>BO HEDFORS, FRANK IANNA, VINCENT D. )<br>KELLY, MICHAEL E. LAVIN, STEPHANIE )<br>PACE MARSHALL, ALEX MASHINSKY, )<br>GREGORY J. ROSSMANN, DENNIS F. STRIGL, )<br>JAN H. SUWINSKI, MIKEL H. WILLIAMS, )<br>MARLIN EQUITY PARTNERS, )<br>BLACKHAWK HOLDING VEHICLE, LLC, )<br>and BLACKHAWK MERGER SUB INC., )<br>　　　　　　Defendants. ) | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

FILED
AUG 18 2015
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

## CLASS MEMBER OPT-OUT FORM

\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

Name: ERNEST W HAUSER

Mailing Address: 2328 79TH COURT, ELMWOOD PARK, IL 60707-3020

Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013: 600

I, ERNEST W HAUSER, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): AUGUST 7, 2015, 2015

Signature: Ernest W Hauser

Name and Signature of Representative (if applicable):

TLSRFE1

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES

Control#: TLS-00021363-21427
ERNEST W HAUSER ROTH IRA TD AMERITRADE
CLEARING INC CUSTODIAN
2328 77TH CT
ELMWOOD PARK IL 60707

001905

TLS    21    FJDVAP1    60707

001RES0048

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, )<br>Plaintiff, )<br>v. )<br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., )<br>Defendants. ) | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

**FILED AUG 1 8 2015 RONALD A. GUZMAN, JUDGE UNITED STATES DISTRICT COURT**

## CLASS MEMBER OPT-OUT FORM

\*\*\* This form needs to be filled out only if you seek to opt out of the class settlement (the "Settlement") and pursue affected claims individually. If you do not wish to opt out of the Settlement, you do not need to fill out and return this form. In order to opt out of the Settlement, you must return this form to the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604 no later than August 13, 2015.

Name: TRANG NGUYEN

Mailing Address: 2964 MIRALOMA WAY Union City CA 94587

Number of Shares of Tellabs, Inc. Common Stock Owned on December 2, 2013: 500.00 Shares

I, TRANG NGUYEN, hereby request exclusion from the Settlement described in the accompanying class action notice (the "Notice"). I have not assigned, transferred, or otherwise conveyed to any other person any of the "Released Claims" described in the notice, and I have not been given any consideration in exchange for my decision to opt out of the Settlement.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated (mm/dd/yyyy): 08/05/2015 , 2015

Signature: [signature]

Name and Signature of Representative (if applicable):

TLSRFE1

**Tellabs Shareholder Litigation**
c/o KCC Class Action Services
P.O. Box 40008
College Station, TX 77842-4008

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES

[FILED stamp: AUG 18 2015, RONALD A. GUZMAN, JUDGE, UNITED STATES DISTRICT COURT]

8233-24711-24775

Control#: TLS-00024711-24775
TRANG NGUYEN & ANN NGUYEN JT TEN
2964 MIRALOMA WY
UNION CITY CA 94587

006881

**TLS**

1B5    FJDVAP1    94567

001RES0048

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., <br><br> Defendants. | Case No. 1:13-cv-07945 <br><br> Hon. Ronald A. Guzman |

FILED
AUG 18 2015
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

## CLASS MEMBER OBJECTION FORM

\*\*\* This form needs to be filled out only if you object to the class settlement (the "Settlement"). If you do not wish to object to the Settlement, you do not need to fill out and return this form. In order to object to the Settlement, you must file this form with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, AND serve it upon all attorneys listed in the accompanying class action notice (the "notice") no later than August 13, 2015.

**Name:** Jack Patrick McGowan

**Mailing:** 4654A 19th Street, San Francisco, CA 94114

**Telepho** 

**Specific** 415-420-4027

_____ I believe the member of the Tellabs board of directors breached their duties to Tellabs shareholders in connection with the sales process that was conducted, the Merger agreement terms with Marlin and disclosures made to shareholders in connection with the Merger.

*[signature]* J. P. McGowan 8/10/15

TLSOBJ1