IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., )<br>)<br>Defendants. ) | Case No. 1:13-cv-07945<br><br>Hon. Ronald A. Guzman |

## DECLARATION OF KATHLEEN L. CARLSON

Kathleen L. Carlson declares as follows:

1. I am an attorney with Sidley Austin LLP, counsel for Tellabs, Inc. ("Tellabs" or the "Company"), Vincent H. Tobkin, Bo Hedfors, Frank Ianna, Vincent D. Kelly, Michael E. Lavin, Stephanie Pace Marshall, Alex Mashinsky, Gregory J. Rossmann, Dennis F. Strigl, Jan H. Suwinski, and Mikel H. Williams (the "Individual Defendants" and, together with Tellabs, the "Tellabs Defendants") in this action. I am a member of the bar of the United States District Court for the Northern District of Illinois. I submit this Declaration regarding Defendants' compliance with the notice requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

2. On March 21, 2014, a Settlement Agreement was filed along with a Memorandum of Law in Support of Motion for Preliminary Approval, for Approval of Form and Method of

Notice, and for Entry of an Order Setting a Settlement Hearing Date and Other Dates (the "March 21st Proposed Settlement"). (Doc. Nos. 66 & 67.)

3. On March 27, 2014, I caused a CAFA Notice relating to the March 21st Proposed Settlement to be sent on behalf of all Defendants, including the Tellabs Defendants and Marlin Equity Partners, Blackhawk Holding Vehicle, LLC, and Blackhawk Merger Sub Inc. (the "Marlin Defendants"), to all appropriate federal and state officials in accordance with 28 U.S.C. § 1715(b), which requires such a notice to be sent within ten days of the filing of a proposed settlement.

4. Attached as Exhibit A is a true and correct copy of the CAFA Notice relating to the March 21 Proposed Settlement, as well as the distribution list and Exhibits 1-4 thereto, which I caused to be sent via Federal Express on March 27, 2014 to the United States Attorney General and the attorneys general of all 50 states and the District of Columbia.

5. On or before March 28, 2014, I received confirmation that each and every CAFA Notice relating to the March 21st Proposed Settlement had been delivered.

6. On March 20, 2014, a Complaint was filed in the related case *Englehart, et al. v. Tellabs, Inc., et al.*, Civil Action No. 14-cv-1990 (N.D. Ill.) (the "*Englehart* action"). In light of the *Englehart* Action, the parties to the *Lambert* Action agreed to amend the March 21st Proposed Settlement. On November 21, 2014, a Renewed Motion for Preliminary Approval, for Approval of Form and Method of Notice, and for Entry of an Order Setting a Settlement Hearing and Other Dates (the "Renewed Motion") was filed. (Doc. No. 109.) A Stipulation of Settlement (the "November 20th Proposed Settlement") was filed on November 20, 2014 as Exhibit A to the Declaration of Juan Monteverde in Support of the Renewed Motion (Doc. 107),

along with a Memorandum of Law asking the Court to approve preliminarily the November 20th Proposed Settlement. (Doc. No. 106.)

7. On November 25, 2014, I caused a CAFA Notice relating to the November 20th Proposed Settlement to be sent on behalf of all Defendants, including the Tellabs Defendants and the Marlin Defendants, to all appropriate federal and state officials in accordance with 28 U.S.C. § 1715(b).

8. Attached as Exhibit B is a true and correct copy of the CAFA Notice relating to the November 20th Proposed Settlement, as well as the distribution list and Exhibits 1-4 thereto, which I caused to be sent via Federal Express on November 25, 2014 to the United States Attorney General and the attorneys general of all 50 states and the District of Columbia.

9. On or before December 1, 2014, I received confirmation that each and every CAFA Notice relating to the November 20th Proposed Settlement had been delivered.

10. I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 24, 2015

/s/ Kathleen L. Carlson
Kathleen L. Carlson

ACTIVE 207057256v.1

## **CERTIFICATE OF SERVICE**

Kathleen L. Carlson, an attorney, hereby certifies that on August 24, 2015, she caused a true and correct copy of the foregoing to be filed electronically with the Clerk of Court to be filed and served upon all parties via the Court's CM/ECF system.

s/ Kathleen L. Carlson
