**IN THE UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| KERRY LAMBERT, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELLABS, INC., VINCENT H. TOBKIN, BO HEDFORS, FRANK IANNA, VINCENT D. KELLY, MICHAEL E. LAVIN, STEPHANIE PACE MARSHALL, ALEX MASHINSKY, GREGORY J. ROSSMANN, DENNIS F. STRIGL, JAN H. SUWINSKI, MIKEL H. WILLIAMS, MARLIN EQUITY PARTNERS, BLACKHAWK HOLDING VEHICLE, LLC, and BLACKHAWK MERGER SUB INC., <br><br> Defendants. | Case No. 1:13-cv-07945 |

**AFFIDAVIT OF JULIE SWANSON REGARDING**
**MAILING OF THE NOTICE**

STATE OF CALIFORNIA    )
                                  ) SS.
COUNTY OF MARIN          )

       I, Julie Swanson, being duly sworn, depose and say:

    1.      I am a Senior Consultant of Class Actions at Kurtzman Carson Consultants LLC ("KCC"). My business address is 75 Rowland Way, Suite 250, Novato, California 94945. I am familiar with, and have personal knowledge of, the matters stated in this affidavit and am competent to testify about them if called upon to do so.

    2.      KCC was retained by Tellabs, Inc. ("Tellabs") to act as the Notice Administrator in connection with the settlement of the above-captioned action as its authorized agent to effect mailing of the Notice to potential Class Members, defined as a record holders and beneficial owners of any share(s) of Tellabs stock who have held any

such share(s) at any time during the period beginning on and including October 18, 2013, through and including December 2, 2013.[1]

## MAILING OF NOTICE

3.    On April 6, 2015, KCC received via email a list from Tellab's Transfer Agent, Computershare Shareholder Services, which contained 4,697 unique names and addresses of potential Class Members.

4.    On May 19, 2015, pursuant to the Preliminary Approval Order entered by this Court on May 5, 2015 (the "Prelim Order"), KCC mailed copies of the Notices by first-class mail to each of the 4,697 potential Class Members. A copy of the Notice is attached hereto as Exhibit A.

5.    As in most securities class actions, a large majority of potential Class Members are beneficial owners of the shares of a company's common stock whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. KCC maintains a proprietary database with names and addresses of the largest and most common U.S. banks, brokerage firms, and nominees, including national and regional offices of certain nominees (the "Nominee Database"). KCC's Nominee Database is updated from time to time as new nominees are identified, and others go out of business. At the time of the initial mailing, the Nominee Database contained 1,119 mailing records. On May 19, 2015, KCC caused Notice to be mailed to the 1,119 mailing records contained in KCC's Nominee Database.

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Preliminary Approval Order, dated May 5, 2015.

6.    The Notice directed brokerage firms, banks and other persons or entities who are members of the Class in their capacities as record holders, but not as beneficial holders, to promptly either request from the Notice Administrator sufficient copies of the Notice to forward to all such beneficial owners or provide a list of the names and addresses of all such beneficial owners to the Notice Administrator. If the Nominee chose the latter option, KCC caused the Notice to be mailed promptly to said beneficial owners.

7.    As of August 20, 2015, KCC has received 22,963 names and addresses of potential Class Members (after exact duplicate mailing records were removed) from individuals, brokers, dealers, banks and other nominees requesting Notices to be mailed to such persons. Also, KCC has received requests from brokers and other nominees for 3,100 Notices to be sent to such brokers and nominees so that they could forward them to their customers. All such requests have been fulfilled with in a timely manner.

8.    As a result of the efforts described above, as of August 20, 2015, KCC has mailed a total of 32,209 Notices[2].

_Julie Swanson_
Julie Swanson

SWORN AND SUBSCRIBED before me
this 20th day of August 2015.

_Elizabeth Capeto_
Notary Public

ELIZABETH CAPETO
Commission # 1987183
Notary Public - California
Marin County
My Comm. Expires Aug 4, 2016

---

[2] This figure includes 330 Notices that were initially returned by the United States Postal Service, but re-mailed based on updated addresses provided by the Postal Service or through address searches performed by KCC.